**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rentmaster of Rexburg, LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **71-0961579** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **429 SW 5th Ave. Ste. 110** <br> **Meridian, ID 83646** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)    _____

**6.   Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:    _____

Debtor    **Rentmaster of Rexburg, LLC**                                                   Case number (*if known*) _____
_____
Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Paradigm Property Solutions, LLC** | | Relationship | **Co-Debtor** |
|---|---|---|---|---|---|
| | District | **Idaho** | When _____ | Case number, if known | **TBD** |

Debtor    **Rentmaster of Rexburg, LLC**                                    Case number *(if known)* _____
_____Name_____

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
**have possession of any**
**real property or personal**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____Number, Street, City, State & ZIP Code_____

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49                     ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**            ☐ 50-99                    ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                  ☐ 10,001-25,000            ☐ More than100,000
■ 200-999

**15.  Estimated Assets**    ☐ $0 - $50,000             ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000       ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000             ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million    ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **June 29, 2018**
                        MM / DD / YYYY

**X** **/s/ Ronald W. Jaques**                                        **Ronald W. Jaques**
Signature of authorized representative of debtor                Printed name

Title    **Manager**

---

| **18. Signature of attorney** | **X** **/s/ Matthew T. Christensen**                    Date **June 29, 2018** |
|---|---|
| | Signature of attorney for debtor                                            MM / DD / YYYY |

**Matthew T. Christensen 7213**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@angstman.com**

**7213 ID**
Bar number and State

**Rentmaster of Rexburg, LLC**

June 29, 2018

*Resolution authorizing filing of Chapter 7 Bankruptcy*

WHEREAS, the undersigned, being the sole member of Rentmaster of Rexburg, LLC (the "Company"), and being the current Manager of the Company, and having complied with all operable provisions of the Company operating documents; and

WHEREAS, the member having received and reviewed reports furnished to him concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the member that the Company should be liquidated under the supervision of the U.S. Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 7 of the Bankruptcy Code; and it is further

RESOLVED, that Ronald Wade Jaques is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Ronald Wade Jaques appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Ronald Wade Jaques is authorized and directed to employ and retain Matthew T. Christensen, attorney at law, of ANGSTMAN JOHNSON, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of Ronald Wade Jaques to be appropriate.

DATED this 29th day of June, 2018.

Ronald Wade Jaques
Manager
Member

**Fill in this information to identify the case:**

Debtor name    **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2018**        X **/s/ Ronald W. Jaques**
                                          Signature of individual signing on behalf of debtor

                                          **Ronald W. Jaques**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 65,462.04

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 65,462.04

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 307,700.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 546,017.72

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b          $ 853,717.72

**Fill in this information to identify the case:**

Debtor name __**Rentmaster of Rexburg, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Mountain America Credit Union** | **Checking** | **0545** | **$65,462.04** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                                    | $65,462.04 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:        Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:        Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    **Rentmaster of Rexburg, LLC**                          Case number *(If known)* _____
_____
Name

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,462.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $65,462.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $65,462.04 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ace Funding Source LLC** | | |
|---|---|---|---|

| **Ace Funding Source LLC** | Describe debtor's property that is subject to a lien | $18,700.00 | $0.00 |
|---|---|---|---|

Creditor's Name

**366 North Broadway
Jericho, NY 11753**

Creditor's mailing address

**All property and assets of Debtor.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/26/2017**
**Last 4 digits of account number**
**4160**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Arcarius LLC** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien        $150,000.00        Unknown

**2125 Center Ave.
Fort Lee, NJ 07024**

Creditor's mailing address

**All property, assets and income.**

Describe the lien
**UCC security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9/11/2017**
**Last 4 digits of account number**
**3070**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Rentmaster of Rexburg, LLC**
_____  Case number (if know) _____
Name

☑ No                                    ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 | **Fora Financial** | Describe debtor's property that is subject to a lien | **$33,000.00** | **Unknown** |

Creditor's Name

**519 8th Avenue, 11th Floor
New York, NY 10018**
_____
Creditor's mailing address                Describe the lien
                                          _____

                                          **Is the creditor an insider or related party?**
                                          ☑ No
_____          ☐ Yes
Creditor's email address, if known        **Is anyone else liable on this claim?**
                                          ☑ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an            **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
☑ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.4 | **New Era Lending, LLC** | Describe debtor's property that is subject to a lien | **$106,000.00** | **Unknown** |

Creditor's Name                           **All receivables.**
**1201 North Orange Street
Suite 762
Wilmington, DE 19801**
_____
Creditor's mailing address                Describe the lien
                                          **UCC security interest**
                                          **Is the creditor an insider or related party?**
                                          ☑ No
_____          ☐ Yes
Creditor's email address, if known        **Is anyone else liable on this claim?**
                                          ☐ No
**Date debt was incurred**                ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1/5/18**
**Last 4 digits of account number**
**4160**
**Do multiple creditors have an            **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
☑ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.5 | **Yellowstone Capital** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name                           **All property and assets of Debtor.**

**160 Pearl Street
New York, NY 10005**
_____
Creditor's mailing address                Describe the lien
                                          **UCC security interest**
                                          **Is the creditor an insider or related party?**
                                          ☑ No
_____          ☐ Yes
Creditor's email address, if known

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Rentmaster of Rexburg, LLC**                                                    Case number *(if know)*
_____
Name

**Date debt was incurred**                  **Is anyone else liable on this claim?**
**6/27/2017**                               ■ No
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4583**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Yellowstone Capital** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                             **All assets and property of Debtor.**

**160 Pearl Street**
**New York, NY 10005**
Creditor's mailing address                  **Describe the lien**
                                            **UCC security interest**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**8/1/2017**                                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3506**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$307,700.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**40 Exchange Place Ste. 1306**<br>**New York, NY 10005** | Line   **2.1** | |

**Fill in this information to identify the case:**

Debtor name        **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
    amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Idaho State Tax Commission**<br>**P.O. Box 36**<br>**Boise, ID 83722-0410** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**taxes - notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Internal Revenue Service**<br>**550 W. Fort St., MSC041**<br>**Boise, ID 83724-0041** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes - notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71,000.00 |
|---|---|---|---|

**1st Global Capital LLC**
**1250 E Hallandale Beach Blvd**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/15/2017**

Basis for the claim:  **All assets of the Debtor.**

**Last 4 digits of account number  3690**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abigail J Christensen**
**115 E 1st N**
**downstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2016**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Adam & Rachelle Corley**
**115 E 1 S**
**G115RO**
**Sugar City, ID 83448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2012**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Cannon**
**635 Trejo**
**P635AR**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/2017**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Adam King**
**896 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/2017**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Adam Pasley**
**878 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05/2018**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Adam Salley**
**952 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/2016**

Basis for the claim:  **lease deposit**

**Last 4 digits of account number  __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Adam Wilhoite**
**49 E Main Street**
**2**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Adrianna Santiago**
**49 E Main Street**
**9**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Alan & Melanie Gordon**
**125 E Moody Road**
**F125ON**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Alan Moss**
**49 E Main Street**
**3**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2013__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Alberto & Yuri Puente**
**234 W 1st S**
**210**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2014__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Aldo & Andres Garcia**
**952 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2012__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Alecia & Scott Banta**
**920 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2014__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Alee & Nathaniel Noland**
**465 Countryside Avenue**
**Rexburg, ID 83440**

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Aleena & Spencer Wadsworth**
**624 Valinda Lane**
**Rexburg, ID 83440**

Date(s) debt was incurred  **01/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Alex & Danica Brunner**
**234 W 1st S**
**W244IL-8**
**Rexburg, ID 83440**

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Alex Bartholomew**
**36 N Bridge Street**
**2**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  **01/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Alex Scharf**
**936 Anne Street**
**4**
**Rexburg, ID 83440**

Date(s) debt was incurred  **06/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexa & Andrea Schwab**
**513 Countryside Avenue**
**Rexburg, ID 83440**

Date(s) debt was incurred  **10/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Alexa & Cody Weaver**
**565 Pioneer Road**
**155**
**Rexburg, ID 83440**

Date(s) debt was incurred  **10/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Alexander Colby**
355 W 2nd S
203
Rexburg, ID 83440

Date(s) debt was incurred  05/2018

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Alexandra & David Jackman**
952 Anne Street
3
Rexburg, ID 83440

Date(s) debt was incurred  09/2015

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Alexis & Grant Quigley**
707 S 5th W
3303
Rexburg, ID 83440

Date(s) debt was incurred  10/2014

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis & Justin Burt**
133 1/2 E 1 S
P133 1/2ET
Rexburg, ID 83440

Date(s) debt was incurred  07/2016

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Fowles**
904 Anne Street
4
Rexburg, ID 83440

Date(s) debt was incurred  04/2015

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Alexis Potter**
900 Everett
1
Rexburg, ID 83440

Date(s) debt was incurred  04/2018

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alicia Caputo**
234 W 1st S
W244IL-8
Rexburg, ID 83440

Date(s) debt was incurred  08/2015

Last 4 digits of account number  _ _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alie Ann & Keith Harrop** | ☐ Contingent | |
| | **23 Front Street** | ☐ Unliquidated | |
| | **H23EB** | ☐ Disputed | |
| | **Sugar City, ID 83448** | | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __01/2017__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Alisa & Brandon Pelfrey** | ☐ Contingent | |
| | **880 Everette Place** | ☐ Unliquidated | |
| | **4** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | | **Basis for the claim:** __lease deposiut__ | |
| | Date(s) debt was incurred __04/2015__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
| | **Alisha & Dionte Murrell** | ☐ Contingent | |
| | **355 W 2nd S** | ☐ Unliquidated | |
| | **201** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __01/2018__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Alivia & Delmont Wirig** | ☐ Contingent | |
| | **595 Countryside** | ☐ Unliquidated | |
| | **Rexburg, ID 83440** | ☐ Disputed | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __03/2017__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
| | **Alla & Yohan Delton** | ☐ Contingent | |
| | **540 Sunflower** | ☐ Unliquidated | |
| | **A540BR** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __04/20017__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Allison & Andrew Clark** | ☐ Contingent | |
| | **888 Everette Place** | ☐ Unliquidated | |
| | **Unit 4** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __05/2018__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
| | **Allison Braun** | ☐ Contingent | |
| | **501 Countryside** | ☐ Unliquidated | |
| | **B501OY** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | | **Basis for the claim:** __lease deposit__ | |
| | Date(s) debt was incurred __12/2017__ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Allison Williams** | ☐ Contingent | |
| | **890 Everette Place** | ☐ Unliquidated | |
| | **Unit 3** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  02/2016 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Allyson & Cameron Blackwell** | ☐ Contingent | |
| | **269 Ricks Avenue** | ☐ Unliquidated | |
| | **H269EN** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  01/2018 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|
| | **Alysia & Andrew Fabis** | ☐ Contingent | |
| | **520 W 7th S #113** | ☐ Unliquidated | |
| | **H520EL** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  05/2018 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | **Alyssa & Justin Herbst** | ☐ Contingent | |
| | **463 Countryside** | ☐ Unliquidated | |
| | **D463AL** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  08/2015 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Alyssa & Kyle Frizzell** | ☐ Contingent | |
| | **887 Everett Place** | ☐ Unliquidated | |
| | **3** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  04/2015 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Amanda & Christopher Johnson** | ☐ Contingent | |
| | **234 W 1st S** | ☐ Unliquidated | |
| | **214** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  05/2018 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | **Amanda & Justin DeLora** | ☐ Contingent | |
| | **42 W 1st N** | ☐ Unliquidated | |
| | **F42ER** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  04/2018 | Basis for the claim:  **lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Amanda & Tyler Madsen
234 W 1st S
110
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Amanda Berchtold
920 Anne Street
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Amanda Chapdelaine
888 Everette Place
Unit 4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Amber Burt
310 N 6th W
3
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

Amber Casper
49 E Main Street
#6
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Amber Olds
896 Everette Place
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Amberlee & Bryton Lee
707 S 5th W
2903
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Amenae & Weston Black**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Amie & Justin Pixton**
**707 S 5th W**
**1101**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Amy & Brandon Abel**
**202 N 4000 E**
**G202RO**
**Rigby, ID 83442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2013

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Amy & Trevor Williams**
**234 W 1st S**
**111**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2015

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Amy Cluff-Sweet**
**127 S 4th W**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2015

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Amy Herker**
**234 W 1st S**
**W244IL-9**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2009

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Ana & Spencer Johnson**
**355 W 2nd S**
**501**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Andrea & Bernardo Blanco**
270 W Main
P270ET
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea & William Blauer**
860 S 5th W
25
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __03/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Andrea Badilla**
884 Everette Place
Unit 1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Andrea Stringham**
753 Nina Drive
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$635.00** |
|---|---|---|---|

**Andres Garcia**
355 W 2nd S
100
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Andres Garcia**
234 W 1st S
202
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Andrew & Danielle Stockle**
127 S 4th W
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.64**

Nonpriority creditor's name and mailing address
**Andrew & Kaitlyn Oates**
**540 Sunflower**
**Rexburg, ID 83440**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.65**

Nonpriority creditor's name and mailing address
**Andrew & Trudie Taylor**
**234 S 1st S**
**104**
**Rexburg, ID 83440**

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.66**

Nonpriority creditor's name and mailing address
**Andrew Hatch**
**960 Anne Street**
**1**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.67**

Nonpriority creditor's name and mailing address
**Andrew Pinkston**
**49 E Main Street**
**8**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  **03/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.68**

Nonpriority creditor's name and mailing address
**Andrew Reid**
**952 Anne Street**
**1**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.69**

Nonpriority creditor's name and mailing address
**Andrew Simmons**
**888 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**Andrew Sweet**
**127 S 4th W**
**3**
**Rexburg, ID 83440**

Date(s) debt was incurred  **05/2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**Andrews Souza**
**149 E 3rd S**
**3A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**Angela & Seth Walton**
**557 Countryside Avenue**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Angelina Olivas**
**900 Everett**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Annette & Conrad Belnap**
**471 W 1st N**
**#2 - downstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2015

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Annie & Rylan Houser**
**264 N 3rd E #605**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Annie Cauble**
**264 N 3rd E #605**
**S264IN-605**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Anthony Handy**
**936 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**April & Estuardo Sosa**
**355 W 2nd S**
**401**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arianna Womack**
**264 N 3rd e**
**503**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Arielle & david Batchelor**
**884 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Artemio Cruz**
**36 N Bridge Street**
**1**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashlee & Curtis Boal**
**894 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashlee Michaelson**
**912 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashley & Brandon Sharon**
**264 N 3rd E**
**304**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ashley & Brant Goff**
**626 Valinda Lane**
**J626AE**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashley & Mike Duckworth**
**264 N 3rd E #605**
**S264IN-605**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashley & Ricks Munn**
**264 N 3rd E**
**204**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ashlie Miller**
**886 Everette Place**
**Unit 1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ashlyn & Eric Peterson**
**944 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Ashlyn Kennedy**
**707 S 5th W**
**3303**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Aubrey & Taylor Burr**
**885 Capital Lane**
**N885IS**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Austin & Emili Rawlings**
**880 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Austin & Kailin Walker**
**707 S 5th W**
**1100**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Austin Barrus**
**234 W 1st S**
**7**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Austin Dedmon**
**431 S 2nd W**
**#1-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Austin James**
**234 W 1st S**
**111**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin Jarman**
**892 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Austin Jarman**
**892 Everette Place**
**Unit 3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Austin Jensen**
**707 S 5th W**
**3203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Austin Weldon**
**890 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Autumn & Zachary Kraus**
**642 Sunflower**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Autumn Hansen**
**328 W 2nd S**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Bailey & Isaac Despain**
**707 S 5th W**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Bailey & Isaac Despain**
**49 E Main Street**
**2**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Barbara & Lawrence Forte**
**348 N 1600 E**
**M348AT**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2013**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**Barratt Barson**
**602 trejo**
**B602AT**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/2015__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bayleigh Nielson**
**318 Pioneer Road**
**102-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Beau & Kassidy Hammond**
**646 Sunflower Road**
**C646OL**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Benjamin Kendrick**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Smith**
**115 E 1st N**
**downstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Beth Richardson**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Blake & Carissa Russell**
**912 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2016__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Blake & Kaitlyn Campbell**
**892 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Blake Whittingslow**
**936 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blanca Lopez**
**707 S 5th W**
**2903**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Bonnie & Christopher Mobley**
**936 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Boyd & Madalyn Querubin**
**898 Everett Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Braden & Chelsea Grawrock**
**884 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Braden & Kylie Owens**
**264 N 3rd E**
**305**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brady Abbott**
**707 S 5th W**
**1103**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brady Maughan**
**634 Lilac**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Brandon & Jamie Curtis**
**471 W 1st N**
**#1 - upstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Brandon & Kendra Nielson**
**637 Trejo Street**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Brandon & Monica Smith**
**965 S Teton Avenue**
**Sugar City, ID 83448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2012**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Brandon & Shanna Wheeler**
**148 E 1st N**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Brandon Lewis**
**227 N 1900 E**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brandon Spragg**
**127 S 4th W**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Brandyn & Caitlyn Koogler**
**880 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Braque Steed**
**882 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Breanna & James Hunter**
**234 W 1st S**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Breannea & Joseph Wolverton**
**264 N 3rd E**
**305**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Brenda Perez**
**952 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2012

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Brent Coffin**
**264 N 3rd E #102**
**P264ER**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address

**Bret & Velvet Killian**
**432 1st W**
**Ririe, ID 83443**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,225.00**

---

**3.135** | Nonpriority creditor's name and mailing address

**Brian & Shaune Elkins**
**580 Sunflower Road**
**P580OR**
**Rexburg, ID 83440**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.136** | Nonpriority creditor's name and mailing address

**Brian Eastmond**
**234 W 1st S**
**4**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.137** | Nonpriority creditor's name and mailing address

**Brianna & Jonathan Kjar**
**565 Pioneer Road**
**173**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.138** | Nonpriority creditor's name and mailing address

**Brianna Burton**
**707 S 5th W**
**1103**
**Rexburg, ID 83440**

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.139** | Nonpriority creditor's name and mailing address

**Brianna Schulkins**
**894 Everette Place**
**4**
**Rexburg, ID 83440**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.140** | Nonpriority creditor's name and mailing address

**Brianna Walton**
**886 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

Date(s) debt was incurred  **08/2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **Bridgette Corcoran**<br>**355 W 2nd S**<br>**403**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __01/2018__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **Brittney Tidwell**<br>**36 S 3rd E**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __08/2017__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **Broc Spaulding**<br>**149 E 3rd S**<br>**2A**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __11/2017__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **Brock Jacobs**<br>**355 W 2nd S**<br>**404**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __04/2018__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **Brody Eaton**<br>**900 Everett**<br>**2**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __08/2017__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|
| | **Brook Fullmer**<br>**2060 E 500 N**<br>**S2060TO**<br>**Saint Anthony, ID 83445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __01/2016__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brooke & Casey Walrath**<br>**850 Anne Street**<br>**2**<br>**Rexburg, ID 83440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __04/2012__ | **Basis for the claim:**  __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooke Remington**
234 W 1st S
211
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Bruce Dredge**
888 Anne Street
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Bruno & Leticia Araujo**
446 W 6th S
#504
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Bryce Quist**
890 Everette Place
Unit 3
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Cade Davie**
234 W 1st S
208
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Calliese & Cameron Chappell**
318 Pioneer Road #20
2001
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calliese Bronson**
318 Pioneer Road #20
2001
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Cameron & Kaitlyn White**
234 W 1st S
109
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Cameron & Katherine Sullivan**
886 Everette Place
Unit 3
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Cameron & Lacey Kofford**
629 Countryside
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Cameron Dayton**
265 E 2nd N
B265AK
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron G Chappell**
318 Pioneer Road #20
2001
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Cameron Kleinlein**
890 Everette Place
Unit 1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron St Amant**
707 S 5th W
2903
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$600.00**

**Camerson Bennion**
**622 Valinda Lane**
**J622OR**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00**

**Camile Barthlome**
**234 W 1st S**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00**

**Candis Hansen**
**884 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$600.00**

**Candy & Iram Villa**
**225 N 1900 E**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/2016__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00**

**Carissa&Traes Daniels-Brown**
**912 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2016__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00**

**Carly & Taylor Kozak**
**882 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/2015__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$600.00**

**Carol Grimmett**
**264 N 3rd E #505**
**H264UN - 505**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Carol Wilson**
**155 N 2400 E**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Carolyn Bean**
**890 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/2016**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Casey & Jesse Morse**
**887 Everett Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Cassandra & Matthew Webb**
**636 Valinda Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/2018**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Cassandra Cain**
**900 Everett**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07/2016**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Cassidy & Spencer Chun**
**887 Everett Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Catherine King**
**318 Pioneer Road**
**2003**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  08/2017**

**Basis for the claim:  lease deposit**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Catheryn Shockey**
**3285 Roosevelt Way**
**3285 F**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2012**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Catheryn Shockey**
**3285 Roosevelt Way**
**3285 F**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2012**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Cedar Muhlestein**
**234 W 1st S**
**107**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**Celeine &  Tanner Reese**
**900 Everett**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Celeste Zsembery**
**234 W 1st S**
**108**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Chad Summers**
**890 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Chantelle&Nathaniel Nielsen**
**707 S 5th W**
**2801**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Buckhannon**
**850 Anne Street**
**3**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Charlotte Russell**
**882 Everette Place**
**4**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  08/2018

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Chase Smith**
**149 E 3rd S**
**4A**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chasee Pritchett**
**310 N 6th W**
**4**
**Saint Anthony, ID 83445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  05/2017

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Chauncey Neville**
**234 W 1st S**
**105**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  06/2017

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Chelsie & Lane McBride**
**521 Countryside**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  11/2016

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Cheryl Gimmeson**
**270 W Main**
**P270ET**
**Rexburg, ID 83440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:** lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Cheryl Whalley**
234 W 1st S
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Chris & Jessica Winters**
209 W 1st S
Sugar City, ID 83448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2014

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Chris Kennedy**
920 Anne Street
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Christi & Bryton Nield**
638 Valinda Lane
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Christian Choi**
431 S 2nd W
#5-B
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Christopher & Meagan Drake**
3.55 W 2nd S
404
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Christopher & Rebecca Berry**
8123 E HWY 33
B8123RO
Newdale, ID 83436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Christopher & Tiffany Lundy**
**882 Everette Place**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  12/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Christopher Pharis**
**685 Fremont**
**Ashton, ID 83420**

Date(s) debt was incurred  03/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Christopher&Deeana Alexander**
**318 Bluebell**
**H318UN**
**Rexburg, ID 83440**

Date(s) debt was incurred  03/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Christy Bartholomei**
**329 N Bridge Street**
**B329AT**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  09/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Ciara & Jordan Kelley**
**646 Sunflower Road**
**Rexburg, ID 83440**

Date(s) debt was incurred  08/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Ciarra & Taft Mitchell**
**884 Everette Place**
**4**
**Rexburg, ID 83440**

Date(s) debt was incurred  12/2015

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Cidnie Schwendiman**
**355 W 2nd S**
**203**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cira Gamboa-Long**
**234 W 1st S**
**108**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Clairee Jordan**
**36 N Bridge Street**
**2**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cleste & Ralene Butcher**
**318 Pioneer Road**
**102-B1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Clint & Kristen Milne**
**912 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$700.00** |
|---|---|---|---|

**Cody & Emily Thiery**
**888 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**Cody & Nicole Lee**
**355 W 2nd S**
**204**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Cody Harris**
**886 Everette Place**
**Unit 1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Cody Richardson**
234 W 1st S
206
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Cody Schoenfeld**
49 E Main Street
7
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Cole Gunnoe**
2401 S 4000 W
S2401PA
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Cole Hoffman**
234 W 1st S
207
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Colter & Sage Reeves**
707 S 5th W
3203
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Colter Miller**
234 W 1st S
106
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Colton & Jayna Edwards**
894 Everette Place
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Connor Webb**
**920 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Conor & Melissa Mallory**
**264 N 3rd E**
**305**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Corey Moore**
**3750 Ridgeland Drive**
**Idaho Falls, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Corinne & Kyle Frye**
**234 W 1st S**
**5**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Corinne Azimi-Tabrizi**
**888 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cory Fung**
**565 Pioneer Road**
**H565AY - 104**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Cory Fung**
**149 E 3rd S**
**3B**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address

**Cosette DeFerrari**
234 W 1st S
201
Rexburg, ID 83440

Date(s) debt was incurred  07/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.226** | Nonpriority creditor's name and mailing address

**Courney Blanchard**
310 N 6th W
3
Saint Anthony, ID 83445

Date(s) debt was incurred  09/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.227** | Nonpriority creditor's name and mailing address

**Creighton & Kaylee Davison**
707 S 5th W
2003
Rexburg, ID 83440

Date(s) debt was incurred  01/2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.228** | Nonpriority creditor's name and mailing address

**Curtis & Jessica Higbee**
471 W 1st N
#2 - downstairs
Rexburg, ID 83440

Date(s) debt was incurred  03/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.229** | Nonpriority creditor's name and mailing address

**Curtis Lindblom**
707 S 5th W
2002
Rexburg, ID 83440

Date(s) debt was incurred  12/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.230** | Nonpriority creditor's name and mailing address

**Cyler Horsley**
626 Valinda Lane
J626AE
Rexburg, ID 83440

Date(s) debt was incurred  06/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.231** | Nonpriority creditor's name and mailing address

**Dakota Blaser**
4528 W 1000 N
T4538UC
Rexburg, ID 83440

Date(s) debt was incurred  08/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Dakota Froehlich**
**49 E Main Street**
**#8**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Dakota Noorda**
**892 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Dakota Parsons**
**149 E 3rd S**
**4B**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Dallin & Heather Wrathall**
**127 S 4th W**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel & Hollin Parkinson**
**869 Capital Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel & Jasmyn Allen**
**707 S 5th W**
**2802**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00** |
|---|---|---|---|

**Daniel & Jerry Virgin**
**355 W 2nd S**
**402**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Daniel & Megan Zeitner**
**886 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Daniella & Jedediah Rogers**
**900 Everett**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Danielle Kastner**
**49 E Main Street**
**6**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Dara Morgan**
**101 S 3rd E**
**101**
**Teton, ID 83451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Darby & Joshua Beaulieu**
**318 Pioneer Road #20**
**2000**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David & Elisa Castoe**
**36 N Bridge Street**
**1**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David & Kali Solomon**
**878 Everette Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

David Cofer
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

David Flint
573 Countryside
C573AM
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Glazier
234 W 1st S
W244IL - 8
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

David Reed
415 Idaho
Ashton, ID 83420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Derek & Samantha Elsmore
707 S 5th W
1102
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Derek & Vanessa Martin
234 W 1st S
101
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Derek Clement
234 W 1st S
W234IL-New-114
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dev & lisa Patel**
928 W 7th S
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Devin Dalling**
234 W 1st S
201
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Diana & Edward Hernandez**
36 N Bridge Street
32
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Dillon & Hannah Goulding**
398 Pionner Road #3
3201
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Dimas & Deva Patina**
896 Everette Place
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Don & Lauren Kussee**
398 Pioneer Road
3102
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Don Powell/Mindy Baker**
248 W 1st N
B
Rigby, ID 83442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Donald Coltrane**
**219 E 2nd S**
**2 - downstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Drew & Kyla Wagstaff**
**234 W 1st S**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Dustin & Shantel Stowe**
**892 Everette Place**
**Unit 3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Dylan Webster**
**234 W 1st S**
**213**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 |
|---|---|---|---|

**Edward Phillips**
**355 W 2nd S**
**100**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Elain & Alberto Arellano**
**885 Capital Lane**
**N885IS**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Elder Mardis**
**234 W 1st S**
**112**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Elder Mardis**
**878 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Elder Mardis Mission Housing**
**936 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Elise & Brock Whitby**
**900 Everett**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Elizabeth & James Powell**
**318 Bluebell**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Elizabeth Willson**
**49 E Main Street**
**2**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Eloise Rathien**
**227 N 4400 E**
**227**
**Rigby, ID 83442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Emilee Allen**
**234 W 1st S**
**205**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emilee Lloyd**
**892 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily & Eric Collett**
**418 S 3000 W**
**BRU418**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily & Jacob Hartwig**
**707 S 5th E**
**2303**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Emily & Larson Chun**
**1117 Coyote Willow Way**
**B1117OY**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Emily & Parker Carson**
**707 S 5th W**
**601**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Emily & Ruleiote Togagae**
**520 Sunflower**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emily Hanson**
**318 Pioneer Roadd**
**100-B1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Emily Larson**
**234 W 1st S**
**212**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Emily Mainord**
**900 Everette**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Emily Pitt**
**626 Valinda Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Emily Sanders**
**707 S 5th W**
**3203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Emily Sawyer**
**2401 S 4000 W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Emily Tolman**
**890 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Emma & Robert Schmidt**
**255 E Main Street**
**16**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Emylly Stackman**
**264 N 3rd E**
**102**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Enrique Martinez**
**882 Everette Place**
**4**
**Rexburg, ID 83440**

Date(s) debt was incurred  12/2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Enrique Martinez**
**8123 E HWY 33**
**4**
**Newdale, NM 88343-6000**

Date(s) debt was incurred  04/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Eric & Rachel Sande**
**638 Valinda Lane**
**Rexburg, ID 83440**

Date(s) debt was incurred  10/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Erica & Thomas Mouser**
**198 N Hill Road**
**Rexburg, ID 83440**

Date(s) debt was incurred  07/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Erica & Thomas Mouser**
**277 Marianne Drive**
**Rexburg, ID 83440**

Date(s) debt was incurred  09/2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Erik Evensen**
**888 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

Date(s) debt was incurred  03/2017

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erin & Nathan Fleming**
**928 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Erin Caldwell**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Ernesto Monzano**
**342 W 1st S**
**802**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Ethan & tiffany Pyle**
**638 Valinda Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Ethan Russon**
**234 W 1st S**
**212**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Ethan Young**
**707 S 5th W**
**3303**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Evan & Lillian Bigelow**
**952 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Rentmaster of Rexburg, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Ezra Lewis
125 S 4th W
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Feryn Jones
49 E Main Street
#2
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Fustion Holdings LLC
884 Everett Place
884, 886, 888
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

Gabrielle Struempler
8123 E HWY 33
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Gabrielle StruemplerMartinez
882 Everette Place
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Gannon Hess
264 N 3rd E
703
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Garrett Wistisen
904 Anne Street
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2015**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Georgine Hardy**
**3750 Ridgeland Drive**
**B3750OY**
**Idaho Falls, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Gerdon Rogers**
**707 S 5th W**
**1103**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Glenn Byler**
**247 Georgetown**
**D247AV**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2015

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalo Sanhueza**
**928 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Graffiti Hair Salon**
**402 W 4th S**
**300**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2010

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Griffin LLC**
**896 Everett Place**
**896, 898, 900**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Gunnar Norton**
**36 S 3rd e**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

**Basis for the claim:** __lease deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Hadley & Joshua Pinder
912 Anne Street
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Hadley Palmer
4205 S 3300 W
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Haiden Larsen
49 E Main Street
1
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Haley & Spencer Wells
892 Everette Place
Unit 1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Hallie & Alex Mueller
264 N 3rd E
503
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2015

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Hamony & Brandon Bostick
318 Pioneer Road #20
2003
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Hanna Ficklin
340 N 12th W
37
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hannah & John Collins**
**234 W 1st S**
**W234IL-New-212**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Hannah & Josh Wray**
**234 W 1st S**
**113**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2013

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Hannah & Justin Nelson**
**707 S 5th W**
**3300**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hannah & Robert Pymm**
**564 Sunflower**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Hannah Thornton**
**264 N 3rd E**
**103**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hans Hurst**
**310 N 6th W**
**3**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harper Land LLC**
**890 Everett Place**
**890, 892, 894**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Harrison Bateman** | ☐ Contingent | |
| | **234 W 1st S** | ☐ Unliquidated | |
| | **4** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  **08/2016** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Havan Christensen** | ☐ Contingent | |
| | **318 Pioneer Road** | ☐ Unliquidated | |
| | **100-B2** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  **09/2016** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Hayden Searle** | ☐ Contingent | |
| | **707 S 5th W** | ☐ Unliquidated | |
| | **2001** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  **04/2018** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Haylie Kluksdal** | ☐ Contingent | |
| | **49 E Main Street** | ☐ Unliquidated | |
| | **10** | ☐ Disputed | |
| | **Saint Anthony, ID 83445** | | |
| | Date(s) debt was incurred  **03/2016** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
| | **Heather & Trae Handy** | ☐ Contingent | |
| | **867 Capital Avenue** | ☐ Unliquidated | |
| | **C867OO** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  **09/2017** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| | **Heather Heupel** | ☐ Contingent | |
| | **936 Anne Street** | ☐ Unliquidated | |
| | **2** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred  **09/2016** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
| | **Heidi & Reed Riphenburg** | ☐ Contingent | |
| | **635 S 5th W** | ☐ Unliquidated | |
| | **Rexburg, ID 83440** | ☐ Disputed | |
| | Date(s) debt was incurred  **06/2015** | **Basis for the claim:  lease deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hilary Smith**
**628 Valinda Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/2017

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hunter & Olivia Gruwell**
**318 Pioneer Road #20**
**2003**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/2018

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Hyrum & Jessica Smith**
**952 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2014

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Hyrum & Shelby Simms**
**318 Pioneer Road**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/2017

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hyrum Sharp**
**4205 S 3300 W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/2015

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hyrum Sharp**
**340 N 12th W**
**20**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/2017

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Ian West**
**888 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/2018

**Basis for the claim:** lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.344**

Nonpriority creditor's name and mailing address

Jaclyn & Matt Bauer
253 Georgetown
P253EN
Rexburg, ID 83440

Date(s) debt was incurred  09/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.345**

Nonpriority creditor's name and mailing address

Jacob & LEah Maughan
888 Anne Street
3
Rexburg, ID 83440

Date(s) debt was incurred  06/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.346**

Nonpriority creditor's name and mailing address

Jacob & Sara Kaiser
264 N 3rd E
705
Rexburg, ID 83440

Date(s) debt was incurred  08/2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.347**

Nonpriority creditor's name and mailing address

Jacob Gorman
318 Pioneer Road #20
2003
Rexburg, ID 83440

Date(s) debt was incurred  08/2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.348**

Nonpriority creditor's name and mailing address

Jacob Hooton
564 SUnflower
R564OB
Rexburg, ID 83440

Date(s) debt was incurred  12/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.349**

Nonpriority creditor's name and mailing address

Jacob Lewis
884 Everette Place
Unit 3
Rexburg, ID 83440

Date(s) debt was incurred  04/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.350**

Nonpriority creditor's name and mailing address

Jacobo Salan
234 W 1st S
111
Rexburg, ID 83440

Date(s) debt was incurred  06/2018

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Jade & Ryland Rammell**
**860 S 5th W**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaden Long**
**234 W 1st S**
**108**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2015

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Jaesi Bochenek**
**882 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Jagger Leon**
**431 S 2nd W**
**#1-B**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jaira Perez**
**234 W 1st S**
**202**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jake Beeson**
**318 Pioneer Road #20**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jake Hansen**
**936 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**James & Bethany Shinault**
**263 S 4th E**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  04/2017

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**James & Kalee Whittle**
**565 Pioneer Road**
**173**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  09/2017

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**James Chatfield**
**36 N Bridge Street**
**3**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  01/2018

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Harris**
**880 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  04/2017

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**James Hough**
**888 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/2017

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Janay & Thomas Spjute**
**234 W 1st S**
**211**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  02/2018

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Jansen & Megan Benjamin**
**896 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  04/2018

**Basis for the claim:**  lease deposit

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Jared & Natalie Pickford**
**342 W 1st S**
**601**
**Rexburg, ID 83440**

Date(s) debt was incurred  03/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jared & Natasha Beagley**
**882 Everette Place**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  08/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Jared Harriman**
**49 E Main Street**
**#9**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  11/2015

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jared Holden**
**234 W 1st S**
**W234IL-New-211**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Jared Pett**
**707 S 5th W**
**603**
**Rexburg, ID 83440**

Date(s) debt was incurred  08/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jarom Stimpson**
**2401 S 4000 W**
**Rexburg, ID 83440**

Date(s) debt was incurred  11/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Jarrett & Donna Widdison**
**4205 S 3300 W**
**Rexburg, ID 83440**

Date(s) debt was incurred  04/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Jase & Madison Hughes**
**264 N 3rd E**
**503**
**Rexburg, ID 83440**

Date(s) debt was incurred  10/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Jasmine & Timothy Osborn**
**920 Anne Street**
**3**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason & Michelle Melchor**
**4086 E 73 N**
**Rigby, ID 83442**

Date(s) debt was incurred  06/2012

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Jason & Tiffany Jenkins**
**2355 W 3000 N**
**Rexburg, ID 83440**

Date(s) debt was incurred  05/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jason Byers**
**896 Everette Place**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  04/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jaymie Durrant**
**318 Pioneer Road #20**
**2002**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jeff Christensen**
**402 W 4th S**
**200**
**Rexburg, ID 83440**

Date(s) debt was incurred  01/2010

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease depoit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jeffrey Smith**
**264 N 3rd E**
**604**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jeffry Wright**
**900 Everett**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Jenette & Craig Whetten**
**954 Trejo**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jenna & William Stratton**
**960 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jenna Mingledorff**
**707 S 5th W**
**2000**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennie & Joshua Allen**
**418 S 3000 W**
**BRU418**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jennifer Gallegos de Byers**
**896 Everette Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Jescenda Bichler**
**206 N 4000 E**
**G206RO**
**Rigby, ID 83442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jesse Eborn**
**2306 E Trails End**
**#3**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2012__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jesse Madsen**
**936 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2016__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jessi & Jonah Leavitt**
**269 Ricks Avenue**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jessica & Hyrum Smith**
**264 N 3rd E**
**305**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2016__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica & Kevin Neff**
**520 W 7th S**
**113**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2016__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica & Preston Nygren**
**573 Countryside**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2015__

**Basis for the claim:  lease deposit**

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Jessica & Preston Nygren**
**595 Countryside**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Jessica & Scott Campbell**
**306 N 1st E**
**HAN306**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jessica Anderson**
**234 W 1st S**
**102**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jessica Whiting**
**264 N 3rd E**
**204**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Jesus (Jesse) Gallegos**
**294 Oaktrail**
**H294IL**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**JoAnn & Nathan Flake**
**707 S 5th W #32`**
**3200**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2015__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joe & Chantelle Wilde**
**272 W Ririe Hwy**
**Ririe, ID 83443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kofoed**
**234 W 1st S**
**109**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |
|---|---|---|---|

**John Michelson/Andrew Miller**
**355 W 2nd S**
**100**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**John Voyles**
**900 Everett**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Jonathan & Rachelle McArthur**
**125 S 4th W**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Jonathan Hald**
**898 Everett Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jone & Heber Hepworth**
**484 Sunflower**
**F484ER**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jordan & Makenzie Stowell**
**928 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rentmaster of Rexburg, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Jordan Daniels
894 Everette Place
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Jordan Ewing
707 S 5th W
2001
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Jordan Pollard
49 E Main Street
6
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jory & Lacey Zollinger
1605 E 300 N
1
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

Joseph Acker
892 Everette Place
Unit 4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Joseph Eborall
173 N 3rd E
lower
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Joseph Jones
206 N 4000 E
Rigby, ID 83442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Joseph Ortega**
**707 S 5th W**
**3303**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Joshua & McKinzie Tapp**
**894 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Joshua Schofield**
**2529 Eagle Drive**
**Ammon, ID 83406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Brambila**
**707 S 5th W**
**2903**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Juan Ramirez**
**294 Oaktrail**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Julia Wagstaff**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**Juliana & Keith Drake**
**355 W 2nd S**
**304**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Juliann & Matthew Self**
**904 S 2400 W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julius & Lisa Ybarra**
**2441 W 960 S**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Kade & ShaeLynn Allred**
**707 S 5th W**
**2000**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kaden & Kaylie Atwood**
**896 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kaitlyn McBride**
**635 Trejo**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KaMaile Nielson**
**415 Idaho**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kamassa Grover**
**318 Pioneer Road**
**101-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kambrie & Riley Barney**
364 W 1st N
1
Rexburg, ID 83440

Date(s) debt was incurred  12/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Kaoura Harper**
888 Anne Street
1
Rexburg, ID 83440

Date(s) debt was incurred  11/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Karen & Ralph Brian**
860 S 5th W #4
G860AT
Rexburg, ID 83440

Date(s) debt was incurred  06/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Karissa & Joshua Wold**
5382 S 1650 W
Rexburg, ID 83440

Date(s) debt was incurred  06/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Karrington Woods**
355 W 2nd S
301
Rexburg, ID 83440

Date(s) debt was incurred  01/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Kasey Merrill**
355 W 2nd S
302
Rexburg, ID 83440

Date(s) debt was incurred  02/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathlyn Brokens**
340 N 12th W
37
Rexburg, ID 83440

Date(s) debt was incurred  04/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathryn Camille Stronks**
**565 Pioneer Road**
**66**
**Rexburg, ID 83440**

Date(s) debt was incurred  05/2014

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Katie & Robert Drasso**
**707 S 5th W #33**
**3302**
**Rexburg, ID 83440**

Date(s) debt was incurred  05/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Katie Hawkins**
**707 S 5th W #32**
**3201**
**Rexburg, ID 83440**

Date(s) debt was incurred  09/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Katie Shelton**
**573 Countryside**
**Rexburg, ID 83440**

Date(s) debt was incurred  08/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaydree Butterfield**
**318 Pioneer Road**
**103-A**
**Rexburg, ID 83440**

Date(s) debt was incurred  10/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Kayla & Travis Neri**
**306 N 1st E**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  05/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Kaylee & Tyler Carter**
**269 Ricks Avenue**
**H269EN**
**Rexburg, ID 83440**

Date(s) debt was incurred  08/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Kaylee Holmstead**
**960 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kaylie Niederer**
**1623 E 500 N**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2012

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Keeley & Spencer Imlah**
**587 Legacy Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2014

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Keisha Kauer**
**318 Pioneer Road**
**2001**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keith & Bonnie Allen**
**148 W 3rd North Street**
**D148EA**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Kelli Hurley**
**894 Everette Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Kelsey & Michael Minarik**
**882 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Kelsi & Louis Vasquez**
**603 Trejo**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2018__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kelsie & Bryce Morrison**
**340 N 12th W**
**14**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2017__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Kendall Zeitner**
**886 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2016__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Keneth Ricks**
**952 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2015__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Kenneth & Stephanie Baxter**
**265 E 2nd N**
**B265AK**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Kenzy & Katelyn Fogle**
**952 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2015__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Kevin & Elena Stolk**
**622 Valinda Lane**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2016__

**Basis for the claim:**   __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kevin Billeter**
**707 S 5th W**
**601**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KEvin Jones**
**887 Evereeeett Place**
**83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **lease deposit**

Basis for the claim:  _

Last 4 digits of account number  **2018**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kevin Larsen**
**707 S 5th W**
**3202**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kevin Martin**
**264 N 3rd E**
**103**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kiley Baker**
**952 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kimberlee Peterson**
**234 W 1st S**
**114**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Kimberly & Derek Anderson**
**520 Sunflower**
**P520OR**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

Kinadie Heyrend
49 E Main Street
#8
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kira & Scott Howard
707 S 5th W
2903
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2015

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kristen & Justin Kesler
1891 Salem Pines
A
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kristi & Greg Grigg
340 N 12th W
14
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

Kristina Buno
173 N 3rd E
lower
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Kyle & Ronnie Harris
882 Everette Place
3
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2015

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

Kyle & Stephen Malone
431 S 2nd W
3 - private
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Kyle Batson**
**880 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Bird**
**850 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Kyle Kindred**
**888 Everette Placve**
**Unit 1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Kylie Dinehart**
**898 Everett Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Laiken Richardson**
**707 S 5th W**
**1100**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Lana & Randy Nelson**
**5167 S Highway 191**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2014**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lauren Beus**
**329 N Bridge Street**
**B329AT**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rentmaster of Rexburg, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Lauren Howard**
234 W 1st S
111
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauris & Richard Cartney**
1131 S Barberry Place
P113en
Nampa, ID 83686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2012

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Leslie Peterson**
306 Oaktrail Drive
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Lexie Loveland**
234 W 1st S
106
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lincoln & Sydney Cook**
707 S 5th W
2800
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lindsey Thomas**
904 Anne Street
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2014

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Linzy & Tanner Palmer**
886 Everette Place
Unit 4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Lisa Dayley**
**264 N 3rd E #604**
**B264RO-604**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Logan & Rachel Bequette**
**887 Everett Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2014

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Lucas Griffin**
**125 S 4th W**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Luis Gonzalez**
**960 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Luisa Silva**
**125 S 4th W**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lydia Larson**
**564 Sunflower**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Lyle Henderson**
**888 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Maddison O'very**
**960 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Madison & Michael Bennett**
**707 S 5th W**
**600**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Madison Gifford**
**707 S 5th W**
**1103**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Madison Zobrist**
**234 W 1st S**
**113**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Maeser & Sarah Frederickson**
**882 Everette Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MaKylie Ream**
**318 Pioneer Road**
**100-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Mandy Gonzalez**
**342 W 1st S**
**802**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mara & David Johnson**
**328 W 2nd S**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Marci Price**
**264 N 3rd e**
**703**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Mariah Featherston**
**602 Trejo - 602**
**B602AT**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Mariah Taylor**
**234 S 1st W**
**208**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Mariana Howe-Martim**
**603 Trejo**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Mark & Tiffany Anderson**
**521 Countryside Avenue**
**O521RM**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Kuehl**
**1235 N 4000 E**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2014

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mary & TJ Miller**
**423 Idaho**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Mary Watkins**
**398 Pioneer Road**
**3202**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matt & Michelle Simper**
**324 Idaho Street**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2010**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew & Lori Watkins**
**936 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2011**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Matthew & Sara Edman**
**234 W 1st S**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Matthew Brandemihl**
**1350 N 3550 E**
**1350**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2009**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Hawes**
**707 S 5th W**
**2302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.512** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Matthew Martineau**
**920 Anne Street**
**4**
**Rexford, ID 83440**

Date(s) debt was incurred  __05/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Matthew Perez**
**246 W 9th S**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  __05/2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Matthew Spencer**
**900 Everett**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  __04/2018__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Mattia DiNiro**
**234 W 1st S**
**108**
**Rexburg, ID 83440**

Date(s) debt was incurred  __12/2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Mayelin Giron-Gonzalez**
**355 W 2nd S**
**404**
**Rexburg, ID 83440**

Date(s) debt was incurred  __04/2018__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Mayren Madrigal**
**364 Mariah Avenue**
**Rexburg, ID 83440**

Date(s) debt was incurred  __03/2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**McCauley Morris**
**49 E Main Street**
**6**
**Saint Anthony, ID 83445**

Date(s) debt was incurred  __07/2017__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

McKenna Boylan
880 Everette Place
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/2016__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

McKenna Chatterton
888 Everette Place
Unit 1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2018__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

McKenna Floyd
264 N 3rd E #303
W264AL - 203
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Meagan Sawyer
234 W 1st S
211
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2015__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Means
234 W 1st S
7
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Mechele Eckman
264 N 3rd E #301
301
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/2014__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Megan Nelson
234 W 1st S
105
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/2017__

**Basis for the claim:** __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Megan Swensen**
626 Valinda Lane
Rexburg, ID 83440

Date(s) debt was incurred  __05/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Megan& Noble Hamblin**
127 S 4th W
4
Rexburg, ID 83440

Date(s) debt was incurred  __08/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Melinda Stroud-Barson**
602 Trejo
Rexburg, ID 83440

Date(s) debt was incurred  __01/2015__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Melissa & Chester Porter**
670 Nina Drive
Rexburg, ID 83440

Date(s) debt was incurred  __05/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Melissa Marston**
49 E Main Street
3
Saint Anthony, ID 83445

Date(s) debt was incurred  __10/2013__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Melissa Trowbridge**
625 S 5th W
Rexburg, ID 83440

Date(s) debt was incurred  __10/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Micahlyn Jolley**
707 S 5th W
603
Rexburg, ID 83440

Date(s) debt was incurred  __08/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __lease deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Michael & Cherie Roedel**
**4325 E 300 N**
**Rigby, ID 83442**

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michael & Kelsey Minarik**
**890 Everette Place**
**Unit 1**
**Rexburg, ID 83440**

Date(s) debt was incurred  **08/2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michael & Shaylee Airth**
**234 W 1st S**
**W234IL-New-214**
**Rexburg, ID 83440**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Michael Hamlett**
**242 2nd W**
**H242OW**
**Ririe, ID 83443**

Date(s) debt was incurred  **09/2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.36** |
|---|---|---|---|

**Michael Nagle**
**342 1st E**
**Ririe, ID 83443**

Date(s) debt was incurred  **03/2016**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Michael Simmons**
**234 W 1st S**
**204**
**Rexburg, ID 83440**

Date(s) debt was incurred  **01/2009**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michela Melone**
**234 W 1st S**
**108**
**Rexburg, ID 83440**

Date(s) debt was incurred  **12/2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **lease deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Michelle & Nils Himle**
**888 Ann Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michelle Lamartine**
**928 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Michon Mele-Clark**
**2365 W 3000 N**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2012**

Basis for the claim:  **lease dceposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Mignonne & Spencer Slaugh**
**355 W 2nd S**
**202**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Mikayla Wadley**
**49 E Main Street**
**9**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2015**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Mikhail Jimenez**
**431 S 2nd W**
**#4-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Millington Zwygart CPA**
**1803 Ellis Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accountant Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.36 |
|---|---|---|---|

Mindy Wilson
342 1st E
Ririe, ID 83443

Date(s) debt was incurred  03/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Miranda Allred
685 Fremont
B685AL
Ashton, ID 83420

Date(s) debt was incurred  03/2018

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Mitchell & Shelby Nielson
888 Everette Place
Unit 3
Rexburg, ID 83440

Date(s) debt was incurred  04/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

Mitchell Leblanc
603 Trejo
Rexburg, ID 83440

Date(s) debt was incurred  08/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Mitchell Thomas
234 W 1st S
6
Rexburg, ID 83440

Date(s) debt was incurred  01/2018

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Morgan Anderson
49 E Main Street
#8
Saint Anthony, ID 83445

Date(s) debt was incurred  03/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |
|---|---|---|---|

Morgan Graves
355 W 2nd S
100
Rexburg, ID 83440

Date(s) debt was incurred  01/2018

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 |
|---|---|---|---|

**Morgan Keith Andrews**
**355 W 2nd S**
**100**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Mosiah Vastro**
**888 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Murri Lund**
**234 W 1st S**
**209**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2013

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Nana Ansah-Antwi**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Nancy Valladares**
**890 Everette Place**
**Unit 1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Natalie Bloomfield**
**264 N 3rd E**
**703**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Natalie Nakkhongkham**
**234 W 1st S**
**6**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan & Angel Fleming**
167 S 3rd E
167
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2010

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Nathan & Diana Rowley**
887 Everett Place
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathan & Stephanie Preston**
446 W 6th S
505
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Nathan St Jeor**
318 Pioneer Road
2001
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Nathan Woolf**
896 Everette Place
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Nathan Woolf**
890 Everette Place
Unit 2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nathaniel Sprague**
423 Idaho
Ashton, ID 83420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.568** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nefi Dorantes**
**264 N 3rd E**
**503**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.569** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Nelson Villegas**
**364 Mariah Avenue**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.570** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Nicholas & Rachel Stuart**
**2441 W 960 S**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Nicholas Board**
**894 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Nicholas Martinez**
**431 S 2nd W**
**5-A**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Nick Stevens**
**890 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Nicolas Byrd**
**149 E 3rd S**
**2B**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

Basis for the claim:  lease deposit

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Mathew**
**707 S 5th W**
**2302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Youngerman**
**887 Everett Place**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oaklie Wayman**
**880 Everette Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ossie Ralphs**
**264 N 3rd E**
**102**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Pale Tuifalasai**
**49 E Main Street**
**10**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Patricia Thomas**
**888 Anne Street**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paul & Kim Jensen**
**123 Hidden Valley**
**123**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2009**

**Basis for the claim:  lease deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Paul & Lilibeth Sandoval**
**670 Nina Drive**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pauline Tuifalasai**
**565 Pioneer Road**
**121**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter & Kelsie Oaks**
**707 S 5th W**
**2200**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pono Akina**
**850 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Preston Anderson**
**264 N 3rd E**
**703**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Preston Burkhart**
**707 S 5th W**
**2000**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Prudence Smith**
**31 N Center**
**Parker, ID 83438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2014**

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Rachaell Lopez**
**49 E Main Street**
**10**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2016

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rachel & Shawn Phillips**
**234 W 1st S**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Rachel & Tyler West**
**8123 E HWY 33**
**Newdale, ID 83436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rachel Reynolds**
**5115 S 4800 W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2012

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rachel Talley**
**127 S 4th W**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RaeLyn Maghan**
**634 Lilac**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Randy Hathaway**
**960 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

**Basis for the claim:**  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Rentmaster of Rexburg, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Rebecca & Aaron Wilkey
520 W 7th S
114
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Rebecca Field
2401 S 4000 W
S2491PA
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Rebekah Archer
318 Pioneer Road
101-B1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

Reece Barker
49 E Main Street
#9
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Richard & Jennifer Fellenz
80 K Street
A80LL
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2010

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Richard & Whitney Woods
125 S 4th W
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

Robert & Whitney Christensen
251 Colonial way
N251IS
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Robert Brown**
**155 N 2400 E**
**K155LE**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Robert Drasso**
**707 S 5th W #32**
**3201**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Robert McCausey**
**28 N Center**
**Teton, ID 83451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Robert Ramos**
**49 E Main Street**
**3**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2013__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ron Palmer Construction**
**523 E Main**
**4**
**Ashton, ID 83420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2009__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Rosanna Decker**
**898 Everett Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Russ Clark**
**2365 W 3000 N**
**R2365OB**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Ryan Brown**
**878 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Jones**
**890 Andrews Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Rye Mortensen**
**4205 S 3300 W**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2015

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Rylee Allred**
**234 W 1st S**
**207**
**Murtaugh, ID 83344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Sakaraia Waimila**
**234 W 1st S**
**7**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**SAlyssa Staker**
**890 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2016

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Samantha Andra**
**355 W 2nd S**
**203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|---|
| | Name | | |

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Samantha Ward**
**952 Anne Street**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Samuel Malloy**
**880 Everette**
**2**
**Rexburg, ID 83440**

Date(s) debt was incurred  **05/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Samuel Vargas**
**264 N 3rd E**
**304**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Sara Ferrin**
**890 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

Date(s) debt was incurred  **05/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Sara Hall**
**707 S 5th W**
**601**
**Rexburg, ID 83440**

Date(s) debt was incurred  **07/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**Sarah & Takeshi Yanagita**
**585 Legacy Lane**
**Rexburg, ID 83440**

Date(s) debt was incurred  **04/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Gordon**
**234 W 1st S**
**109**
**Rexburg, ID 83440**

Date(s) debt was incurred  **08/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **lease deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Sarah Homer**
**219 E 2nd S**
**1 - upstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Sarah Mackillop**
**264 N 3rd E**
**203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Savannah & Isaiah Stanfield**
**707 S 5th W**
**3201**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Scott & Carisa Williams**
**1950 W 5500 S**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Seth Bloomfield**
**234 W 1st S**
**W234IL-New-211**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2015__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.629** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Seth Bowen**
**936 Anne Street**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Shannon Zobrist**
**234 W 1st S**
**113**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.631** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Shari Bradford**
**9750 W Amity**
**B975OY**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2012**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.632** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shayla Davis**
**707 S 5th W**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.633** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shaylee & Tyler Mondragon**
**565 Countryside**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Shayli Wood-Larsen**
**707 S 5th W**
**3202**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Shelby & Tyler Harrigfeld**
**565 Pioneer Road #121**
**F565IE-121**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Shelby Pawlak**
**878 Everette Place**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Shelley Gee**
**707 S 5th W**
**602**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Rentmaster of Rexburg, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Sherazade Ali**
**355 W 2nd S**
**302**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Sherina Jones**
**355 W 2nd S**
**502**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sierra & Brett Robinson**
**562 Sunflower Road**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Sierra Paulson**
**960 Anne Street**
**3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2016**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Sofia Hepworth**
**894 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Sofia Hoffman**
**888 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Spencer Kay**
**264 N 3rd E**
**203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2018**

Basis for the claim:  **lease deposit**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Spencer Mcfarland**
125 S 4th W
3
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2016**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Spencer Moser**
707 S 5th W
3301
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Spencer Robison**
234 W 1st S
102
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Spencer Widerburg**
234 W 1st S
107
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2018**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Stacey "Annie" Martin**
707 S 5th W
33
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2015**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Stacey Taumoefolau**
234 S 1st S
7
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Stephanie & Luke Olson**
42 W 1st N
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017**

**Basis for the claim:  lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Stephanie & Tyler Williams**
**234 W 1st S**
**203**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Stephanie Powers**
**49 E Main Street**
**7**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00** |
|---|---|---|---|

**Steve Lewis**
**523 Countryside**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Dean**
**707 S 5th W**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Steven Delgado**
**234 W 1st S**
**7**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Steven Grow**
**264 N 3rd E #204**
**E264PP**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Steven Poulter**
**652 Trejo Street**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.659** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Sydney Stamper
952 Anne Street
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Sydnie Fitzpatrick
318 Pioneer Road #20
2002
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Sydnie Fitzpatrick
900 Everett
2
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Talon Adair
431 S 2nd W
#4-B
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Tana Bolinger
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Tanner Call
234 W 1st S
109
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Tanner Sprenkle
49 E Main Street
6
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Tanya Batdorff**
**219 E 2nd S**
**1 - upstairs**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __05/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Tara Hill**
**264 N 3rd E #102**
**P264ER**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __02/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Tava Hodgson**
**234 W 1st S**
**W244IL-9**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __06/2011__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Tayler Nichols**
**4538 W 1000 N**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Tayler West**
**888 Anne Street**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2018__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Taylor Larsen**
**892 Everette Place**
**Unit 2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Taylor Wanlass**
**707 S 5th W**
**3301**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Teagan Carroll**
**898 Everett Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Teresa Wiscovitch**
**880 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Tesa & Ulaiasi Manu**
**355 W 2nd S**
**101**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/2018**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Tessa Graves**
**892 Everette Place**
**Unit 3**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tessa Graves**
**892 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Tessara Rollins**
**707 S 5th W**
**2002**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2017**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Thomas Widdison**
**173 N 3rd E**
**upper**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/2015**

Basis for the claim: **lease deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Thuong Phan
234 W 1st S
7
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Tien Phan
431 S 2nd W
2 - private
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Tiffini Lee
446 W 6th S
504
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Timothy & Shannon Muhlestein
520 W 7th S
114
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2012

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Timothy Allen
900 Everett
1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Timothy Stewart
900 Everett
3
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2017

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

Timothy Wray
882 Everette Place
4
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2018

**Basis for the claim:**  lease deposit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Tomas & Ashley Jurkuvenas
520 W 7th S
114
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Tory & Karen Stewart
217 W 2nd N
217
Saint Anthony, ID 83445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Tracy Soriano
707 S 5th W
2903
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Travis Shurtliff
355 W 2nd S
303
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2018__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Trevor Bigham
340 N 12th W
37
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __01/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Trevor Knudson
149 E 3rd S
5
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Trevor Thompson
884 Everette  Place
Unit 1
Rexburg, ID 83440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2017__

**Basis for the claim:**  __lease deposit__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Treya Smithson**
**707 S 5th W**
**2903**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Ty Driggs**
**898 Everett Place**
**4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Tyler Bergstrom**
**878 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/2018

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Tyler Covey**
**49 E Main Street**
**#2**
**Saint Anthony, ID 83445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyler Cox**
**893 Everette Place**
**Unit 4**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Tyler Fuqya**
**501 Countryside**
**B501OY**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2017

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Tyler Jensen**
**234 W 1st S**
**113**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2016

Basis for the claim:  **lease deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Tyler Kelly**
**898 Everett Place**
**2**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tyler Pehl**
**707 S 5th W**
**2903**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2016__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Unique Property Management**
**7028 Kearny Dr.**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015__

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Valerie Edrington**
**894 Everette Place**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vickie Morales**
**173 N 3rd E**
**upper**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __07/2012__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Walter Juarez**
**149 E 3rd S**
**1**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Walter Pittaway**
**264 N 3rd E**
**303**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __lease deposit__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
| | **Wayne Vitali** | ☐ Contingent | |
| | **398 Pioneer Road** | ☐ Unliquidated | |
| | **3** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred __06/2018__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
| | **Wesley Bevington** | ☐ Contingent | |
| | **602 Trejo** | ☐ Unliquidated | |
| | **B602AT** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred __04/2016__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
| | **Weston Whitmore** | ☐ Contingent | |
| | **101 S 3rd E** | ☐ Unliquidated | |
| | **Teton, ID 83451** | ☐ Disputed | |
| | Date(s) debt was incurred __08/2016__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| | **Whitney Anderson** | ☐ Contingent | |
| | **227 N 1900 E** | ☐ Unliquidated | |
| | **G227RI** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred __08/2016__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| | **William Montesdeoca** | ☐ Contingent | |
| | **149 E 3rd S** | ☐ Unliquidated | |
| | **5** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred __02/2018__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,087.00** |
| | **Yellowstone Capital** | ☐ Contingent | |
| | **160 Pearl Street** | ☐ Unliquidated | |
| | **New York, NY 10005** | ☐ Disputed | |
| | Date(s) debt was incurred __8/30/2017 & 11/8/2017__ | **Basis for the claim:** __Loan__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Zach & Kiley Curtis** | ☐ Contingent | |
| | **269 Ricks Avenue** | ☐ Unliquidated | |
| | **H269EN** | ☐ Disputed | |
| | **Rexburg, ID 83440** | | |
| | Date(s) debt was incurred __10/2017__ | **Basis for the claim:** __lease deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Zachary Whetstone**
**912 Anne Street**
**3**
**Rexburg, ID 83440**

Date(s) debt was incurred  07/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **546,017.72** |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | **546,017.72** |

**Fill in this information to identify the case:**

Debtor name     **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract | |
| 2.2   State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract | |
| 2.3   State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract | |
| 2.4   State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rentmaster of Rexburg, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kimberly Jaques** | **4908 W. Pillar Drive**<br>**Herriman, UT 84096** | **Yellowstone Capital** | ■ D    **2.6**<br>☐ E/F  _____<br>☐ G _____ |
| 2.2 | **Paradigm Property Management** | **429 SW 5th Ave. Ste. 110**<br>**Meridian, ID 83646** | **Yellowstone Capital** | ■ D    **2.6**<br>☐ E/F  _____<br>☐ G _____ |
| 2.3 | **Paradigm Property Management** | **429 SW 5th Ave. Ste. 110**<br>**Meridian, ID 83646** | **Ace Funding Source LLC** | ■ D    **2.1**<br>☐ E/F  _____<br>☐ G _____ |
| 2.4 | **Paradigm Property Solutions** | **859 South Yellowstone Hwy**<br>**Suite 1101**<br>**Rexburg, ID 83440** | **New Era Lending, LLC** | ■ D    **2.4**<br>☐ E/F  _____<br>☐ G _____ |
| 2.5 | **Paradigm Property Solutions** | **429 SW 5th Ave. Ste. 110**<br>**Meridian, ID 83642** | **1st Global Capital LLC** | ☐ D _____<br>■ E/F    **3.1**<br>☐ G _____ |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Paradigm Property Solutions** | **PO Box 385 Meridian, ID 83680** | **Ace Funding Source LLC** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Ronald Jaques** | **1505 NW 1st St. Meridian, ID 83642** | **Yellowstone Capital** | ■ D ___**2.6**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Ronald Jaques** | **1505 NW 1st St. Meridian, ID 83642** | **New Era Lending, LLC** | ■ D ___**2.4**___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rentmaster of Rexburg, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$293,614.84** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$435,814.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Multiple** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **There were mulitple payments to multiple creditors but Debtor has no access to financial records to determine exact amounts.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **New Era Lending, LLC<br>762 North Orange Street<br>Wilmington, DE 19801**<br>Last 4 digits of account number:    3452 | **A writ was issued on April 26, 2018 and money was garnished form the checking account ending 3452.** | **6/4/2018<br>($5,160.09)<br>5/25/2018<br>($37,955.36)** | **$43,115.45** |

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Rentmaster of Rexburg, LLC**

Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ace Funding Source, LLC v. Paradigm Property Management, LLC, Paradigm Property Solutions, LLC, Rentmaster of Rexburf, LLC and Ronald W. Jaques 801224/2018** | **Civil** | **Supreme Court of the State of New York<br>Erie County Court<br>25 Delaware Avenue<br>Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Acarius LLC v. Rentmsater of Rexburg, LLC, Ron Jacques CV-2018-0000371** | **Foreign Judgment** | **Madison County Court<br>134 E. Main Street<br>Rexburg, ID 83440** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Rentmaster of Rexburg, LLC and Ronald Wade Jaques v. Jennifer Handy, Does 1-10 CV-2017-0000756** | **Civil Case** | **Madison County Court<br>134 E. Main<br>Rexburg, ID 83440** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **G & G Barn Rentals, LLC v. Rentmaster of Rexburg, LLC CV-2017-0000499** | **G & G Barn Rentals,LLC v. Rentmaster of Rexburg, LLC** | **Madison County Court<br>134 E. Main<br>Rexburg, ID 83440** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Rentmaster Property Management, Inc. v Adrian DeSellem CV-2017-0006808-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Rentmaster Property Management, Inc. v. Heather Moon CV-2017-0006811-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Rentmaster Property Management, LLC v. Ross Horman etal CV-2018-0002829-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83405** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Rentmaster Property Management, Inc. v. Krystal Rhodes and Ricky Eugene Robison Jr. CV-2018-0002827-OC** | **Evicton** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Rentmaster Property Management, Inc. v. Jessica Escobar and Santos Bustos CV-2018-0002826-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Rentmaster Property Management, Inc. v. James P. Schmitter et al CV-2017-0006444-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **Rentmaster Property Management, Inc. v. Tyson Nelson and Ladawn Nelson CV-2018-0002215-OC** | **Eviction** | **Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Rentmaster of Rexburg, LLC**                                         Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. | Rentmaster Property Management, Inc. v. Jose Tapiapaz<br>CV-2018-0002214-OC | Rentmaster Property Management, Inc. v. Jose Tapiapaz | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Rentmaster Property Management, Inc. v. Chelsea Nicole Jensen<br>CV-2017-0005269-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | Rentmaster Property Management, Inc. v. Jimmy Carlson and Donna Carlson<br>CV-2018-0001237-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | Rentmaster Property Management, Inc. v. Nathan Summers & Melissa Summers<br>CV-2018-0001235-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | Rentmaster Property Management, Inc. v. Nathan Summers and Melissa Summers<br>CV-2018-0001231-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. | Rentmaster Property Management, Inc. v. Sherry Marie Hinton<br>CV-2018-0001188-OC | Civil Case | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. | Rentmaster Property Management, Inc. v . Sherry Marie Hinton<br>CV-2018-0001185-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.19. | Rentmaster Property Management, Inc. v. Tory Ashelynn Hayes<br>CV-2018-0000116-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | Rentmaster Property Management, Inc. v. Matt Goodson etal<br>CV-2017-0003891-OC | Eviction | Bonneville County Court<br>605 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **Rentmaster of Rexburg, LLC**                          Case number *(if known)*

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Shannon Flory**<br>**1101 W. River Street, Ste. 340**<br>**Boise, ID 83702** | **Paradigm Entities** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **T Street LLC et al v. Paradigm Property** | **Ada County Court**<br>**200 W. Front Street**<br>**Boise, ID 83702** |
| | Case number | |
| | **CV01-18-10654** | |
| | Date of order or assignment | |
| | **June 28, 2018** | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Angstman Johnson**<br>**3649 N. Lakeharbor Ln.**<br>**Boise, ID 83703** | | **6/12/2018** | **$4,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Debtor   **Rentmaster of Rexburg, LLC**                                   Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Jacob Grant Property Management** **490 Park Ave.** **Idaho Falls, ID 83402** | **Lease and Management Agreements** **(Agreed to fund all security deposits)** | **June 2018** | **$0.00** |
| | Relationship to debtor | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **Rentmaster of Rexburg, LLC**                                Case number *(if known)* _____

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Beehive Federal Credit Union<br>65 S. Center St.<br>Rexburg, ID 83440 | XXXX-4111 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Checking - general** | **January 2018** | **$0.00** |
| 18.2. | Beehive Federal Credit Union<br>65 S. Center St.<br>Rexburg, ID 83440 | XXXX-0708 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Checking - operating acct** | **January 2018** | **$0.00** |
| 18.3. | Beehive Federal Credit Union<br>65 S. Center St.<br>Rexburg, ID 83440 | XXXX-0709 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Checking - maintenance** | **January 2018** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* | |

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Millington Zwygart CPA**<br>**1803 Ellis Avenue**<br>**Caldwell, ID 83605** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

| Debtor | **Rentmaster of Rexburg, LLC** | Case number *(if known)* |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Jaques | 1505 NW 1st St. Meridian, ID 83642 | Manager/Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shannyn Flory | 1101 W River Street, Ste 340 Boise, ID 83702 | Receiver - appointed in Ada County Case No. CV01-18-10654 | None |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

    ■ No
    ☐ Yes. Identify below.

Debtor    **Rentmaster of Rexburg, LLC**                                      Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**June 29, 2018**__

/s/ Ronald W. Jaques                                            Ronald W. Jaques
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Idaho

In re    **Rentmaster of Rexburg, LLC**                       Case No. _____

                                         Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 29, 2018** _____         **/s/ Ronald W. Jaques** _____

                                               **Ronald W. Jaques**/Manager
                                               Signer/Title

1st Global Capital LLC
1250 E Hallandale Beach Blvd
Hallandale, FL 33009


Abigail J Christensen
115 E 1st N
downstairs
Rexburg, ID 83440


Ace Funding Source LLC
366 North Broadway
Jericho, NY 11753


Adam  Rachelle Corley
115 E 1 S
G115RO
Sugar City, ID 83448


Adam Cannon
635 Trejo
P635AR
Rexburg, ID 83440


Adam King
896 Everette Place
1
Rexburg, ID 83440


Adam Pasley
878 Everette Place
1
Rexburg, ID 83440


Adam Salley
952 Anne Street
3
Rexburg, ID 83440

Adam Wilhoite
49 E Main Street
2
Saint Anthony, ID 83445


Adrianna Santiago
49 E Main Street
9
Saint Anthony, ID 83445


Alan   Melanie Gordon
125 E Moody Road
F125ON
Rexburg, ID 83440


Alan Moss
49 E Main Street
3
Saint Anthony, ID 83445


Alberto   Yuri Puente
234 W 1st S
210
Rexburg, ID 83440


Aldo   Andres Garcia
952 Anne Street
4
Rexburg, ID 83440


Alecia   Scott Banta
920 Anne Street
1
Rexburg, ID 83440


Alee   Nathaniel Noland
465 Countryside Avenue
Rexburg, ID 83440

```
Aleena   Spencer Wadsworth
624 Valinda Lane
Rexburg, ID 83440


Alex   Danica Brunner
234 W 1st S
W244IL-8
Rexburg, ID 83440


Alex Bartholomew
36 N Bridge Street
2
Saint Anthony, ID 83445


Alex Scharf
936 Anne Street
4
Rexburg, ID 83440


Alexa   Andrea Schwab
513 Countryside Avenue
Rexburg, ID 83440


Alexa   Cody Weaver
565 Pioneer Road
155
Rexburg, ID 83440


Alexander Colby
355 W 2nd S
203
Rexburg, ID 83440


Alexandra   David Jackman
952 Anne Street
3
Rexburg, ID 83440
```

Alexis   Grant Quigley
707 S 5th W
3303
Rexburg, ID 83440


Alexis   Justin Burt
133 1/2 E 1 S
P133 1/2ET
Rexburg, ID 83440


Alexis Fowles
904 Anne Street
4
Rexburg, ID 83440


Alexis Potter
900 Everett
1
Rexburg, ID 83440


Alicia Caputo
234 W 1st S
W244IL-8
Rexburg, ID 83440


Alie Ann   Keith Harrop
23 Front Street
H23EB
Sugar City, ID 83448


Alisa   Brandon Pelfrey
880 Everette Place
4
Rexburg, ID 83440


Alisha   Dionte Murrell
355 W 2nd S
201
Rexburg, ID 83440

Alivia   Delmont Wirig
595 Countryside
Rexburg, ID 83440


Alla   Yohan Delton
540 Sunflower
A540BR
Rexburg, ID 83440


Allison   Andrew Clark
888 Everette Place
Unit 4
Rexburg, ID 83440


Allison Braun
501 Countryside
B501OY
Rexburg, ID 83440


Allison Williams
890 Everette Place
Unit 3
Rexburg, ID 83440


Allyson   Cameron Blackwell
269 Ricks Avenue
H269EN
Rexburg, ID 83440


Alysia   Andrew Fabis
520 W 7th S #113
H520EL
Rexburg, ID 83440


Alyssa   Justin Herbst
463 Countryside
D463AL
Rexburg, ID 83440

```
Alyssa   Kyle Frizzell
887 Everett Place
3
Rexburg, ID 83440


Amanda   Christopher Johnson
234 W 1st S
214
Rexburg, ID 83440


Amanda   Justin DeLora
42 W 1st N
F42ER
Rexburg, ID 83440


Amanda   Tyler Madsen
234 W 1st S
110
Rexburg, ID 83440


Amanda Berchtold
920 Anne Street
2
Rexburg, ID 83440


Amanda Chapdelaine
888 Everette Place
Unit 4
Rexburg, ID 83440


Amber Burt
310 N 6th W
3
Saint Anthony, ID 83445


Amber Casper
49 E Main Street
#6
Saint Anthony, ID 83445
```

```
Amber Olds
896 Everette Place
1
Rexburg, ID 83440


Amberlee   Bryton Lee
707 S 5th W
2903
Rexburg, ID 83440


Amenae   Weston Black
355 W 2nd S
302
Rexburg, ID 83440


Amie   Justin Pixton
707 S 5th W
1101
Rexburg, ID 83440


Amy   Brandon Abel
202 N 4000 E
G202RO
Rigby, ID 83442


Amy   Trevor Williams
234 W 1st S
111
Rexburg, ID 83440


Amy Cluff-Sweet
127 S 4th W
3
Rexburg, ID 83440


Amy Herker
234 W 1st S
W244IL-9
Rexburg, ID 83440
```

Ana   Spencer Johnson
355 W 2nd S
501
Rexburg, ID 83440


Andrea   Bernardo Blanco
270 W Main
P270ET
Rexburg, ID 83440


Andrea   William Blauer
860 S 5th W
25
Rexburg, ID 83440


Andrea Badilla
884 Everette Place
Unit 1
Rexburg, ID 83440


Andrea Stringham
753 Nina Drive
Rexburg, ID 83440


Andres Garcia
355 W 2nd S
100
Rexburg, ID 83440


Andres Garcia
234 W 1st S
202
Rexburg, ID 83440


Andrew   Danielle Stockle
127 S 4th W
2
Rexburg, ID 83440

Andrew   Kaitlyn Oates
540 Sunflower
Rexburg, ID 83440


Andrew   Trudie Taylor
234 S 1st S
104
Rexburg, ID 83440


Andrew Hatch
960 Anne Street
1
Rexburg, ID 83440


Andrew Pinkston
49 E Main Street
8
Saint Anthony, ID 83445


Andrew Reid
952 Anne Street
1
Rexburg, ID 83440


Andrew Simmons
888 Everette Place
Unit 4
Rexburg, ID 83440


Andrew Sweet
127 S 4th W
3
Rexburg, ID 83440


Andrews Souza
149 E 3rd S
3A
Rexburg, ID 83440

Angela   Seth Walton
557 Countryside Avenue
Rexburg, ID 83440


Angelina Olivas
900 Everett
1
Rexburg, ID 83440


Annette   Conrad Belnap
471 W 1st N
#2 - downstairs
Rexburg, ID 83440


Annie   Rylan Houser
264 N 3rd E #605
Rexburg, ID 83440


Annie Cauble
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440


Anthony Handy
936 Anne Street
1
Rexburg, ID 83440


April   Estuardo Sosa
355 W 2nd S
401
Rexburg, ID 83440


Arcarius LLC
2125 Center Ave.
Fort Lee, NJ 07024

Arianna Womack
264 N 3rd e
503
Rexburg, ID 83440


Ariel Bouskila
40 Exchange Place Ste. 1306
New York, NY 10005


Arielle   david Batchelor
884 Everette Place
Unit 2
Rexburg, ID 83440


Artemio Cruz
36 N Bridge Street
1
Saint Anthony, ID 83445


Ashlee   Curtis Boal
894 Everette Place
3
Rexburg, ID 83440


Ashlee Michaelson
912 Anne Street
3
Rexburg, ID 83440


Ashley   Brandon Sharon
264 N 3rd E
304
Rexburg, ID 83440


Ashley   Brant Goff
626 Valinda Lane
J626AE
Rexburg, ID 83440

Ashley   Mike Duckworth
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440


Ashley   Ricks Munn
264 N 3rd E
204
Rexburg, ID 83440


Ashlie Miller
886 Everette Place
Unit 1
Rexburg, ID 83440


Ashlyn   Eric Peterson
944 Anne Street
2
Rexburg, ID 83440


Ashlyn Kennedy
707 S 5th W
3303
Rexburg, ID 83440


Aubrey   Taylor Burr
885 Capital Lane
N885IS
Rexburg, ID 83440


Austin   Emili Rawlings
880 Everette Place
3
Rexburg, ID 83440


Austin   Kailin Walker
707 S 5th W
1100
Rexburg, ID 83440

Austin Barrus
234 W 1st S
7
Rexburg, ID 83440


Austin Dedmon
431 S 2nd W
#1-A
Rexburg, ID 83440


Austin James
234 W 1st S
111
Rexburg, ID 83440


Austin Jarman
892 Everette Place
Unit 4
Rexburg, ID 83440


Austin Jarman
892 Everette Place
Unit 3
Rexburg, ID 83440


Austin Jensen
707 S 5th W
3203
Rexburg, ID 83440


Austin Weldon
890 Everette Place
Unit 2
Rexburg, ID 83440


Autumn   Zachary Kraus
642 Sunflower
Rexburg, ID 83440

Autumn Hansen
328 W 2nd S
4
Rexburg, ID 83440


Bailey   Isaac Despain
707 S 5th W
2002
Rexburg, ID 83440


Bailey   Isaac Despain
49 E Main Street
2
Saint Anthony, ID 83445


Barbara   Lawrence Forte
348 N 1600 E
M348AT
Saint Anthony, ID 83445


Barratt Barson
602 trejo
B602AT
Rexburg, ID 83440


Bayleigh Nielson
318 Pioneer Road
102-A
Rexburg, ID 83440


Beau   Kassidy Hammond
646 Sunflower Road
C646OL
Rexburg, ID 83440


Benjamin Kendrick
355 W 2nd S
302
Rexburg, ID 83440

Benjamin Smith
115 E 1st N
downstairs
Rexburg, ID 83440


Beth Richardson
355 W 2nd S
302
Rexburg, ID 83440


Blake   Carissa Russell
912 Anne Street
2
Rexburg, ID 83440


Blake   Kaitlyn Campbell
892 Everette Place
Unit 2
Rexburg, ID 83440


Blake Whittingslow
936 Anne Street
2
Rexburg, ID 83440


Blanca Lopez
707 S 5th W
2903
Rexburg, ID 83440


Bonnie   Christopher Mobley
936 Anne Street
4
Rexburg, ID 83440


Boyd   Madalyn Querubin
898 Everett Place
1
Rexburg, ID 83440

```
Braden   Chelsea Grawrock
884 Everette Place
Unit 4
Rexburg, ID 83440


Braden   Kylie Owens
264 N 3rd E
305
Rexburg, ID 83440


Brady Abbott
707 S 5th W
1103
Rexburg, ID 83440


Brady Maughan
634 Lilac
Rexburg, ID 83440


Brandon   Jamie Curtis
471 W 1st N
#1 - upstairs
Rexburg, ID 83440


Brandon   Kendra Nielson
637 Trejo Street
Rexburg, ID 83440


Brandon   Monica Smith
965 S Teton Avenue
Sugar City, ID 83448


Brandon   Shanna Wheeler
148 E 1st N
Saint Anthony, ID 83445


Brandon Lewis
227 N 1900 E
Rexburg, ID 83440
```

```
Brandon Spragg
127 S 4th W
1
Rexburg, ID 83440


Brandyn   Caitlyn Koogler
880 Everette Place
4
Rexburg, ID 83440


Braque Steed
882 Everette Place
3
Rexburg, ID 83440


Breanna   James Hunter
234 W 1st S
4
Rexburg, ID 83440


Breannea   Joseph Wolverton
264 N 3rd E
305
Rexburg, ID 83440


Brenda Perez
952 Anne Street
4
Rexburg, ID 83440


Brent Coffin
264 N 3rd E #102
P264ER
Rexburg, ID 83440


Bret   Velvet Killian
432 1st W
Ririe, ID 83443
```

Brian   Shaune Elkins
580 Sunflower Road
P580OR
Rexburg, ID 83440


Brian Eastmond
234 W 1st S
4
Rexburg, ID 83440


Brianna   Jonathan Kjar
565 Pioneer Road
173
Rexburg, ID 83440


Brianna Burton
707 S 5th W
1103
Rexburg, ID 83440


Brianna Schulkins
894 Everette Place
4
Rexburg, ID 83440


Brianna Walton
886 Everette Place
Unit 2
Rexburg, ID 83440


Bridgette Corcoran
355 W 2nd S
403
Rexburg, ID 83440


Brittney Tidwell
36 S 3rd E
Rexburg, ID 83440

Broc Spaulding
149 E 3rd S
2A
Rexburg, ID 83440


Brock Jacobs
355 W 2nd S
404
Rexburg, ID 83440


Brody Eaton
900 Everett
2
Rexburg, ID 83440


Brook Fullmer
2060 E 500 N
S2060TO
Saint Anthony, ID 83445


Brooke   Casey Walrath
850 Anne Street
2
Rexburg, ID 83440


Brooke Remington
234 W 1st S
211
Rexburg, ID 83440


Bruce Dredge
888 Anne Street
1
Rexburg, ID 83440


Bruno   Leticia Araujo
446 W 6th S
#504
Rexburg, ID 83440

Bryce Quist
890 Everette Place
Unit 3
Rexburg, ID 83440


Cade Davie
234 W 1st S
208
Rexburg, ID 83440


Calliese   Cameron Chappell
318 Pioneer Road #20
2001
Rexburg, ID 83440


Calliese Bronson
318 Pioneer Road #20
2001
Rexburg, ID 83440


Cameron   Kaitlyn White
234 W 1st S
109
Rexburg, ID 83440


Cameron   Katherine Sullivan
886 Everette Place
Unit 3
Rexburg, ID 83440


Cameron   Lacey Kofford
629 Countryside
Rexburg, ID 83440


Cameron Dayton
265 E 2nd N
B265AK
Rexburg, ID 83440

Cameron G Chappell
318 Pioneer Road #20
2001
Rexburg, ID 83440


Cameron Kleinlein
890 Everette Place
Unit 1
Rexburg, ID 83440


Cameron St Amant
707 S 5th W
2903
Rexburg, ID 83440


Camerson Bennion
622 Valinda Lane
J622OR
Rexburg, ID 83440


Camile Barthlome
234 W 1st S
4
Rexburg, ID 83440


Candis Hansen
884 Everette Place
Unit 2
Rexburg, ID 83440


Candy  Iram Villa
225 N 1900 E
Rexburg, ID 83440


Carissa Traes Daniels-Brown
912 Anne Street
4
Rexburg, ID 83440

Carly   Taylor Kozak
882 Everette Place
1
Rexburg, ID 83440


Carol Grimmett
264 N 3rd E #505
H264UN - 505
Rexburg, ID 83440


Carol Wilson
155 N 2400 E
Saint Anthony, ID 83445


Carolyn Bean
890 Everette Place
Unit 2
Rexburg, ID 83440


Casey   Jesse Morse
887 Everett Place
1
Rexburg, ID 83440


Cassandra   Matthew Webb
636 Valinda Lane
Rexburg, ID 83440


Cassandra Cain
900 Everett
4
Rexburg, ID 83440


Cassidy   Spencer Chun
887 Everett Place
2
Rexburg, ID 83440

Catherine King
318 Pioneer Road
2003
Rexburg, ID 83440


Catheryn Shockey
3285 Roosevelt Way
3285 F
Rock Springs, WY 82901


Cedar Muhlestein
234 W 1st S
107
Rexburg, ID 83440


Celeine    Tanner Reese
900 Everett
1
Rexburg, ID 83440


Celeste Zsembery
234 W 1st S
108
Rexburg, ID 83440


Chad Summers
890 Everette Place
Unit 2
Rexburg, ID 83440


Chantelle Nathaniel Nielsen
707 S 5th W
2801
Rexburg, ID 83440


Charles Buckhannon
850 Anne Street
3
Rexburg, ID 83440

```
Charlotte Russell
882 Everette Place
4
Rexburg, ID 83440


Chase Smith
149 E 3rd S
4A
Rexburg, ID 83440


Chasee Pritchett
310 N 6th W
4
Saint Anthony, ID 83445


Chauncey Neville
234 W 1st S
105
Rexburg, ID 83440


Chelsie  Lane McBride
521 Countryside
Rexburg, ID 83440


Cheryl Gimmeson
270 W Main
P270ET
Rexburg, ID 83440


Cheryl Whalley
234 W 1st S
4
Rexburg, ID 83440


Chris  Jessica Winters
209 W 1st S
Sugar City, ID 83448
```

Chris Kennedy
920 Anne Street
1
Rexburg, ID 83440


Christi  Bryton Nield
638 Valinda Lane
Rexburg, ID 83440


Christian Choi
431 S 2nd W
#5-B
Rexburg, ID 83440


Christopher  Meagan Drake
3.55 W 2nd S
404
Rexburg, ID 83440


Christopher  Rebecca Berry
8123 E HWY 33
B8123RO
Newdale, ID 83436


Christopher  Tiffany Lundy
882 Everette Place
2
Rexburg, ID 83440


Christopher Pharis
685 Fremont
Ashton, ID 83420


Christopher Deeana Alexander
318 Bluebell
H318UN
Rexburg, ID 83440

```
Christy Bartholomei
329 N Bridge Street
B329AT
Saint Anthony, ID 83445


Ciara   Jordan Kelley
646 Sunflower Road
Rexburg, ID 83440


Ciarra   Taft Mitchell
884 Everette Place
4
Rexburg, ID 83440


Cidnie Schwendiman
355 W 2nd S
203
Rexburg, ID 83440


Cira Gamboa-Long
234 W 1st S
108
Rexburg, ID 83440


Clairee Jordan
36 N Bridge Street
2
Saint Anthony, ID 83445


Cleste   Ralene Butcher
318 Pioneer Road
102-B1
Rexburg, ID 83440


Clint   Kristen Milne
912 Anne Street
2
Rexburg, ID 83440
```

```
Cody   Emily Thiery
888 Everette Place
Unit 2
Rexburg, ID 83440


Cody   Nicole Lee
355 W 2nd S
204
Rexburg, ID 83440


Cody Harris
886 Everette Place
Unit 1
Rexburg, ID 83440


Cody Richardson
234 W 1st S
206
Rexburg, ID 83440


Cody Schoenfeld
49 E Main Street
7
Saint Anthony, ID 83445


Cole Gunnoe
2401 S 4000 W
S2401PA
Rexburg, ID 83440


Cole Hoffman
234 W 1st S
207
Rexburg, ID 83440


Colter   Sage Reeves
707 S 5th W
3203
Rexburg, ID 83440
```

Colter Miller
234 W 1st S
106
Rexburg, ID 83440


Colton   Jayna Edwards
894 Everette Place
2
Rexburg, ID 83440


Connor Webb
920 Anne Street
2
Rexburg, ID 83440


Conor   Melissa Mallory
264 N 3rd E
305
Rexburg, ID 83440


Corey Moore
3750 Ridgeland Drive
Idaho Falls, ID 83401


Corinne   Kyle Frye
234 W 1st S
5
Rexburg, ID 83440


Corinne Azimi-Tabrizi
888 Everette Place
Unit 2
Rexburg, ID 83440


Cory Fung
565 Pioneer Road
H565AY - 104
Rexburg, ID 83440

Cory Fung
149 E 3rd S
3B
Rexburg, ID 83440


Cosette DeFerrari
234 W 1st S
201
Rexburg, ID 83440


Courney Blanchard
310 N 6th W
3
Saint Anthony, ID 83445


Creighton   Kaylee Davison
707 S 5th W
2003
Rexburg, ID 83440


Curtis   Jessica Higbee
471 W 1st N
#2 - downstairs
Rexburg, ID 83440


Curtis Lindblom
707 S 5th W
2002
Rexburg, ID 83440


Cyler Horsley
626 Valinda Lane
J626AE
Rexburg, ID 83440


Dakota Blaser
4528 W 1000 N
T4538UC
Rexburg, ID 83440

Dakota Froehlich
49 E Main Street
#8
Saint Anthony, ID 83445


Dakota Noorda
892 Everette Place
Unit 4
Rexburg, ID 83440


Dakota Parsons
149 E 3rd S
4B
Rexburg, ID 83440


Dallin  Heather Wrathall
127 S 4th W
1
Rexburg, ID 83440


Daniel  Hollin Parkinson
869 Capital Lane
Rexburg, ID 83440


Daniel  Jasmyn Allen
707 S 5th W
2802
Rexburg, ID 83440


Daniel  Jerry Virgin
355 W 2nd S
402
Rexburg, ID 83440


Daniel  Megan Zeitner
886 Everette Place
Unit 2
Rexburg, ID 83440

Daniella   Jedediah Rogers
900 Everett
1
Rexburg, ID 83440


Danielle Kastner
49 E Main Street
6
Saint Anthony, ID 83445


Dara Morgan
101 S 3rd E
101
Teton, ID 83451


Darby   Joshua Beaulieu
318 Pioneer Road #20
2000
Rexburg, ID 83440


David   Elisa Castoe
36 N Bridge Street
1
Saint Anthony, ID 83445


David   Kali Solomon
878 Everette Place
2
Rexburg, ID 83440


David Cofer
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440


David Flint
573 Countryside
C573AM
Rexburg, ID 83440

```
David Glazier
234 W 1st S
W244IL - 8
Rexburg, ID 83440


David Reed
415 Idaho
Ashton, ID 83420


Derek   Samantha Elsmore
707 S 5th W
1102
Rexburg, ID 83440


Derek   Vanessa Martin
234 W 1st S
101
Rexburg, ID 83440


Derek Clement
234 W 1st S
W234IL-New-114
Rexburg, ID 83440


Dev   lisa Patel
928 W 7th S
Rexburg, ID 83440


Devin Dalling
234 W 1st S
201
Rexburg, ID 83440


Diana   Edward Hernandez
36 N Bridge Street
32
Saint Anthony, ID 83445
```

Dillon   Hannah Goulding
398 Pionner Road #3
3201
Rexburg, ID 83440


Dimas   Deva Patina
896 Everette Place
4
Rexburg, ID 83440


Don   Lauren Kussee
398 Pioneer Road
3102
Rexburg, ID 83440


Don Powell/Mindy Baker
248 W 1st N
B
Rigby, ID 83442


Donald Coltrane
219 E 2nd S
2 - downstairs
Rexburg, ID 83440


Drew   Kyla Wagstaff
234 W 1st S
2
Rexburg, ID 83440


Dustin   Shantel Stowe
892 Everette Place
Unit 3
Rexburg, ID 83440


Dylan Webster
234 W 1st S
213
Rexburg, ID 83440

Edward Phillips
355 W 2nd S
100
Rexburg, ID 83440


Elain   Alberto Arellano
885 Capital Lane
N885IS
Rexburg, ID 83440


Elder Mardis
234 W 1st S
112
Rexburg, ID 83440


Elder Mardis
878 Everette Place
4
Rexburg, ID 83440


Elder Mardis Mission Housing
936 Anne Street
3
Rexburg, ID 83440


Elise   Brock Whitby
900 Everett
3
Rexburg, ID 83440


Elizabeth   James Powell
318 Bluebell
Rexburg, ID 83440


Elizabeth Willson
49 E Main Street
2
Saint Anthony, ID 83445

Eloise Rathien
227 N 4400 E
227
Rigby, ID 83442


Emilee Allen
234 W 1st S
205
Rexburg, ID 83440


Emilee Lloyd
892 Everette Place
Unit 4
Rexburg, ID 83440


Emily  Eric Collett
418 S 3000 W
BRU418
Rexburg, ID 83440


Emily  Jacob Hartwig
707 S 5th E
2303
Rexburg, ID 83440


Emily  Larson Chun
1117 Coyote Willow Way
B1117OY
Rexburg, ID 83440


Emily  Parker Carson
707 S 5th W
601
Rexburg, ID 83440


Emily  Ruleiote Togagae
520 Sunflower
Rexburg, ID 83440

Emily Hanson
318 Pioneer Roadd
100-B1
Rexburg, ID 83440


Emily Larson
234 W 1st S
212
Rexburg, ID 83440


Emily Mainord
900 Everette
2
Rexburg, ID 83440


Emily Pitt
626 Valinda Lane
Rexburg, ID 83440


Emily Sanders
707 S 5th W
3203
Rexburg, ID 83440


Emily Sawyer
2401 S 4000 W
Rexburg, ID 83440


Emily Tolman
890 Everette Place
Unit 2
Rexburg, ID 83440


Emma   Robert Schmidt
255 E Main Street
16
Rexburg, ID 83440

Emylly Stackman
264 N 3rd E
102
Rexburg, ID 83440


Enrique Martinez
882 Everette Place
4
Rexburg, ID 83440


Enrique Martinez
8123 E HWY 33
4
Newdale, NM 88343-6000


Eric   Rachel Sande
638 Valinda Lane
Rexburg, ID 83440


Erica   Thomas Mouser
198 N Hill Road
Rexburg, ID 83440


Erica   Thomas Mouser
277 Marianne Drive
Rexburg, ID 83440


Erik Evensen
888 Everette Place
Unit 2
Rexburg, ID 83440


Erin   Nathan Fleming
928 Anne Street
1
Rexburg, ID 83440

Erin Caldwell
355 W 2nd S
302
Rexburg, ID 83440


Ernesto Monzano
342 W 1st S
802
Rexburg, ID 83440


Ethan  tiffany Pyle
638 Valinda Lane
Rexburg, ID 83440


Ethan Russon
234 W 1st S
212
Rexburg, ID 83440


Ethan Young
707 S 5th W
3303
Rexburg, ID 83440


Evan  Lillian Bigelow
952 Anne Street
1
Rexburg, ID 83440


Ezra Lewis
125 S 4th W
4
Rexburg, ID 83440


Feryn Jones
49 E Main Street
 #2
Saint Anthony, ID 83445

Fora Financial
519 8th Avenue, 11th Floor
New York, NY 10018


Fustion Holdings LLC
884 Everett Place
884, 886, 888
Rexburg, ID 83440


Gabrielle Struempler
8123 E HWY 33
Rexburg, ID 83440


Gabrielle StruemplerMartinez
882 Everette Place
4
Rexburg, ID 83440


Gannon Hess
264 N 3rd E
703
Rexburg, ID 83440


Garrett Wistisen
904 Anne Street
4
Rexburg, ID 83440


Georgine Hardy
3750 Ridgeland Drive
B3750OY
Idaho Falls, ID 83401


Gerdon Rogers
707 S 5th W
1103
Rexburg, ID 83440

Glenn Byler
247 Georgetown
D247AV
Rexburg, ID 83440


Gonzalo Sanhueza
928 Anne Street
3
Rexburg, ID 83440


Graffiti Hair Salon
402 W 4th S
300
Rexburg, ID 83440


Griffin LLC
896 Everett Place
896, 898, 900
Rexburg, ID 83440


Gunnar Norton
36 S 3rd e
Rexburg, ID 83440


Hadley   Joshua Pinder
912 Anne Street
1
Rexburg, ID 83440


Hadley Palmer
4205 S 3300 W
Rexburg, ID 83440


Haiden Larsen
49 E Main Street
1
Saint Anthony, ID 83445

```
Haley   Spencer Wells
892 Everette Place
Unit 1
Rexburg, ID 83440


Hallie   Alex Mueller
264 N 3rd E
503
Rexburg, ID 83440


Hamony   Brandon Bostick
318 Pioneer Road #20
2003
Rexburg, ID 83440


Hanna Ficklin
340 N 12th W
37
Rexburg, ID 83440


Hannah   John Collins
234 W 1st S
W234IL-New-212
Rexburg, ID 83440


Hannah   Josh Wray
234 W 1st S
113
Rexburg, ID 83440


Hannah   Justin Nelson
707 S 5th W
3300
Rexburg, ID 83440


Hannah   Robert Pymm
564 Sunflower
Rexburg, ID 83440
```

Hannah Thornton
264 N 3rd E
103
Rexburg, ID 83440


Hans Hurst
310 N 6th W
3
Saint Anthony, ID 83445


Harper Land LLC
890 Everett Place
890, 892, 894
Rexburg, ID 83440


Harrison Bateman
234 W 1st S
4
Rexburg, ID 83440


Havan Christensen
318 Pioneer Road
100-B2
Rexburg, ID 83440


Hayden Searle
707 S 5th W
2001
Rexburg, ID 83440


Haylie Kluksdal
49 E Main Street
10
Saint Anthony, ID 83445


Heather  Trae Handy
867 Capital Avenue
C867OO
Rexburg, ID 83440

Heather Heupel
936 Anne Street
2
Rexburg, ID 83440


Heidi   Reed Riphenburg
635 S 5th W
Rexburg, ID 83440


Hilary Smith
628 Valinda Lane
Rexburg, ID 83440


Hunter   Olivia Gruwell
318 Pioneer Road #20
2003
Rexburg, ID 83440


Hyrum   Jessica Smith
952 Anne Street
3
Rexburg, ID 83440


Hyrum   Shelby Simms
318 Pioneer Road
2002
Rexburg, ID 83440


Hyrum Sharp
4205 S 3300 W
Rexburg, ID 83440


Hyrum Sharp
340 N 12th W
20
Rexburg, ID 83440

Ian West
888 Anne Street
4
Rexburg, ID 83440


Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410


Internal Revenue Service
550 W. Fort St., MSC041
Boise, ID 83724-0041


Jaclyn  Matt Bauer
253 Georgetown
P253EN
Rexburg, ID 83440


Jacob  LEah Maughan
888 Anne Street
3
Rexburg, ID 83440


Jacob  Sara Kaiser
264 N 3rd E
705
Rexburg, ID 83440


Jacob Gorman
318 Pioneer Road #20
2003
Rexburg, ID 83440


Jacob Hooton
564 SUnflower
R564OB
Rexburg, ID 83440

Jacob Lewis
884 Everette Place
Unit 3
Rexburg, ID 83440


Jacobo Salan
234 W 1st S
111
Rexburg, ID 83440


Jade  Ryland Rammell
860 S 5th W
4
Rexburg, ID 83440


Jaden Long
234 W 1st S
108
Rexburg, ID 83440


Jaesi Bochenek
882 Everette Place
3
Rexburg, ID 83440


Jagger Leon
431 S 2nd W
#1-B
Rexburg, ID 83440


Jaira Perez
234 W 1st S
202
Rexburg, ID 83440


Jake Beeson
318 Pioneer Road #20
2002
Rexburg, ID 83440

```
Jake Hansen
936 Anne Street
2
Rexburg, ID 83440


James   Bethany Shinault
263 S 4th E
Rexburg, ID 83440


James   Kalee Whittle
565 Pioneer Road
173
Rexburg, ID 83440


James Chatfield
36 N Bridge Street
3
Saint Anthony, ID 83445


James Harris
880 Everette Place
4
Rexburg, ID 83440


James Hough
888 Anne Street
2
Rexburg, ID 83440


Janay   Thomas Spjute
234 W 1st S
211
Rexburg, ID 83440


Jansen   Megan Benjamin
896 Everette Place
3
Rexburg, ID 83440
```

```
Jared   Natalie Pickford
342 W 1st S
601
Rexburg, ID 83440


Jared   Natasha Beagley
882 Everette Place
2
Rexburg, ID 83440


Jared Harriman
49 E Main Street
#9
Saint Anthony, ID 83445


Jared Holden
234 W 1st S
W234IL-New-211
Rexburg, ID 83440


Jared Pett
707 S 5th W
603
Rexburg, ID 83440


Jarom Stimpson
2401 S 4000 W
Rexburg, ID 83440


Jarrett   Donna Widdison
4205 S 3300 W
Rexburg, ID 83440


Jase   Madison Hughes
264 N 3rd E
503
Rexburg, ID 83440
```

Jasmine   Timothy Osborn
920 Anne Street
3
Rexburg, ID 83440


Jason   Michelle Melchor
4086 E 73 N
Rigby, ID 83442


Jason   Tiffany Jenkins
2355 W 3000 N
Rexburg, ID 83440


Jason Byers
896 Everette Place
2
Rexburg, ID 83440


Jaymie Durrant
318 Pioneer Road #20
2002
Rexburg, ID 83440


Jeff Christensen
402 W 4th S
200
Rexburg, ID 83440


Jeffrey Smith
264 N 3rd E
604
Rexburg, ID 83440


Jeffry Wright
900 Everett
4
Rexburg, ID 83440

Jenette   Craig Whetten
954 Trejo
Rexburg, ID 83440


Jenna   William Stratton
960 Anne Street
4
Rexburg, ID 83440


Jenna Mingledorff
707 S 5th W
2000
Rexburg, ID 83440


Jennie   Joshua Allen
418 S 3000 W
BRU418
Rexburg, ID 83440


Jennifer Gallegos de Byers
896 Everette Place
2
Rexburg, ID 83440


Jescenda Bichler
206 N 4000 E
G206RO
Rigby, ID 83442


Jesse Eborn
2306 E Trails End
 #3
Saint Anthony, ID 83445


Jesse Madsen
936 Anne Street
2
Rexburg, ID 83440

```
Jessi   Jonah Leavitt
269 Ricks Avenue
Rexburg, ID 83440


Jessica   Hyrum Smith
264 N 3rd E
305
Rexburg, ID 83440


Jessica   Kevin Neff
520 W 7th S
113
Rexburg, ID 83440


Jessica   Preston Nygren
573 Countryside
Rexburg, ID 83440


Jessica   Preston Nygren
595 Countryside
Rexburg, ID 83440


Jessica   Scott Campbell
306 N 1st E
HAN306
Saint Anthony, ID 83445


Jessica Anderson
234 W 1st S
102
Rexburg, ID 83440


Jessica Whiting
264 N 3rd E
204
Rexburg, ID 83440
```

Jesus (Jesse) Gallegos
294 Oaktrail
H294IL
Rexburg, ID 83440


JoAnn  Nathan Flake
707 S 5th W #32`
3200
Rexburg, ID 83440


Joe  Chantelle Wilde
272 W Ririe Hwy
Ririe, ID 83443


John Kofoed
234 W 1st S
109
Rexburg, ID 83440


John Michelson/Andrew Miller
355 W 2nd S
100
Rexburg, ID 83440


John Voyles
900 Everett
1
Rexburg, ID 83440


Jonathan  Rachelle McArthur
125 S 4th W
1
Rexburg, ID 83440


Jonathan Hald
898 Everett Place
3
Rexburg, ID 83440

Jone   Heber Hepworth
484 Sunflower
F484ER
Rexburg, ID 83440


Jordan   Makenzie Stowell
928 Anne Street
3
Rexburg, ID 83440


Jordan Daniels
894 Everette Place
2
Rexburg, ID 83440


Jordan Ewing
707 S 5th W
2001
Rexburg, ID 83440


Jordan Pollard
49 E Main Street
6
Rexburg, ID 83440


Jory   Lacey Zollinger
1605 E 300 N
1
Saint Anthony, ID 83445


Joseph Acker
892 Everette Place
Unit 4
Rexburg, ID 83440


Joseph Eborall
173 N 3rd E
lower
Rexburg, ID 83440

Joseph Jones
206 N 4000 E
Rigby, ID 83442


Joseph Ortega
707 S 5th W
3303
Rexburg, ID 83440


Joshua   McKinzie Tapp
894 Everette Place
4
Rexburg, ID 83440


Joshua Schofield
2529 Eagle Drive
Ammon, ID 83406


Juan Brambila
707 S 5th W
2903
Rexburg, ID 83440


Juan Ramirez
294 Oaktrail
Rexburg, ID 83440


Julia Wagstaff
355 W 2nd S
302
Rexburg, ID 83440


Juliana   Keith Drake
355 W 2nd S
304
Rexburg, ID 83440

Juliann   Matthew Self
904 S 2400 W
Rexburg, ID 83440


Julius   Lisa Ybarra
2441 W 960 S
Rexburg, ID 83440


Kade   ShaeLynn Allred
707 S 5th W
2000
Rexburg, ID 83440


Kaden   Kaylie Atwood
896 Everette Place
3
Rexburg, ID 83440


Kaitlyn McBride
635 Trejo
Rexburg, ID 83440


KaMaile Nielson
415 Idaho
Ashton, ID 83420


Kamassa Grover
318 Pioneer Road
101-A
Rexburg, ID 83440


Kambrie   Riley Barney
364 W 1st N
1
Rexburg, ID 83440

Kaoura Harper
888 Anne Street
1
Rexburg, ID 83440


Karen   Ralph Brian
860 S 5th W #4
G860AT
Rexburg, ID 83440


Karissa   Joshua Wold
5382 S 1650 W
Rexburg, ID 83440


Karrington Woods
355 W 2nd S
301
Rexburg, ID 83440


Kasey Merrill
355 W 2nd S
302
Rexburg, ID 83440


Kathlyn Brokens
340 N 12th W
37
Rexburg, ID 83440


Kathryn Camille Stronks
565 Pioneer Road
66
Rexburg, ID 83440


Katie   Robert Drasso
707 S 5th W #33
3302
Rexburg, ID 83440

Katie Hawkins
707 S 5th W #32
3201
Rexburg, ID 83440


Katie Shelton
573 Countryside
Rexburg, ID 83440


Kaydree Butterfield
318 Pioneer Road
103-A
Rexburg, ID 83440


Kayla   Travis Neri
306 N 1st E
Saint Anthony, ID 83445


Kaylee   Tyler Carter
269 Ricks Avenue
H269EN
Rexburg, ID 83440


Kaylee Holmstead
960 Anne Street
1
Rexburg, ID 83440


Kaylie Niederer
1623 E 500 N
Saint Anthony, ID 83445


Keeley   Spencer Imlah
587 Legacy Lane
Rexburg, ID 83440

Keisha Kauer
318 Pioneer Road
2001
Rexburg, ID 83440


Keith   Bonnie Allen
148 W 3rd North Street
D148EA
Saint Anthony, ID 83445


Kelli Hurley
894 Everette Place
2
Rexburg, ID 83440


Kelsey   Michael Minarik
882 Everette Place
4
Rexburg, ID 83440


Kelsi   Louis Vasquez
603 Trejo
Rexburg, ID 83440


Kelsie   Bryce Morrison
340 N 12th W
14
Rexburg, ID 83440


Kendall Zeitner
886 Everette Place
Unit 2
Rexburg, ID 83440


Keneth Ricks
952 Anne Street
2
Rexburg, ID 83440

```
Kenneth   Stephanie Baxter
265 E 2nd N
B265AK
Rexburg, ID 83440


Kenzy   Katelyn Fogle
952 Anne Street
1
Rexburg, ID 83440


Kevin   Elena Stolk
622 Valinda Lane
Rexburg, ID 83440


Kevin Billeter
707 S 5th W
601
Rexburg, ID 83440


KEvin Jones
887 Evereeeett Place
83440


Kevin Larsen
707 S 5th W
3202
Rexburg, ID 83440


Kevin Martin
264 N 3rd E
103
Rexburg, ID 83440


Kiley Baker
952 Anne Street
3
Rexburg, ID 83440
```

Kimberlee Peterson
234 W 1st S
114
Rexburg, ID 83440


Kimberly   Derek Anderson
520 Sunflower
P520OR
Rexburg, ID 83440


Kimberly Jaques
4908 W. Pillar Drive
Herriman, UT 84096


Kinadie Heyrend
49 E Main Street
 #8
Saint Anthony, ID 83445


Kira   Scott Howard
707 S 5th W
2903
Rexburg, ID 83440


Kristen   Justin Kesler
1891 Salem Pines
A
Rexburg, ID 83440


Kristi   Greg Grigg
340 N 12th W
14
Rexburg, ID 83440


Kristina Buno
173 N 3rd E
lower
Rexburg, ID 83440

Kyle   Ronnie Harris
882 Everette Place
3
Rexburg, ID 83440


Kyle   Stephen Malone
431 S 2nd W
3 - private
Rexburg, ID 83440


Kyle Batson
880 Everette Place
1
Rexburg, ID 83440


Kyle Bird
850 Anne Street
3
Rexburg, ID 83440


Kyle Kindred
888 Everette Placve
Unit 1
Rexburg, ID 83440


Kylie Dinehart
898 Everett Place
4
Rexburg, ID 83440


Laiken Richardson
707 S 5th W
1100
Rexburg, ID 83440


Lana   Randy Nelson
5167 S Highway 191
Rexburg, ID 83440

Lauren Beus
329 N Bridge Street
B329AT
Saint Anthony, ID 83445


Lauren Howard
234 W 1st S
111
Rexburg, ID 83440


Lauris   Richard Cartney
1131 S Barberry Place
P113en
Nampa, ID 83686


Leslie Peterson
306 Oaktrail Drive
Rexburg, ID 83440


Lexie Loveland
234 W 1st S
106
Rexburg, ID 83440


Lincoln   Sydney Cook
707 S 5th W
2800
Rexburg, ID 83440


Lindsey Thomas
904 Anne Street
4
Rexburg, ID 83440


Linzy   Tanner Palmer
886 Everette Place
Unit 4
Rexburg, ID 83440

Lisa Dayley
264 N 3rd E #604
B264RO-604
Rexburg, ID 83440


Logan   Rachel Bequette
887 Everett Place
3
Rexburg, ID 83440


Lucas Griffin
125 S 4th W
4
Rexburg, ID 83440


Luis Gonzalez
960 Anne Street
2
Rexburg, ID 83440


Luisa Silva
125 S 4th W
3
Rexburg, ID 83440


Lydia Larson
564 Sunflower
Rexburg, ID 83440


Lyle Henderson
888 Anne Street
4
Rexburg, ID 83440


Maddison O'very
960 Anne Street
2
Rexburg, ID 83440

```
Madison   Michael Bennett
707 S 5th W
600
Rexburg, ID 83440



Madison Gifford
707 S 5th W
1103
Rexburg, ID 83440



Madison Zobrist
234 W 1st S
113
Rexburg, ID 83440



Maeser   Sarah Frederickson
882 Everette Place
2
Rexburg, ID 83440



MaKylie Ream
318 Pioneer Road
100-A
Rexburg, ID 83440



Mandy Gonzalez
342 W 1st S
802
Rexburg, ID 83440



Mara   David Johnson
328 W 2nd S
2
Rexburg, ID 83440



Marci Price
264 N 3rd e
703
Rexburg, ID 83440
```

Mariah Featherston
602 Trejo - 602
B602AT
Rexburg, ID 83440


Mariah Taylor
234 S 1st W
208
Rexburg, ID 83440


Mariana Howe-Martim
603 Trejo
Rexburg, ID 83440


Mark   Tiffany Anderson
521 Countryside Avenue
O521RM
Rexburg, ID 83440


Mark Kuehl
1235 N 4000 E
Ashton, ID 83420


Mary   TJ Miller
423 Idaho
Ashton, ID 83420


Mary Watkins
398 Pioneer Road
3202
Rexburg, ID 83440


Matt   Michelle Simper
324 Idaho Street
Ashton, ID 83420

```
Matthew   Lori Watkins
936 Anne Street
4
Rexburg, ID 83440


Matthew   Sara Edman
234 W 1st S
1
Rexburg, ID 83440


Matthew Brandemihl
1350 N 3550 E
1350
Ashton, ID 83420


Matthew Hawes
707 S 5th W
2302
Rexburg, ID 83440


Matthew Martineau
920 Anne Street
4
Rexburg, ID 83440


Matthew Perez
246 W 9th S
Saint Anthony, ID 83445


Matthew Spencer
900 Everett
2
Rexburg, ID 83440


Mattia DiNiro
234 W 1st S
108
Rexburg, ID 83440
```

Mayelin Giron-Gonzalez
355 W 2nd S
404
Rexburg, ID 83440


Mayren Madrigal
364 Mariah Avenue
Rexburg, ID 83440


McCauley Morris
49 E Main Street
6
Saint Anthony, ID 83445


McKenna Boylan
880 Everette Place
2
Rexburg, ID 83440


McKenna Chatterton
888 Everette Place
Unit 1
Rexburg, ID 83440


McKenna Floyd
264 N 3rd E #303
W264AL - 203
Rexburg, ID 83440


Meagan Sawyer
234 W 1st S
211
Rexburg, ID 83440


Means
234 W 1st S
7
Rexburg, ID 83440

Mechele Eckman
264 N 3rd E #301
301
Rexburg, ID 83440


Megan Nelson
234 W 1st S
105
Rexburg, ID 83440


Megan Swensen
626 Valinda Lane
Rexburg, ID 83440


Megan  Noble Hamblin
127 S 4th W
4
Rexburg, ID 83440


Melinda Stroud-Barson
602 Trejo
Rexburg, ID 83440


Melissa  Chester Porter
670 Nina Drive
Rexburg, ID 83440


Melissa Marston
49 E Main Street
3
Saint Anthony, ID 83445


Melissa Trowbridge
625 S 5th W
Rexburg, ID 83440

Micahlyn Jolley
707 S 5th W
603
Rexburg, ID 83440


Michael   Cherie Roedel
4325 E 300 N
Rigby, ID 83442


Michael   Kelsey Minarik
890 Everette Place
Unit 1
Rexburg, ID 83440


Michael   Shaylee Airth
234 W 1st S
W234IL-New-214
Rexburg, ID 83440


Michael Hamlett
242 2nd W
H242OW
Ririe, ID 83443


Michael Nagle
342 1st E
Ririe, ID 83443


Michael Simmons
234 W 1st S
204
Rexburg, ID 83440


Michela Melone
234 W 1st S
108
Rexburg, ID 83440

```
Michelle   Nils Himle
888 Ann Street
1
Rexburg, ID 83440


Michelle Lamartine
928 Anne Street
3
Rexburg, ID 83440


Michon Mele-Clark
2365 W 3000 N
Rexburg, ID 83440


Mignonne   Spencer Slaugh
355 W 2nd S
202
Rexburg, ID 83440


Mikayla Wadley
49 E Main Street
9
Saint Anthony, ID 83445


Mikhail Jimenez
431 S 2nd W
#4-A
Rexburg, ID 83440


Millington Zwygart CPA
1803 Ellis Avenue
Caldwell, ID 83605


Mindy Wilson
342 1st E
Ririe, ID 83443
```

```
Miranda Allred
685 Fremont
B685AL
Ashton, ID 83420


Mitchell   Shelby Nielson
888 Everette Place
Unit 3
Rexburg, ID 83440


Mitchell Leblanc
603 Trejo
Rexburg, ID 83440


Mitchell Thomas
234 W 1st S
6
Rexburg, ID 83440


Morgan Anderson
49 E Main Street
#8
Saint Anthony, ID 83445


Morgan Graves
355 W 2nd S
100
Rexburg, ID 83440


Morgan Keith Andrews
355 W 2nd S
100
Rexburg, ID 83440


Mosiah Vastro
888 Everette Place
Unit 2
Rexburg, ID 83440
```

Murri Lund
234 W 1st S
209
Rexburg, ID 83440


Nana Ansah-Antwi
355 W 2nd S
302
Rexburg, ID 83440


Nancy Valladares
890 Everette Place
Unit 1
Rexburg, ID 83440


Natalie Bloomfield
264 N 3rd E
703
Rexburg, ID 83440


Natalie Nakkhongkham
234 W 1st S
6
Rexburg, ID 83440


Nathan   Angel Fleming
167 S 3rd E
167
Rexburg, ID 83440


Nathan   Diana Rowley
887 Everett Place
4
Rexburg, ID 83440


Nathan   Stephanie Preston
446 W 6th S
505
Rexburg, ID 83440

```
Nathan St Jeor
318 Pioneer Road
2001
Rexburg, ID 83440


Nathan Woolf
896 Everette Place
1
Rexburg, ID 83440


Nathan Woolf
890 Everette Place
Unit 2
Rexburg, ID 83440


Nathaniel Sprague
423 Idaho
Ashton, ID 83420


Nefi Dorantes
264 N 3rd E
503
Rexburg, ID 83440


Nelson Villegas
364 Mariah Avenue
Rexburg, ID 83440


New Era Lending, LLC
1201 North Orange Street
Suite 762
Wilmington, DE 19801


Nicholas  Rachel Stuart
2441 W 960 S
Rexburg, ID 83440
```

```
Nicholas Board
894 Everette Place
4
Rexburg, ID 83440


Nicholas Martinez
431 S 2nd W
5-A
Rexburg, ID 83440


Nick Stevens
890 Everette Place
Unit 4
Rexburg, ID 83440


Nicolas Byrd
149 E 3rd S
2B
Rexburg, ID 83440


Nicole Mathew
707 S 5th W
2302
Rexburg, ID 83440


Nicole Youngerman
887 Everett Place
Rexburg, ID 83440


Oaklie Wayman
880 Everette Place
4
Rexburg, ID 83440


Ossie Ralphs
264 N 3rd E
102
Rexburg, ID 83440
```

```
Pale Tuifalasai
49 E Main Street
10
Saint Anthony, ID 83445


Paradigm Property Management
429 SW 5th Ave. Ste. 110
Meridian, ID 83646


Paradigm Property Solutions
859 South Yellowstone Hwy
Suite 1101
Rexburg, ID 83440


Paradigm Property Solutions
429 SW 5th Ave. Ste. 110
Meridian, ID 83642


Paradigm Property Solutions
PO Box 385
Meridian, ID 83680


Patricia Thomas
888 Anne Street
2
Rexburg, ID 83440


Paul   Kim Jensen
123 Hidden Valley
123
Rexburg, ID 83440


Paul   Lilibeth Sandoval
670 Nina Drive
Rexburg, ID 83440
```

Pauline Tuifalasai
565 Pioneer Road
121
Rexburg, ID 83440


Peter   Kelsie Oaks
707 S 5th W
2200
Rexburg, ID 83440


Pono Akina
850 Anne Street
3
Rexburg, ID 83440


Preston Anderson
264 N 3rd E
703
Rexburg, ID 83440


Preston Burkhart
707 S 5th W
2000
Rexburg, ID 83440


Prudence Smith
31 N Center
Parker, ID 83438


Rachaell Lopez
49 E Main Street
10
Saint Anthony, ID 83445


Rachel   Shawn Phillips
234 W 1st S
3
Rexburg, ID 83440

Rachel   Tyler West
8123 E HWY 33
Newdale, ID 83436


Rachel Reynolds
5115 S 4800 W
Rexburg, ID 83440


Rachel Talley
127 S 4th W
1
Rexburg, ID 83440


RaeLyn Maghan
634 Lilac
Rexburg, ID 83440


Randy Hathaway
960 Anne Street
3
Rexburg, ID 83440


Rebecca   Aaron Wilkey
520 W 7th S
114
Rexburg, ID 83440


Rebecca Field
2401 S 4000 W
S2491PA
Rexburg, ID 83440


Rebekah Archer
318 Pioneer Road
101-B1
Rexburg, ID 83440

Reece Barker
49 E Main Street
#9
Saint Anthony, ID 83445


Richard   Jennifer Fellenz
80 K Street
A80LL
Rexburg, ID 83440


Richard   Whitney Woods
125 S 4th W
2
Rexburg, ID 83440


Robert   Whitney Christensen
251 Colonial way
N251IS
Rexburg, ID 83440


Robert Brown
155 N 2400 E
K155LE
Saint Anthony, ID 83445


Robert Drasso
707 S 5th W #32
3201
Rexburg, ID 83440


Robert McCausey
28 N Center
Teton, ID 83451


Robert Ramos
49 E Main Street
3
Saint Anthony, ID 83445

Ron Palmer Construction
523 E Main
4
Ashton, ID 83420


Ronald Jaques
1505 NW 1st St.
Meridian, ID 83642


Rosanna Decker
898 Everett Place
3
Rexburg, ID 83440


Russ Clark
2365 W 3000 N
R2365OB
Rexburg, ID 83440


Ryan Brown
878 Everette Place
3
Rexburg, ID 83440


Ryan Jones
890 Andrews Place
4
Rexburg, ID 83440


Rye Mortensen
4205 S 3300 W
Rexburg, ID 83440


Rylee Allred
234 W 1st S
207
Murtaugh, ID 83344

Sakaraia Waimila
234 W 1st S
7
Rexburg, ID 83440


SAlyssa Staker
890 Everette Place
Unit 4
Rexburg, ID 83440


Samantha Andra
355 W 2nd S
203
Rexburg, ID 83440


Samantha Ward
952 Anne Street
2
Rexburg, ID 83440


Samuel Malloy
880 Everette
2
Rexburg, ID 83440


Samuel Vargas
264 N 3rd E
304
Rexburg, ID 83440


Sara Ferrin
890 Everette Place
Unit 2
Rexburg, ID 83440


Sara Hall
707 S 5th W
601
Rexburg, ID 83440

Sarah   Takeshi Yanagita
585 Legacy Lane
Rexburg, ID 83440


Sarah Gordon
234 W 1st S
109
Rexburg, ID 83440


Sarah Homer
219 E 2nd S
1 - upstairs
Rexburg, ID 83440


Sarah Mackillop
264 N 3rd E
203
Rexburg, ID 83440


Savannah   Isaiah Stanfield
707 S 5th W
3201
Rexburg, ID 83440


Scott   Carisa Williams
1950 W 5500 S
Rexburg, ID 83440


Seth Bloomfield
234 W 1st S
W234IL-New-211
Rexburg, ID 83440


Seth Bowen
936 Anne Street
1
Rexburg, ID 83440

Shannon Zobrist
234 W 1st S
113
Rexburg, ID 83440


Shari Bradford
9750 W Amity
B975OY
Boise, ID 83709


Shayla Davis
707 S 5th W
2002
Rexburg, ID 83440


Shaylee  Tyler Mondragon
565 Countryside
Rexburg, ID 83440


Shayli Wood-Larsen
707 S 5th W
3202
Rexburg, ID 83440


Shelby  Tyler Harrigfeld
565 Pioneer Road #121
F565IE-121
Rexburg, ID 83440


Shelby Pawlak
878 Everette Place
3
Rexburg, ID 83440


Shelley Gee
707 S 5th W
602
Rexburg, ID 83440

Sherazade Ali
355 W 2nd S
302
Rexburg, ID 83440


Sherina Jones
355 W 2nd S
502
Rexburg, ID 83440


Sierra  Brett Robinson
562 Sunflower Road
Rexburg, ID 83440


Sierra Paulson
960 Anne Street
3
Rexburg, ID 83440


Sofia Hepworth
894 Everette Place
1
Rexburg, ID 83440


Sofia Hoffman
888 Anne Street
4
Rexburg, ID 83440


Spencer Kay
264 N 3rd E
203
Rexburg, ID 83440


Spencer Mcfarland
125 S 4th W
3
Rexburg, ID 83440

Spencer Moser
707 S 5th W
3301
Rexburg, ID 83440


Spencer Robison
234 W 1st S
102
Rexburg, ID 83440


Spencer Widerburg
234 W 1st S
107
Rexburg, ID 83440


Stacey "Annie" Martin
707 S 5th W
33
Rexburg, ID 83440


Stacey Taumoefolau
234 S 1st S
7
Rexburg, ID 83440


Stephanie   Luke Olson
42 W 1st N
Rexburg, ID 83440


Stephanie   Tyler Williams
234 W 1st S
203
Rexburg, ID 83440


Stephanie Powers
49 E Main Street
7
Saint Anthony, ID 83445

```
Steve Lewis
523 Countryside
Rexburg, ID 83440


Steven Dean
707 S 5th W
2002
Rexburg, ID 83440


Steven Delgado
234 W 1st S
7
Rexburg, ID 83440


Steven Grow
264 N 3rd E #204
E264PP
Rexburg, ID 83440


Steven Poulter
652 Trejo Street
Rexburg, ID 83440


Sydney Stamper
952 Anne Street
1
Rexburg, ID 83440


Sydnie Fitzpatrick
318 Pioneer Road #20
2002
Rexburg, ID 83440


Sydnie Fitzpatrick
900 Everett
2
Rexburg, ID 83440
```

Talon Adair
431 S 2nd W
#4-B
Rexburg, ID 83440


Tana Bolinger
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440


Tanner Call
234 W 1st S
109
Rexburg, ID 83440


Tanner Sprenkle
49 E Main Street
6
Saint Anthony, ID 83445


Tanya Batdorff
219 E 2nd S
1 - upstairs
Rexburg, ID 83440


Tara Hill
264 N 3rd E #102
P264ER
Rexburg, ID 83440


Tava Hodgson
234 W 1st S
W244IL-9
Rexburg, ID 83440


Tayler Nichols
4538 W 1000 N
Rexburg, ID 83440

```
Tayler West
888 Anne Street
4
Rexburg, ID 83440




Taylor Larsen
892 Everette Place
Unit 2
Rexburg, ID 83440




Taylor Wanlass
707 S 5th W
3301
Rexburg, ID 83440




Teagan Carroll
898 Everett Place
2
Rexburg, ID 83440




Teresa Wiscovitch
880 Everette Place
1
Rexburg, ID 83440




Tesa   Ulaiasi Manu
355 W 2nd S
101
Rexburg, ID 83440




Tessa Graves
892 Everette Place
Unit 3
Rexburg, ID 83440




Tessa Graves
892 Everette Place
Unit 4
Rexburg, ID 83440
```

Tessara Rollins
707 S 5th W
2002
Rexburg, ID 83440


Thomas Widdison
173 N 3rd E
upper
Rexburg, ID 83440


Thuong Phan
234 W 1st S
7
Rexburg, ID 83440


Tien Phan
431 S 2nd W
2 - private
Rexburg, ID 83440


Tiffini Lee
446 W 6th S
504
Rexburg, ID 83440


Timothy  Shannon Muhlestein
520 W 7th S
114
Rexburg, ID 83440


Timothy Allen
900 Everett
1
Rexburg, ID 83440


Timothy Stewart
900 Everett
3
Rexburg, ID 83440

Timothy Wray
882 Everette Place
4
Rexburg, ID 83440


Tomas   Ashley Jurkuvenas
520 W 7th S
114
Rexburg, ID 83440


Tory   Karen Stewart
217 W 2nd N
217
Saint Anthony, ID 83445


Tracy Soriano
707 S 5th W
2903
Rexburg, ID 83440


Travis Shurtliff
355 W 2nd S
303
Rexburg, ID 83440


Trevor Bigham
340 N 12th W
37
Rexburg, ID 83440


Trevor Knudson
149 E 3rd S
5
Rexburg, ID 83440


Trevor Thompson
884 Everette Place
Unit 1
Rexburg, ID 83440

```
Treya Smithson
707 S 5th W
2903
Rexburg, ID 83440



Ty Driggs
898 Everett Place
4
Rexburg, ID 83440



Tyler Bergstrom
878 Everette Place
1
Rexburg, ID 83440



Tyler Covey
49 E Main Street
#2
Saint Anthony, ID 83445



Tyler Cox
893 Everette Place
Unit 4
Rexburg, ID 83440



Tyler Fuqya
501 Countryside
B501OY
Rexburg, ID 83440



Tyler Jensen
234 W 1st S
113
Rexburg, ID 83440



Tyler Kelly
898 Everett Place
2
Rexburg, ID 83440
```

Tyler Pehl
707 S 5th W
2903
Rexburg, ID 83440


Unique Property Management
7028 Kearny Dr.
Huntington Beach, CA 92648


Valerie Edrington
894 Everette Place
1
Rexburg, ID 83440


Vickie Morales
173 N 3rd E
upper
Rexburg, ID 83440


Walter Juarez
149 E 3rd S
1
Rexburg, ID 83440


Walter Pittaway
264 N 3rd E
303
Rexburg, ID 83440


Wayne Vitali
398 Pioneer Road
3
Rexburg, ID 83440


Wesley Bevington
602 Trejo
B602AT
Rexburg, ID 83440

```
Weston Whitmore
101 S 3rd E
Teton, ID 83451


Whitney Anderson
227 N 1900 E
G227RI
Rexburg, ID 83440


William Montesdeoca
149 E 3rd S
5
Rexburg, ID 83440


Yellowstone Capital
160 Pearl Street
New York, NY 10005


Zach  Kiley Curtis
269 Ricks Avenue
H269EN
Rexburg, ID 83440


Zachary Whetstone
912 Anne Street
3
Rexburg, ID 83440
```

# United States Bankruptcy Court
## District of Idaho

In re   **Rentmaster of Rexburg, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rentmaster of Rexburg, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2018**

Date

**/s/ Matthew T. Christensen**

**Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for   **Rentmaster of Rexburg, LLC**

**ANGSTMAN JOHNSON**

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
**208-384-8588 Fax:208-853-0117**
**info@angstman.com**