Rentmaster of Rexburg – Undeliverable Mail

| | |
|---|---|
| Adam Cannon | 635 Trejo, P635AR, Rexburg, ID, 83440-2579 |
| Adam Rachelle Corley | 115 E 1 S, G115RO, Sugar City, ID, 83448 |
| Alecia Scott Banta | 920 Anne Street, 1, Rexburg, ID, 83440-5234 |
| Alex Danica Brunner | 234 W 1st S, W244IL-8, Rexburg, ID, 83440-1897 |
| Alexis Fowles | 904 Anne Street, 4, Rexburg, ID, 83440-5231 |
| Alicia Caputo | 234 W 1st S, W244IL-8, Rexburg, ID, 83440-1897 |
| Alie Ann Keith Harrop | 23 Front Street, H23EB, Sugar City, ID, 83448-1209 |
| Alla Yohan Delton | 540 Sunflower, A540BR, Rexburg, ID, 83440-3288 |
| Allison Williams | 890 Everette Place, Unit 3, Rexburg, ID, 83440-5448 |
| Amenae Weston Black | 355 W 2nd S, 302, Rexburg, ID, 83440-2284 |
| Amy Herker | 234 W 1st S, W244IL-9, Rexburg, ID, 83440-1897 |
| Andrea Bernardo Blanco | 270 W Main, P270ET, Rexburg, ID, 83440-1829 |
| Andrea Stringham | 753 Nina Drive, Rexburg, ID, 83440-1724 |
| Andrew Kaitlyn Oates | 540 Sunflower, Rexburg, ID, 83440-3288 |
| Anthony Handy | 936 Anne Street, 1, Rexburg, ID, 83440-5236 |
| Arianna Womack | 264 N 3rd e, 503, Rexburg, ID, 83440-1674 |
| Artemio Cruz | 36 N Bridge Street, 1, Saint Anthony, ID, 83445-2129 |
| Ashley Brant Goff | 626 Valinda Lane, J626AE, Rexburg, ID, 83440-2358 |
| Austin Jarman | 892 Everette Place, Unit 4, Rexburg, ID, 83440-5449 |
| Austin Jarman | 892 Everette Place, Unit 3, Rexburg, ID, 83440-5449 |
| Austin Weldon | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Bailey Isaac Despain | 49 E Main Street, 2, Saint Anthony, ID, 83445-1552 |
| Brandon Shanna Wheeler | 148 E 1st N, Saint Anthony, ID, 83445-1508 |
| Breanna James Hunter | 234 W 1st S, 4, Rexburg, ID, 83440-1888 |
| Breannea Joseph Wolverton | 264 N 3rd E, 305, Rexburg, ID, 83440-1673 |
| Bret Velvet Killian | 432 1st W, Ririe, ID, 83443 |
| Brian Eastmond | 234 W 1st S, 4, Rexburg, ID, 83440-1888 |
| Brianna Walton | 886 Everette Place, Unit 2, Rexburg, ID, 83440-5446 |
| Brooke Casey Walrath | 850 Anne Street, 2, Rexburg, ID, 83440-5198 |
| Brooke Remington | 234 W 1st S, 211, Rexburg, ID, 83440-4716 |
| Bruce Dredge | 888 Anne Street, 1, Rexburg, ID, 83440-5204 |
| Bryce Quist | 890 Everette Place, Unit 3, Rexburg, ID, 83440-5448 |
| Cameron Kleinlein | 890 Everette Place, Unit 1, Rexburg, ID, 83440-5448 |
| Camile Barthlome | 234 W 1st S, 4, Rexburg, ID, 83440-1888 |
| Candis Hansen | 884 Everette Place, Unit 2, Rexburg, ID, 83440-5445 |
| Carolyn Bean | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Casey Jesse Morse | 887 Everett Place, 1, Rexburg, ID, 83440-3845 |
| Catherine King | 318 Pioneer Road, 2003, Rexburg, ID, 83440-5281 |
| Cateryn Shockey | 3285 Roosevelt Way, 3285 F, Rock Springs, WY, 82901-4846 |
| Cedar Muhlestein | 234 W 1st S, 107, Rexburg, ID, 83440-1888 |
| Chad Summers | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Chantelle Nathaniel Nielsen | 707 S 5th W, 2801, Rexburg, ID, 83440-5220 |
| Charles Buckhannon | 850 Anne Street, 3, Rexburg, ID, 83440-5198 |
| Chasee Pritchett | 310 N 6th W, 4, Saint Anthony, ID, 83445-1353 |
| Cheryl Gimmeson | 270 W Main, P270ET, Rexburg, ID, 83440-1829 |

Rentmaster of Rexburg – Undeliverable Mail

| | |
|---|---|
| Chris Kennedy | 920 Anne Street, 1, Rexburg, ID, 83440-5234 |
| Christopher Pharis | 685 Fremont, Ashton, ID, 83420 |
| Christopher Rebecca Berry | 8123 E HWY 33, B8123RO, Newdale, ID, 83436-1203 |
| Christopher Tiffany Lundy | 882 Everette Place, 2, Rexburg, ID, 83440-5433 |
| Cody Schoenfeld | 49 E Main Street, 7, Saint Anthony, ID, 83445-1552 |
| Daniel Jasmyn Allen | 707 S 5th W, 2802, Rexburg, ID, 83440-5220 |
| Daniel Megan Zeitner | 886 Everette Place, Unit 2, Rexburg, ID, 83440-5446 |
| Dara Morgan | 101 S 3rd E, 101, Teton, ID, 83451 |
| David Elisa Castoe | 36 N Bridge Street, 1, Saint Anthony, ID, 83445-2129 |
| David Glazier | 234 W 1st S, W244IL - 8, Rexburg, ID, 83440 |
| David Reed | 415 Idaho, Ashton, ID, 83420 |
| Dev Lisa Patel | 928 W 7th S, Rexburg, ID, 83440 |
| Diana Edward Hernandez | 36 N Bridge Street, 32, Saint Anthony, ID, 83445-2129 |
| Dillon & Hannah Goulding | 398 Pionner Road 3, 3201, Rexburg, ID 83440-1944 |
| Don Powell/Mindy Baker | 248 W 1st N, B, Rigby, ID, 83442 |
| Drew Kyla Wagstaff | 234 W 1st S, 2, Rexburg, ID, 83440-1888 |
| Elder Mardis Mission Housing | 936 Anne Street, 3, Rexburg, ID, 83440-5236 |
| Elise Brock Whitby | 900 Everett, 3, Rexburg, ID, 83440-3801 |
| Eloise Rathien | 227 N 4400 E, 227, Rigby, ID, 83442-5896 |
| Emily Eric Collett | 418 S 3000 W, BRU418, Rexburg, ID, 83440-3704 |
| Emily Jacob Hartwig | 707 S 5th E, 2303, Rexburg, ID, 83440 |
| Emily Parker Carson | 707 S 5th W, 601, Rexburg, ID, 83440-5213 |
| Emily Larson Chun | 1117 Coyote Willow Way B11170Y Rexburg, ID 83440-5271 |
| Emily Sawyer | 2401 S 4000 W, Rexburg, ID, 83440-3946 |
| Emily Tolman | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Enrique Martinez | 882 Everette Place, 4, Rexburg, ID, 83440-5433 |
| Enrique Martinez | 8123 E HWY 33, 4, Newdale, NM, 88343-6000 |
| Erin Caldwell | 355 W 2nd S, 302, Rexburg, ID, 83440-2284 |
| Fustion Holdings LLC | 884 Everett Place, 884, 886, 888, Rexburg, ID, 83440 |
| Gabrielle Struempler | 8123 E HWY 33, Rexburg, ID, 83440 |
| Gabrielle StruemplerMartinez | 882 Everette Place, 4, Rexburg, ID, 83440-5433 |
| Garrett Wistisen | 904 Anne Street, 4, Rexburg, ID, 83440-5231 |
| Georgine Hardy | 3750 Ridgeland Dr., B3750OY, Idaho Falls, ID 83401-6384 |
| Griffin LLC | 896 Everett Place, 896, 898, 900, Rexburg, ID, 83440 |
| Haiden Larsen | 49 E Main Street, 1, Saint Anthony, ID, 83445-1552 |
| Hallie Alex Mueller | 264 N 3rd E, 503, Rexburg, ID, 83440-1674 |
| Hamony Brandon Bostick | 318 Pioneer Road #20, 2003, Rexburg, ID, 83440-5254 |
| Harper Land LLC | 890 Everett Place, 890, 892, 894, Rexburg, ID, 83440 |
| Hunter Olivia Gruwell | 318 Pioneer Road #20, 2003, Rexburg, ID, 83440-5254 |
| Jacob Gorman | 318 Pioneer Road #20, 2003, Rexburg, ID, 83440-5254 |
| Jacob Lewis | 884 Everette Place, Unit 3, Rexburg, ID, 83440-5445 |
| Jacob Sara Kaiser | 264 N 3rd E, 705, Rexburg, ID, 83440-1677 |
| Jake Beeson | 318 Pioneer Road #20, 2002, Rexburg, ID, 83440-5254 |
| Jake Hansen | 936 Anne Street, 2, Rexburg, ID, 83440-5236 |
| James Bethany Shinault | 263 S 4th E, Rexburg, ID, 83440-2271 |
| James Chatfield | 36 N Bridge Street, 3, Saint Anthony, ID, 83445-2129 |

Rentmaster of Rexburg – Undeliverable Mail

| Name | Address |
|---|---|
| Jared Holden | 234 W 1st S, W234IL-New-211, Rexburg, ID, 83440-1897 |
| Jared Natasha Beagley | 882 Everette Place, 2, Rexburg, ID, 83440-5433 |
| Jarom Stimpson | 2401 S 4000 W, Rexburg, ID, 83440-3946 |
| Jason Byers | 896 Everette Place, 2, Rexburg, ID, 83440-5451 |
| Jason Tiffany Jenkins | 2355 W 3000 N, Rexburg, ID, 83440-3224 |
| Jaymie Durrant | 318 Pioneer Road #20, 2002, Rexburg, ID, 83440-5254 |
| Jeff Christensen | 402 W 4th S, 200, Rexburg, ID, 83440-2640 |
| Jennifer Gallegos de Byers | 896 Everette Place, 2, Rexburg, ID, 83440-5451 |
| Jesse Eborn | 2306 E Trails End, #3, Saint Anthony, ID, 83445-4904 |
| Jesse Madsen | 936 Anne Street, 2, Rexburg, ID, 83440-5236 |
| Jessi Jonah Leavitt | 269 Ricks Avenue, Rexburg, ID, 83440-1631 |
| Jessica Anderson | 234 W 1st S, 102, Rexburg, ID, 83440-1888 |
| Jessica Preston Nygren | 573 Countryside, Rexburg, ID, 83440-5338 |
| Jessica Scott Campbell | 306 N 1st E, HAN306, Saint Anthony, ID, 83445-1505 |
| Jonathan Rachelle McArthur | 125 S 4th W, 1, Rexburg, ID, 83440-1978 |
| Jordan Pollard | 49 E Main Street, 6, Rexburg, ID, 83440-1910 |
| Julius Lisa Ybarra | 2441 W 960 S, Rexburg, ID, 83440-4733 |
| Kaitlyn McBride | 635 Trejo, Rexburg, ID, 83440-2579 |
| KaMaile Nielson | 415 Idaho, Ashton, ID, 83420 |
| Kambrie Riley Barney | 364 W 1st N, 1, Rexburg, ID, 83440-1472 |
| Kaoura Harper | 888 Anne Street, 1, Rexburg, ID, 83440-5204 |
| Karen Ralph Brian | 860 S 5th W #4, G860AT, Rexburg, ID, 83440-5185 |
| Katie Hawkins | 707 S 5th W #32, 3201, Rexburg, ID, 83440-5215 |
| Kaylie Niederer | 1623 E 500 N, Saint Anthony, ID, 83445-5207 |
| Kelsey Michael Minarik | 882 Everette Place, 4, Rexburg, ID, 83440-5433 |
| Keneth Ricks | 952 Anne Street, 2, Rexburg, ID, 83440-5238 |
| Kristen Justin Kesler | 1891 Salem Pines, A, Rexburg, ID, 83440-3281 |
| Kyle Bird | 850 Anne Street, 3, Rexburg, ID, 83440-5198 |
| Kyle Ronnie Harris | 882 Everette Place, 3, Rexburg, ID, 83440-5433 |
| Laiken Richardson | 707 S 5th W, 1100, Rexburg, ID, 83440-5216 |
| Lauren Beus | 329 N Bridge Street, B329AT, Saint Anthony, ID, 83445-1446 |
| Lauris Richard Cartney | 1131 S Barberry Place, P113en, Nampa, ID, 83686-6090 |
| Logan Rachel Bequette | 887 Everett Place, 3, Rexburg, ID 83440-3845 |
| Lindsey Thomas | 904 Anne Street, 4, Rexburg, ID, 83440-5231 |
| Mara David Johnson | 328 W 2nd S, 2, Rexburg, ID, 83440-2132 |
| Mariah Featherston | 602 Trejo - 602, B602AT, Rexburg, ID, 83440-2579 |
| Mariah Taylor | 234 S 1st W, 208, Rexburg, ID, 83440 |
| Mariana Howe-Martim | 603 Trejo, Rexburg, ID, 83440-2579 |
| Mark Kuehl | 1235 N 4000 E, Ashton, ID, 83420-5314 |
| Mary TJ Miller | 423 Idaho, Ashton, ID, 83420 |
| Matt Michelle Simper | 324 Idaho Street, Ashton, ID, 83420-4300 |
| Matthew Brandemihl | 1350 N 3550 E, 1350, Ashton, ID, 83420-5222 |
| Matthew Sara Edman | 234 W 1st S, 1, Rexburg, ID, 83440-1888 |
| McKenna Floyd | 264 N 3rd E #303, W264AL - 203, Rexburg, ID, 83440 |
| Meagan Sawyer | 234 W 1st S, 211, Rexburg, ID, 83440-4716 |

Rentmaster of Rexburg – Undeliverable Mail

| Name | Address |
|---|---|
| Megan Swensen | 626 Valinda Lane, Rexburg, ID, 83440-2358 |
| Melissa Marston | 49 E Main Street, 3, Saint Anthony, ID, 83445-1552 |
| Michael Hamlett | 242 2nd W, H242OW, Ririe, ID, 83443 |
| Michael Nagle | 342 1st E, Ririe, ID, 83443 |
| Michelle Nils Himle | 888 Ann Street, 1, Rexburg, ID, 83440-5204 |
| Mindy Wilson | 342 1st E, Ririe, ID, 83443 |
| Miranda Allred | 685 Fremont, B685AL, Ashton, ID, 83420 |
| Mitchell Leblanc | 603 Trejo, Rexburg, ID, 83440-2579 |
| Nana Ansah-Antwi | 355 W 2nd S, 302, Rexburg, ID, 83440-2284 |
| Nancy Valladares | 890 Everette Place, Unit 1, Rexburg, ID, 83440-5448 |
| Nathan Diana Rowley | 887 Everett Place, 4, Rexburg, ID, 83440-3845 |
| Nathan Woolf | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Nathaniel Sprague | 423 Idaho, Ashton, ID, 83420 |
| Nefi Dorantes | 264 N 3rd E, 503, Rexburg, ID, 83440-1674 |
| Nicole Mathew | 707 S 5th W, 2302, Rexburg, ID, 83440-5219 |
| Nicole Youngerman | 887 Everett Place, Rexburg, ID, 83440-3844 |
| Paradigm Property Solutions | 859 South Yellowstone Hwy, Suite 1101, Rexburg, ID, 83440-6201 |
| Pono Akina | 850 Anne Street, 3, Rexburg, ID, 83440-5198 |
| Prudence Smith | 31 N Center, Parker, ID, 83438-5000 |
| RaeLyn Maghan | 634 Lilac, Rexburg, ID, 83440-1746 |
| Richard Jennifer Fellenz | 80 K Street, A80LL, Rexburg, ID, 83440-1440 |
| Robert Drasso | 707 S 5th W #32, 3201, Rexburg, ID, 83440-5215 |
| Robert McCausey | 28 N Center, Teton, ID, 83451 |
| Robert Ramos | 49 E Main Street, 3, Saint Anthony, ID, 83445-1552 |
| Ron Palmer Construction | 523 E Main, 4, Ashton, ID, 83420 |
| Rylee Allred | 234 W 1st S, 207, Murtaugh, ID, 83344 |
| Samantha Ward | 952 Anne Street, 2, Rexburg, ID, 83440-5238 |
| Sara Ferrin | 890 Everette Place, Unit 2, Rexburg, ID 83440-5448 |
| Seth Bloomfield | 234 W 1st S, W234IL-New-211, Rexburg, ID, 83440-1897 |
| Seth Bowen | 936 Anne Street, 1, Rexburg, ID, 83440-5236 |
| Sherazade Ali | 355 W 2nd S, 302, Rexburg, ID, 83440-2284 |
| Spencer Robison | 234 W 1st S, 102, Rexburg, ID, 83440-1888 |
| Stacey 'Annie' Martin | 707 S 5th W, 33, Rexburg, ID, 83440-5215 |
| Sydnie Fitzpatrick | 900 Everett, 2, Rexburg, ID, 83440-3801 |
| Tava Hodgson | 234 W 1st S, W244IL-9, Rexburg, ID, 83440-1897 |
| Tessa Graves | 892 Everette Place, Unit 3, Rexburg, ID, 83440-5449 |
| Tiffini Lee | 446 W 6th S, 504, Rexburg, ID, 83440-4946 |
| Timothy Stewart | 900 Everett, 3, Rexburg, ID, 83440-3801 |
| Tory Karen Stewart | 217 W 2nd N, 217, Saint Anthony, ID, 83445 |
| Tyler Cox | 893 Everette Place, Unit 4, Rexburg, ID, 83440 |
| Wesley Bevington | 602 Trejo, B602AT, Rexburg, ID, 83440-2579 |
| Weston Whitmore | 101 S 3rd E, Teton, ID, 83451 |
| Yellowstone Capital | 160 Pearl Street, New York, NY, 10005-1631 |