UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>Rentmaster of Rexburg, LLC.<br><br>Debtor. | Case No. 18-00851-TLM<br>Chapter 7 |
|---|---|

**Order Granting Motion For Order to Remove Creditors From Mailing Matrix**

This matter came before the Court on the Motion for Order to Remove Creditors From Mailing Matrix (the "Motion") (Dkt. No. 49) filed by Noah Hillen ("Trustee"), the chapter 7 trustee for the bankruptcy estate of Rentmaster of Rexburg, LLC ("Debtor").

The Court having reviewed the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.  Pursuant to Section 105(a) of the Bankruptcy Code, the names and addresses of the entities listed in Exhibit A to the Motion, which are hereby incorporated by reference, shall be deleted from the master mailing matrix for this case.

//end of text//

DATED:  January 2, 2019

TERRY L. MYERS
U. S. BANKRUPTCY JUDGE

Order submitted by Noah Hillen, Chapter 7 Bankruptcy Trustee.