```
Label Matrix for local noticing         1st Global Capital LLC              AMY & BRANDON ABEL
0976-1                                  1250 E Hallandale Beach Blvd        4041 E. 66 N
Case 18-00851-TLM                       Hallandale, FL 33009-4634           RIGBY ID 83442-4906
District of Idaho
Boise
Fri May 29 10:03:48 MDT 2020

Abigail J Christensen                   (p)ACE  FUNDING SOURCE              Adam King
115 E 1st N                             366 N BROADWAY                      896 Everette Place
downstairs                              JERICHO NY 11753-2025               1
Rexburg, ID 83440-1613                                                      Rexburg, ID 83440-5451


Adam Pasley                             Adam Rampton                        Adam Salley
878 Everette Place                      193 S 1060 E                        952 Anne Street
1                                       American Fork, UT 84003-2385        3
Rexburg, ID 83440-5431                                                      Rexburg, ID 83440-5238


Adam Wilhoite                           Adam and Laura Ferguson             Adam and Tami Brubaker
49 E Main Street                        7515 185th Avenue E                 PO Box 574
2                                       Bonney Lake, WA 98391-7015          Island Park, ID 83429-0574
Saint Anthony, ID 83445-1552


Adrianna Santiago                       Alan   Melanie Gordon               Alan Moss
49 E Main Street                        125 E Moody Road                    49 E Main Street
9                                       F125ON                              3
Saint Anthony, ID 83445-1552            Rexburg, ID 83440-5165              Saint Anthony, ID 83445-1552


Alberto   Yuri Puente                   Aldo   Andres Garcia                Alee   Nathaniel Noland
234 W 1st S                             952 Anne Street                     465 Countryside Avenue
210                                     4                                   Rexburg, ID 83440-5106
Rexburg, ID 83440-1898                  Rexburg, ID 83440-5238


Aleena   Spencer Wadsworth              Alex Bartholomew                    Alex Scharf
624 Valinda Lane                        36 N Bridge Street                  936 Anne Street
Rexburg, ID 83440-2358                  2                                   4
                                        Saint Anthony, ID 83445-2129        Rexburg, ID 83440-5236


Alexa   Andrea Schwab                   Alexa   Cody Weaver                 Alexander Colby
513 Countryside Avenue                  565 Pioneer Road                    355 W 2nd S
Rexburg, ID 83440-5338                  155                                 203
                                        Rexburg, ID 83440-4987              Rexburg, ID 83440-2181


Alexandra   David Jackman               Alexis   Grant Quigley              Alexis   Justin Burt
952 Anne Street                         707 S 5th W                         133 1/2 E 1 S
3                                       3303                                P133 1/2ET
Rexburg, ID 83440-5238                  Rexburg, ID 83440-5222              Rexburg, ID 83440


Alexis Potter                           Alisa   Brandon Pelfrey             Alisha   Dionte Murrell
900 Everett                             880 Everette Place                  355 W 2nd S
1                                       4                                   201
Rexburg, ID 83440-3801                  Rexburg, ID 83440-5432              Rexburg, ID 83440-2181
```

| | | |
|---|---|---|
| Alivia   Delmont Wirig<br>595 Countryside<br>Rexburg, ID 83440-5338 | Allen and Laura Stephenson<br>29504 E Stringtown Road<br>Greenwood, MO 64034-8218 | Allison   Andrew Clark<br>888 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5447 |
| Allison Braun<br>501 Countryside<br>B501OY<br>Rexburg, ID 83440-5338 | Allyson   Cameron Blackwell<br>269 Ricks Avenue<br>H269EN<br>Rexburg, ID 83440-1631 | Alysia   Andrew Fabis<br>520 W 7th S #113<br>H520EL<br>Rexburg, ID 83440-2476 |
| Alyssa   Justin Herbst<br>463 Countryside<br>D463AL<br>Rexburg, ID 83440-5106 | Alyssa   Kyle Frizzell<br>887 Everett Place<br>3<br>Rexburg, ID 83440-3845 | Amanda   Christopher Johnson<br>234 W 1st S<br>214<br>Rexburg, ID 83440-4716 |
| Amanda   Justin DeLora<br>42 W 1st N<br>F42ER<br>Rexburg, ID 83440-1507 | Amanda   Tyler Madsen<br>234 W 1st S<br>110<br>Rexburg, ID 83440-1888 | Amanda Berchtold<br>920 Anne Street<br>2<br>Rexburg, ID 83440-5234 |
| Amanda Chapdelaine<br>888 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5447 | Amber Burt<br>310 N 6th W<br>3<br>Saint Anthony, ID 83445-1353 | Amber Casper<br>49 E Main Street<br>#6<br>Saint Anthony, ID 83445-1552 |
| Amber Olds<br>896 Everette Place<br>1<br>Rexburg, ID 83440-5451 | Amberlee   Bryton Lee<br>707 S 5th W<br>2903<br>Rexburg, ID 83440-5221 | Amie   Justin Pixton<br>707 S 5th W<br>1101<br>Rexburg, ID 83440-5216 |
| Amy   Brandon Abel<br>202 N 4000 E<br>G202RO<br>Rigby, ID 83442-5752 | Amy   Trevor Williams<br>234 W 1st S<br>111<br>Rexburg, ID 83440-4715 | Amy Cluff-Sweet<br>127 S 4th W<br>3<br>Rexburg, ID 83440-1988 |
| Ana   Spencer Johnson<br>355 W 2nd S<br>501<br>Rexburg, ID 83440-2284 | Andrea   William Blauer<br>860 S 5th W<br>25<br>Rexburg, ID 83440-5186 | Andrea Badilla<br>884 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5445 |
| Andres Garcia<br>234 W 1st S<br>202<br>Rexburg, ID 83440-1898 | Andres Garcia<br>355 W 2nd S<br>100<br>Rexburg, ID 83440-2181 | Andrew   Danielle Stockle<br>127 S 4th W<br>2<br>Rexburg, ID 83440-1988 |
| Andrew   Trudie Taylor<br>234 S 1st S<br>104<br>Rexburg, ID 83440 | Andrew Hatch<br>960 Anne Street<br>1<br>Rexburg, ID 83440-5239 | Andrew Pinkston<br>49 E Main Street<br>8<br>Saint Anthony, ID 83445-1552 |

| | | |
|---|---|---|
| Andrew Reid<br>952 Anne Street<br>1<br>Rexburg, ID 83440-5238 | Andrew Simmons<br>888 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5447 | Andrew Sweet<br>127 S 4th W<br>3<br>Rexburg, ID 83440-1988 |
| Andrews Souza<br>149 E 3rd S<br>3A<br>Rexburg, ID 83440-2246 | Angela  Seth Walton<br>557 Countryside Avenue<br>Rexburg, ID 83440-5338 | Angelina Olivas<br>900 Everett<br>1<br>Rexburg, ID 83440-3801 |
| Annette  Conrad Belnap<br>471 W 1st N<br>#2 - downstairs<br>Rexburg, ID 83440-1405 | Annie  Rylan Houser<br>264 N 3rd E #605<br>Rexburg, ID 83440-1677 | Annie Cauble<br>264 N 3rd E #605<br>S264IN-605<br>Rexburg, ID 83440-1677 |
| April  Estuardo Sosa<br>355 W 2nd S<br>401<br>Rexburg, ID 83440-2284 | Arcarius LLC<br>2125 Center Ave.<br>Fort Lee, NJ 07024-5811 | Ariel Bouskila<br>40 Exchange Place Ste. 1306<br>New York, NY 10005-2743 |
| Arielle  david Batchelor<br>884 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5445 | Ashlee  Curtis Boal<br>894 Everette Place<br>3<br>Rexburg, ID 83440-5450 | Ashlee Michaelson<br>912 Anne Street<br>3<br>Rexburg, ID 83440-5233 |
| Ashley  Brandon Sharon<br>264 N 3rd E<br>304<br>Rexburg, ID 83440-1673 | Ashley  Mike Duckworth<br>264 N 3rd E #605<br>S264IN-605<br>Rexburg, ID 83440-1677 | Ashley  Ricks Munn<br>264 N 3rd E<br>204<br>Rexburg, ID 83440-1673 |
| Ashlie Miller<br>886 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5446 | Ashlyn  Eric Peterson<br>944 Anne Street<br>2<br>Rexburg, ID 83440-5237 | Ashlyn Kennedy<br>707 S 5th W<br>3303<br>Rexburg, ID 83440-5222 |
| Aubrey  Taylor Burr<br>885 Capital Lane<br>N885IS<br>Rexburg, ID 83440-5312 | Austin  Emili Rawlings<br>880 Everette Place<br>3<br>Rexburg, ID 83440-5432 | Austin  Kailin Walker<br>707 S 5th W<br>1100<br>Rexburg, ID 83440-5216 |
| Austin Barrus<br>234 W 1st S<br>7<br>Rexburg, ID 83440-1884 | Austin Dedmon<br>431 S 2nd W<br>#1-A<br>Rexburg, ID 83440-2310 | Austin James<br>234 W 1st S<br>111<br>Rexburg, ID 83440-4715 |
| Austin Jensen<br>707 S 5th W<br>3203<br>Rexburg, ID 83440-5221 | Autumn  Zachary Kraus<br>642 Sunflower<br>Rexburg, ID 83440-3287 | Autumn Hansen<br>328 W 2nd S<br>4<br>Rexburg, ID 83440-2132 |

Bailey   Isaac Despain
707 S 5th W
2002
Rexburg, ID 83440-5218

Bankruptcy Estate of Paradigm Property Solut
c/o Gary L. Rainsdon
P. O. Box 566
Twin Falls, Idaho 83303-0566

Barbara   Lawrence Forte
348 N 1600 E
M348AT
Saint Anthony, ID 83445-5114

Barratt Barson
602 trejo
B602AT
Rexburg, ID 83440-2579

Bayleigh Nielson
318 Pioneer Road
102-A
Rexburg, ID 83440-5255

Beau   Kassidy Hammond
646 Sunflower Road
C646OL
Rexburg, ID 83440-3287

Benjamin Kendrick
355 W 2nd S
302
Rexburg, ID 83440-2284

Benjamin Smith
115 E 1st N
downstairs
Rexburg, ID 83440-1613

Beth Richardson
355 W 2nd S
302
Rexburg, ID 83440-2284

Blake   Carissa Russell
912 Anne Street
2
Rexburg, ID 83440-5233

Blake   Kaitlyn Campbell
892 Everette Place
Unit 2
Rexburg, ID 83440-5449

Blake Whittingslow
936 Anne Street
2
Rexburg, ID 83440-5236

Blanca Lopez
707 S 5th W
2903
Rexburg, ID 83440-5221

Bonnie   Christopher Mobley
936 Anne Street
4
Rexburg, ID 83440-5236

Boyd   Madalyn Querubin
898 Everett Place
1
Rexburg, ID 83440-5463

Braden   Chelsea Grawrock
884 Everette Place
Unit 4
Rexburg, ID 83440-5445

Braden   Kylie Owens
264 N 3rd E
305
Rexburg, ID 83440-1673

Brady Abbott
707 S 5th W
1103
Rexburg, ID 83440-5216

Brady Maughan
634 Lilac
Rexburg, ID 83440-1746

Brandon   Jamie Curtis
471 W 1st N
#1 - upstairs
Rexburg, ID 83440-1405

Brandon   Kendra Nielson
637 Trejo Street
Rexburg, ID 83440-2579

Brandon   Monica Smith
965 S Teton Avenue
Sugar City, ID 83448-5040

Brandon Lewis
227 N 1900 E
Rexburg, ID 83440-2904

Brandon Spragg
127 S 4th W
1
Rexburg, ID 83440-1988

Brandyn   Caitlyn Koogler
880 Everette Place
4
Rexburg, ID 83440-5432

Braque Steed
882 Everette Place
3
Rexburg, ID 83440-5433

Brenda Perez
952 Anne Street
4
Rexburg, ID 83440-5238

Brent Coffin
264 N 3rd E #102
P264ER
Rexburg, ID 83440-1673

Brian   Shaune Elkins
580 Sunflower Road
P580OR
Rexburg, ID 83440-3288

Brianna   Jonathan Kjar
565 Pioneer Road
173
Rexburg, ID 83440-4989

| | | |
|---|---|---|
| Brianna Burton<br>707 S 5th W<br>1103<br>Rexburg, ID 83440-5216 | Brianna Schulkins<br>894 Everette Place<br>4<br>Rexburg, ID 83440-5450 | Bridgette Corcoran<br>355 W 2nd S<br>403<br>Rexburg, ID 83440-2284 |
| Brittney Tidwell<br>36 S 3rd E<br>Rexburg, ID 83440-2002 | Broc Spaulding<br>149 E 3rd S<br>2A<br>Rexburg, ID 83440-2246 | Brock Jacobs<br>355 W 2nd S<br>404<br>Rexburg, ID 83440-2284 |
| Brody Eaton<br>900 Everett<br>2<br>Rexburg, ID 83440-3801 | Brook Fullmer<br>2060 E 500 N<br>S2060TO<br>Saint Anthony, ID 83445-5304 | Bruno   Leticia Araujo<br>446 W 6th S<br>#504<br>Rexburg, ID 83440-4946 |
| Cade Davie<br>234 W 1st S<br>208<br>Rexburg, ID 83440-1898 | Calliese   Cameron Chappell<br>318 Pioneer Road #20<br>2001<br>Rexburg, ID 83440-5254 | Calliese Bronson<br>318 Pioneer Road #20<br>2001<br>Rexburg, ID 83440-5254 |
| Cameron   Kaitlyn White<br>234 W 1st S<br>109<br>Rexburg, ID 83440-1888 | Cameron   Katherine Sullivan<br>886 Everette Place<br>Unit 3<br>Rexburg, ID 83440-5446 | Cameron   Lacey Kofford<br>629 Countryside<br>Rexburg, ID 83440-5275 |
| Cameron Dayton<br>265 E 2nd N<br>B265AK<br>Rexburg, ID 83440-1625 | Cameron G Chappell<br>318 Pioneer Road #20<br>2001<br>Rexburg, ID 83440-5254 | Cameron St Amant<br>707 S 5th W<br>2903<br>Rexburg, ID 83440-5221 |
| Camerson Bennion<br>622 Valinda Lane<br>J622OR<br>Rexburg, ID 83440-2358 | Candy   Iram Villa<br>225 N 1900 E<br>Rexburg, ID 83440-2904 | Carissa Traes Daniels-Brown<br>912 Anne Street<br>4<br>Rexburg, ID 83440-5233 |
| Carly   Taylor Kozak<br>882 Everette Place<br>1<br>Rexburg, ID 83440-5433 | Carol Grimmett<br>264 N 3rd E #505<br>H264UN - 505<br>Rexburg, ID 83440 | Carol Wilson<br>155 N 2400 E<br>Saint Anthony, ID 83445-5726 |
| Cassandra   Matthew Webb<br>636 Valinda Lane<br>Rexburg, ID 83440-2358 | Cassandra Cain<br>900 Everett<br>4<br>Rexburg, ID 83440-3801 | Cassidy   Spencer Chun<br>887 Everett Place<br>2<br>Rexburg, ID 83440-3845 |
| Celeine   Tanner Reese<br>900 Everett<br>1<br>Rexburg, ID 83440-3801 | Celeste Zsembery<br>234 W 1st S<br>108<br>Rexburg, ID 83440-1888 | Charlotte Russell<br>882 Everette Place<br>4<br>Rexburg, ID 83440-5433 |

| | | |
|---|---|---|
| Chase Smith<br>149 E 3rd S<br>4A<br>Rexburg, ID 83440-2246 | Chauncey Neville<br>234 W 1st S<br>105<br>Rexburg, ID 83440-1888 | Chelsie  Lane McBride<br>521 Countryside<br>Rexburg, ID 83440-5338 |
| Cheryl Whalley<br>234 W 1st S<br>4<br>Rexburg, ID 83440-1888 | Chris  Jessica Winters<br>209 W 1st S<br>Sugar City, ID 83448-1217 | Matthew Todd Christensen<br>Angstman Johnson, PLLC<br>199 N. Capitol Blvd., Ste. 200<br>Boise, ID 83702-6197 |
| Christi  Bryton Nield<br>638 Valinda Lane<br>Rexburg, ID 83440-2358 | Christian Choi<br>431 S 2nd W<br>#5-B<br>Rexburg, ID 83440-2310 | Christopher  Meagan Drake<br>3.55 W 2nd S<br>404<br>Rexburg, ID 83440 |
| Christopher Deeana Alexander<br>318 Bluebell<br>H318UN<br>Rexburg, ID 83440-1720 | Christy Bartholomei<br>329 N Bridge Street<br>B329AT<br>Saint Anthony, ID 83445-1446 | Ciara  Jordan Kelley<br>646 Sunflower Road<br>Rexburg, ID 83440-3287 |
| Ciarra  Taft Mitchell<br>884 Everette Place<br>4<br>Rexburg, ID 83440-5445 | Cidnie Schwendiman<br>355 W 2nd S<br>203<br>Rexburg, ID 83440-2181 | Cira Gamboa-Long<br>234 W 1st S<br>108<br>Rexburg, ID 83440-1888 |
| Clairee Jordan<br>36 N Bridge Street<br>2<br>Saint Anthony, ID 83445-2129 | Cleste  Ralene Butcher<br>318 Pioneer Road<br>102-B1<br>Rexburg, ID 83440-5254 | Clint  Kristen Milne<br>912 Anne Street<br>2<br>Rexburg, ID 83440-5233 |
| Roger Clubb<br>Simmons, Clubb & Hodges CPA's PLLC<br>410 S Orchard St Ste 156<br>Boise, ID 83705-1210 | Cody  Emily Thiery<br>888 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5447 | Cody  Nicole Lee<br>355 W 2nd S<br>204<br>Rexburg, ID 83440-2284 |
| Cody Harris<br>886 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5446 | Cody Richardson<br>234 W 1st S<br>206<br>Rexburg, ID 83440-1898 | Cole Gunnoe<br>2401 S 4000 W<br>S2401PA<br>Rexburg, ID 83440-3946 |
| Cole Hoffman<br>234 W 1st S<br>207<br>Rexburg, ID 83440-1898 | Colter  Sage Reeves<br>707 S 5th W<br>3203<br>Rexburg, ID 83440-5221 | Colter Miller<br>234 W 1st S<br>106<br>Rexburg, ID 83440-1888 |
| Colton  Jayna Edwards<br>894 Everette Place<br>2<br>Rexburg, ID 83440-5450 | Connor Webb<br>920 Anne Street<br>2<br>Rexburg, ID 83440-5234 | Conor  Melissa Mallory<br>264 N 3rd E<br>305<br>Rexburg, ID 83440-1673 |

| | | |
|---|---|---|
| Corey Moore<br>3750 Ridgeland Drive<br>Idaho Falls, ID 83401-6384 | Corinne  Kyle Frye<br>234 W 1st S<br>5<br>Rexburg, ID 83440-1888 | Corinne Azimi-Tabrizi<br>888 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5447 |
| Cory Fung<br>149 E 3rd S<br>3B<br>Rexburg, ID 83440-2246 | Cory Fung<br>565 Pioneer Road<br>H565AY - 104<br>Rexburg, ID 83440 | Cosette DeFerrari<br>234 W 1st S<br>201<br>Rexburg, ID 83440-1898 |
| Courney Blanchard<br>310 N 6th W<br>3<br>Saint Anthony, ID 83445-1353 | Creighton   Kaylee Davison<br>707 S 5th W<br>2003<br>Rexburg, ID 83440-5218 | Curtis   Jessica Higbee<br>471 W 1st N<br>#2 - downstairs<br>Rexburg, ID 83440-1405 |
| Curtis Lindblom<br>707 S 5th W<br>2002<br>Rexburg, ID 83440-5218 | Cyler Horsley<br>626 Valinda Lane<br>J626AE<br>Rexburg, ID 83440-2358 | Dakota Blaser<br>4528 W 1000 N<br>T4538UC<br>Rexburg, ID 83440 |
| Dakota Froehlich<br>49 E Main Street<br>#8<br>Saint Anthony, ID 83445-1552 | Dakota Noorda<br>892 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5449 | Dakota Parsons<br>149 E 3rd S<br>4B<br>Rexburg, ID 83440-2246 |
| Dallin   Heather Wrathall<br>127 S 4th W<br>1<br>Rexburg, ID 83440-1988 | Daniel   Hollin Parkinson<br>869 Capital Lane<br>Rexburg, ID 83440-5312 | Daniel   Jerry Virgin<br>355 W 2nd S<br>402<br>Rexburg, ID 83440-2284 |
| Daniella   Jedediah Rogers<br>900 Everett<br>1<br>Rexburg, ID 83440-3801 | Danielle Kastner<br>49 E Main Street<br>6<br>Saint Anthony, ID 83445-1552 | Darby   Joshua Beaulieu<br>318 Pioneer Road #20<br>2000<br>Rexburg, ID 83440-5254 |
| David   Kali Solomon<br>878 Everette Place<br>2<br>Rexburg, ID 83440-5431 | David Cofer<br>264 N 3rd E #605<br>S264IN-605<br>Rexburg, ID 83440-1677 | David Flint<br>573 Countryside<br>C573AM<br>Rexburg, ID 83440-5338 |
| Derek   Samantha Elsmore<br>707 S 5th W<br>1102<br>Rexburg, ID 83440-5216 | Derek   Vanessa Martin<br>234 W 1st S<br>101<br>Rexburg, ID 83440-1888 | Derek Clement<br>234 W 1st S<br>W234IL-New-114<br>Rexburg, ID 83440-1897 |
| Devin Dalling<br>234 W 1st S<br>201<br>Rexburg, ID 83440-1898 | Dimas   Deva Patina<br>896 Everette Place<br>4<br>Rexburg, ID 83440-5451 | Doheny LLC<br>5382 N. Morninggale Way<br>Boise, ID 83713-1447 |

| | | |
|---|---|---|
| Don Lauren Kussee<br>398 Pioneer Road<br>3102<br>Rexburg, ID 83440-1996 | Donald Coltrane<br>219 E 2nd S<br>2 - downstairs<br>Rexburg, ID 83440 | Dustin Shantel Stowe<br>892 Everette Place<br>Unit 3<br>Rexburg, ID 83440-5449 |
| Dylan Webster<br>234 W 1st S<br>213<br>Rexburg, ID 83440-4716 | EJC LLC<br>5382 N. Morninggale Way<br>Boise, ID 83713-1447 | EUDA LLC<br>5382 N. Morninggale Way<br>Boise, ID 83713-1447 |
| Edward Phillips<br>355 W 2nd S<br>100<br>Rexburg, ID 83440-2181 | Elain Alberto Arellano<br>885 Capital Lane<br>N885IS<br>Rexburg, ID 83440-5312 | Elder Mardis<br>234 W 1st S<br>112<br>Rexburg, ID 83440-4715 |
| Elder Mardis<br>878 Everette Place<br>4<br>Rexburg, ID 83440-5431 | Elizabeth James Powell<br>318 Bluebell<br>Rexburg, ID 83440-1720 | Elizabeth Willson<br>49 E Main Street<br>2<br>Saint Anthony, ID 83445-1552 |
| Emilee Allen<br>234 W 1st S<br>205<br>Rexburg, ID 83440-1898 | Emilee Lloyd<br>892 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5449 | Emily Ruleiote Togagae<br>520 Sunflower<br>Rexburg, ID 83440-3288 |
| Emily Hanson<br>318 Pioneer Roadd<br>100-B1<br>Rexburg, ID 83440-5254 | Emily Larson<br>234 W 1st S<br>212<br>Rexburg, ID 83440-4716 | Emily Mainord<br>900 Everette<br>2<br>Rexburg, ID 83440-3801 |
| Emily Pitt<br>626 Valinda Lane<br>Rexburg, ID 83440-2358 | Emily Sanders<br>707 S 5th W<br>3203<br>Rexburg, ID 83440-5221 | Emma Robert Schmidt<br>255 E Main Street<br>16<br>Rexburg, ID 83440-2054 |
| Emylly Stackman<br>264 N 3rd E<br>102<br>Rexburg, ID 83440-1673 | Eric Rachel Sande<br>638 Valinda Lane<br>Rexburg, ID 83440-2358 | Erica Thomas Mouser<br>198 N Hill Road<br>Rexburg, ID 83440-5001 |
| Erica Thomas Mouser<br>277 Marianne Drive<br>Rexburg, ID 83440-1432 | Erik Evensen<br>888 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5447 | Erin Nathan Fleming<br>928 Anne Street<br>1<br>Rexburg, ID 83440-5235 |
| Ernesto Monzano<br>342 W 1st S<br>802<br>Rexburg, ID 83440-5205 | Ethan tiffany Pyle<br>638 Valinda Lane<br>Rexburg, ID 83440-2358 | Ethan Russon<br>234 W 1st S<br>212<br>Rexburg, ID 83440-4716 |

| | | |
|---|---|---|
| Ethan Young<br>707 S 5th W<br>3303<br>Rexburg, ID 83440-5222 | Evan  Lillian Bigelow<br>952 Anne Street<br>1<br>Rexburg, ID 83440-5238 | Ezra Lewis<br>125 S 4th W<br>4<br>Rexburg, ID 83440-1978 |
| Feryn Jones<br>49 E Main Street<br>#2<br>Saint Anthony, ID 83445-1552 | David M Fogg<br>ELC Legal Services, LLC<br>3142 W. Belltower Dr.<br>Meridian, ID 83646-4882 | Fora Financial<br>519 8th Avenue, 11th Floor<br>New York, NY 10018-4581 |
| Gannon Hess<br>264 N 3rd E<br>703<br>Rexburg, ID 83440-1677 | Gary L. Rainsdon<br>P. O. Box 566<br>Twin Falls, Idaho 83303-0566 | Gerdon Rogers<br>707 S 5th W<br>1103<br>Rexburg, ID 83440-5216 |
| Glenn Byler<br>247 Georgetown<br>D247AV<br>Rexburg, ID 83440-5274 | Gonzalo Sanhueza<br>928 Anne Street<br>3<br>Rexburg, ID 83440-5235 | Graffiti Hair Salon<br>402 W 4th S<br>300<br>Rexburg, ID 83440-2640 |
| Daniel C Green<br>POB 1391<br>Pocatello, ID 83204-1391 | Gunnar Norton<br>36 S 3rd e<br>Rexburg, ID 83440-2002 | Hadley   Joshua Pinder<br>912 Anne Street<br>1<br>Rexburg, ID 83440-5233 |
| Hadley Palmer<br>4205 S 3300 W<br>Rexburg, ID 83440-4238 | Haley   Spencer Wells<br>892 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5449 | Hanna Ficklin<br>340 N 12th W<br>37<br>Rexburg, ID 83440-5423 |
| Hannah   John Collins<br>234 W 1st S<br>W234IL-New-212<br>Rexburg, ID 83440-1897 | Hannah   Josh Wray<br>234 W 1st S<br>113<br>Rexburg, ID 83440-4715 | Hannah   Justin Nelson<br>707 S 5th W<br>3300<br>Rexburg, ID 83440-5222 |
| Hannah   Robert Pymm<br>564 Sunflower<br>Rexburg, ID 83440-3288 | Hannah Thornton<br>264 N 3rd E<br>103<br>Rexburg, ID 83440-1673 | Hans Hurst<br>310 N 6th W<br>3<br>Saint Anthony, ID 83445-1353 |
| Harrison Bateman<br>234 W 1st S<br>4<br>Rexburg, ID 83440-1888 | Havan Christensen<br>318 Pioneer Road<br>100-B2<br>Rexburg, ID 83440-5254 | Hayden Searle<br>707 S 5th W<br>2001<br>Rexburg, ID 83440-5218 |
| Haylie Kluksdal<br>49 E Main Street<br>10<br>Saint Anthony, ID 83445-1552 | Heather   Trae Handy<br>867 Capital Avenue<br>C86700<br>Rexburg, ID 83440-5312 | Heather Heupel<br>936 Anne Street<br>2<br>Rexburg, ID 83440-5236 |

| | | |
|---|---|---|
| Heidi Reed Riphenburg<br>635 S 5th W<br>Rexburg, ID 83440-9688 | Heron Family Trust<br>Tammara Heron<br>3464 W Fieno Dr<br>Eagle ID 83616-4160 | Hilary Smith<br>628 Valinda Lane<br>Rexburg, ID 83440-2358 |
| Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707-6538 | Hyrum Jessica Smith<br>952 Anne Street<br>3<br>Rexburg, ID 83440-5238 | Hyrum Shelby Simms<br>318 Pioneer Road<br>2002<br>Rexburg, ID 83440-5281 |
| Hyrum Sharp<br>340 N 12th W<br>20<br>Rexburg, ID 83440-5339 | Hyrum Sharp<br>4205 S 3300 W<br>Rexburg, ID 83440-4238 | Ian West<br>888 Anne Street<br>4<br>Rexburg, ID 83440-5204 |
| Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 | Internal Revenue Service<br>550 W. Fort St., MSC041<br>Boise, ID 83724-0041 | Jaclyn Matt Bauer<br>253 Georgetown<br>P253EN<br>Rexburg, ID 83440-5274 |
| Jacob LEah Maughan<br>888 Anne Street<br>3<br>Rexburg, ID 83440-5204 | Jacob Hooton<br>564 SUnflower<br>R564OB<br>Rexburg, ID 83440 | Jacobo Salan<br>234 W 1st S<br>111<br>Rexburg, ID 83440-4715 |
| Jade Ryland Rammell<br>860 S 5th W<br>4<br>Rexburg, ID 83440-5185 | Jaden Long<br>234 W 1st S<br>108<br>Rexburg, ID 83440-1888 | Jaesi Bochenek<br>882 Everette Place<br>3<br>Rexburg, ID 83440-5433 |
| Jagger Leon<br>431 S 2nd W<br>#1-B<br>Rexburg, ID 83440-2310 | Jaira Perez<br>234 W 1st S<br>202<br>Rexburg, ID 83440-1898 | James Kalee Whittle<br>565 Pioneer Road<br>173<br>Rexburg, ID 83440-4989 |
| James Harris<br>880 Everette Place<br>4<br>Rexburg, ID 83440-5432 | James Hough<br>888 Anne Street<br>2<br>Rexburg, ID 83440-5204 | Janay Thomas Spjute<br>234 W 1st S<br>211<br>Rexburg, ID 83440-4716 |
| Jansen Megan Benjamin<br>896 Everette Place<br>3<br>Rexburg, ID 83440-5451 | Jared Natalie Pickford<br>342 W 1st S<br>601<br>Rexburg, ID 83440-5159 | Jared & Natalie Pickford<br>3002 N Waverly Rd<br>Idaho Falls, ID 83401-1142 |
| Jared Harriman<br>49 E Main Street<br>#9<br>Saint Anthony, ID 83445-1552 | Jared Pett<br>707 S 5th W<br>603<br>Rexburg, ID 83440-5213 | Jarrett Donna Widdison<br>4205 S 3300 W<br>Rexburg, ID 83440-4238 |

| | | |
|---|---|---|
| Jase  Madison Hughes<br>264 N 3rd E<br>503<br>Rexburg, ID 83440-1674 | Jasmine  Timothy Osborn<br>920 Anne Street<br>3<br>Rexburg, ID 83440-5234 | Jason  Michelle Melchor<br>4086 E 73 N<br>Rigby, ID 83442-5716 |
| Jeffrey Smith<br>264 N 3rd E<br>604<br>Rexburg, ID 83440-1677 | Jeffrey Von Hill<br>2580 Everon<br>Idaho Falls, ID 83401-5404 | Jeffry Wright<br>900 Everett<br>4<br>Rexburg, ID 83440-3801 |
| Jenette  Craig Whetten<br>954 Trejo<br>Rexburg, ID 83440 | Jenna  William Stratton<br>960 Anne Street<br>4<br>Rexburg, ID 83440-5239 | Jenna Mingledorff<br>707 S 5th W<br>2000<br>Rexburg, ID 83440-5218 |
| Jennie  Joshua Allen<br>418 S 3000 W<br>BRU418<br>Rexburg, ID 83440-3704 | Jescenda Bichler<br>206 N 4000 E<br>G206RO<br>Rigby, ID 83442-5752 | Jessica  Hyrum Smith<br>264 N 3rd E<br>305<br>Rexburg, ID 83440-1673 |
| Jessica  Kevin Neff<br>520 W 7th S<br>113<br>Rexburg, ID 83440-2476 | Jessica  Preston Nygren<br>595 Countryside<br>Rexburg, ID 83440-5338 | Jessica Whiting<br>264 N 3rd E<br>204<br>Rexburg, ID 83440-1673 |
| Jesus (Jesse) Gallegos<br>294 Oaktrail<br>H294IL<br>Rexburg, ID 83440-2622 | JoAnn  Nathan Flake<br>707 S 5th W #32`<br>3200<br>Rexburg, ID 83440-5215 | Joe  Chantelle Wilde<br>272 W Ririe Hwy<br>Ririe, ID 83443-5031 |
| John Kofoed<br>234 W 1st S<br>109<br>Rexburg, ID 83440-1888 | John Michelson/Andrew Miller<br>355 W 2nd S<br>100<br>Rexburg, ID 83440-2181 | John Voyles<br>900 Everett<br>1<br>Rexburg, ID 83440-3801 |
| Jonathan Hald<br>898 Everett Place<br>3<br>Rexburg, ID 83440-5463 | Jone  Heber Hepworth<br>484 Sunflower<br>F484ER<br>Rexburg, ID 83440-4921 | Jordan  Makenzie Stowell<br>928 Anne Street<br>3<br>Rexburg, ID 83440-5235 |
| Jordan Daniels<br>894 Everette Place<br>2<br>Rexburg, ID 83440-5450 | Jordan Ewing<br>707 S 5th W<br>2001<br>Rexburg, ID 83440-5218 | Jory  Lacey Zollinger<br>1605 E 300 N<br>1<br>Saint Anthony, ID 83445-5200 |
| Joseph Acker<br>892 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5449 | Joseph Eborall<br>173 N 3rd E<br>lower<br>Rexburg, ID 83440-1627 | Joseph Jones<br>206 N 4000 E<br>Rigby, ID 83442-5752 |

| | | |
|---|---|---|
| Joseph Ortega<br>707 S 5th W<br>3303<br>Rexburg, ID 83440-5222 | Joshua   McKinzie Tapp<br>894 Everette Place<br>4<br>Rexburg, ID 83440-5450 | Joshua Schofield<br>2529 Eagle Drive<br>Ammon, ID 83406-4919 |
| Juan Brambila<br>707 S 5th W<br>2903<br>Rexburg, ID 83440-5221 | Juan Ramirez<br>294 Oaktrail<br>Rexburg, ID 83440-2622 | Julia Wagstaff<br>355 W 2nd S<br>302<br>Rexburg, ID 83440-2284 |
| Juliana   Keith Drake<br>355 W 2nd S<br>304<br>Rexburg, ID 83440-2284 | Juliann   Matthew Self<br>904 S 2400 W<br>Rexburg, ID 83440-4752 | KEvin Jones<br>887 Evereeeett Place 83440-3844 |
| Kade   ShaeLynn Allred<br>707 S 5th W<br>2000<br>Rexburg, ID 83440-5218 | Kaden   Kaylie Atwood<br>896 Everette Place<br>3<br>Rexburg, ID 83440-5451 | Kamassa Grover<br>318 Pioneer Road<br>101-A<br>Rexburg, ID 83440-5255 |
| Karissa   Joshua Wold<br>5382 S 1650 W<br>Rexburg, ID 83440-4412 | Karrington Woods<br>355 W 2nd S<br>301<br>Rexburg, ID 83440-2284 | Kasey Merrill<br>355 W 2nd S<br>302<br>Rexburg, ID 83440-2284 |
| Kathlyn Brokens<br>340 N 12th W<br>37<br>Rexburg, ID 83440-5423 | Kathryn Camille Stronks<br>565 Pioneer Road<br>66<br>Rexburg, ID 83440-4905 | Katie   Robert Drasso<br>707 S 5th W #33<br>3302<br>Rexburg, ID 83440-5215 |
| Katie Shelton<br>573 Countryside<br>Rexburg, ID 83440-5338 | Kaydree Butterfield<br>318 Pioneer Road<br>103-A<br>Rexburg, ID 83440-5255 | Kayla   Travis Neri<br>306 N 1st E<br>Saint Anthony, ID 83445-1505 |
| Kaylee   Tyler Carter<br>269 Ricks Avenue<br>H269EN<br>Rexburg, ID 83440-1631 | Kaylee Holmstead<br>960 Anne Street<br>1<br>Rexburg, ID 83440-5239 | Keeley   Spencer Imlah<br>587 Legacy Lane<br>Rexburg, ID 83440-5156 |
| Keisha Kauer<br>318 Pioneer Road<br>2001<br>Rexburg, ID 83440-5281 | Keith   Bonnie Allen<br>148 W 3rd North Street<br>D148EA<br>Saint Anthony, ID 83445 | Kelli Hurley<br>894 Everette Place<br>2<br>Rexburg, ID 83440-5450 |
| Kelsi   Louis Vasquez<br>603 Trejo<br>Rexburg, ID 83440-2579 | Kelsie   Bryce Morrison<br>340 N 12th W<br>14<br>Rexburg, ID 83440-5339 | Kendall Zeitner<br>886 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5446 |

| | | |
|---|---|---|
| Kenneth  Stephanie Baxter<br>265 E 2nd N<br>B265AK<br>Rexburg, ID 83440-1625 | Kenzy  Katelyn Fogle<br>952 Anne Street<br>1<br>Rexburg, ID 83440-5238 | Kevin  Elena Stolk<br>622 Valinda Lane<br>Rexburg, ID 83440-2358 |
| Kevin Billeter<br>707 S 5th W<br>601<br>Rexburg, ID 83440-5213 | Kevin Larsen<br>707 S 5th W<br>3202<br>Rexburg, ID 83440-5221 | Kevin Martin<br>264 N 3rd E<br>103<br>Rexburg, ID 83440-1673 |
| Kiley Baker<br>952 Anne Street<br>3<br>Rexburg, ID 83440-5238 | Kimberlee Peterson<br>234 W 1st S<br>114<br>Rexburg, ID 83440-4715 | Kimberly  Derek Anderson<br>520 Sunflower<br>P520OR<br>Rexburg, ID 83440-3288 |
| Kimberly Jaques<br>4908 W. Pillar Drive<br>Herriman, UT 84096-1289 | Kinadie Heyrend<br>49 E Main Street<br>#8<br>Saint Anthony, ID 83445-1552 | Kira  Scott Howard<br>707 S 5th W<br>2903<br>Rexburg, ID 83440-5221 |
| Kristi  Greg Grigg<br>340 N 12th W<br>14<br>Rexburg, ID 83440-5339 | Kristina Buno<br>173 N 3rd E<br>lower<br>Rexburg, ID 83440-1627 | Kyle  Stephen Malone<br>431 S 2nd W<br>3 - private<br>Rexburg, ID 83440 |
| Kyle Batson<br>880 Everette Place<br>1<br>Rexburg, ID 83440-5432 | Kyle Kindred<br>888 Everette Placve<br>Unit 1<br>Rexburg, ID 83440-5447 | Kylie Dinehart<br>898 Everett Place<br>4<br>Rexburg, ID 83440-5463 |
| Lana  Randy Nelson<br>5167 S Highway 191<br>Rexburg, ID 83440-4256 | Lauren Howard<br>234 W 1st S<br>111<br>Rexburg, ID 83440-4715 | Leslie Peterson<br>306 Oaktrail Drive<br>Rexburg, ID 83440-2575 |
| Lexie Loveland<br>234 W 1st S<br>106<br>Rexburg, ID 83440-1888 | Lincoln  Sydney Cook<br>707 S 5th W<br>2800<br>Rexburg, ID 83440-5220 | Linzy  Tanner Palmer<br>886 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5446 |
| Lisa Dayley<br>264 N 3rd E #604<br>B264RO-604<br>Rexburg, ID 83440-1677 | Lucas Griffin<br>125 S 4th W<br>4<br>Rexburg, ID 83440-1978 | Luis Gonzalez<br>960 Anne Street<br>2<br>Rexburg, ID 83440-5239 |
| Luisa Silva<br>125 S 4th W<br>3<br>Rexburg, ID 83440-1978 | Lydia Larson<br>564 Sunflower<br>Rexburg, ID 83440-3288 | Lyle Henderson<br>888 Anne Street<br>4<br>Rexburg, ID 83440-5204 |

| | | |
|---|---|---|
| Maggie Lyons<br>Resolve Financial Group<br>PO Box 598<br>Hayden, ID 83835-0598 | MaKylie Ream<br>318 Pioneer Road<br>100-A<br>Rexburg, ID 83440-5255 | Maddison O'very<br>960 Anne Street<br>2<br>Rexburg, ID 83440-5239 |
| Madison   Michael Bennett<br>707 S 5th W<br>600<br>Rexburg, ID 83440-5213 | Madison Gifford<br>707 S 5th W<br>1103<br>Rexburg, ID 83440-5216 | Madison Zobrist<br>234 W 1st S<br>113<br>Rexburg, ID 83440-4715 |
| Maeser   Sarah Frederickson<br>882 Everette Place<br>2<br>Rexburg, ID 83440-5433 | Mandy Gonzalez<br>342 W 1st S<br>802<br>Rexburg, ID 83440-5205 | Paul Roland Mangiantini<br>Mangiantini Law Office<br>1139 S Island Glenn Way<br>Eagle, ID 83616-7103 |
| Jed W. Manwaring<br>Evans Keane LLP<br> 1161 W. River St.<br>Suite 100<br>PO Box 959<br>Boise, ID 83701-0959 | Marci Price<br>264 N 3rd e<br>703<br>Rexburg, ID 83440-1677 | Mark   Tiffany Anderson<br>521 Countryside Avenue<br>O521RM<br>Rexburg, ID 83440-5338 |
| Mary Watkins<br>398 Pioneer Road<br>3202<br>Rexburg, ID 83440-1996 | Matthew   Lori Watkins<br>936 Anne Street<br>4<br>Rexburg, ID 83440-5236 | Matthew Hawes<br>707 S 5th W<br>2302<br>Rexburg, ID 83440-5219 |
| Matthew Martineau<br>920 Anne Street<br>4<br>Rexburg, ID 83440-5234 | Matthew Perez<br>246 W 9th S<br>Saint Anthony, ID 83445-1912 | Matthew Spencer<br>900 Everett<br>2<br>Rexburg, ID 83440-3801 |
| Mattia DiNiro<br>234 W 1st S<br>108<br>Rexburg, ID 83440-1888 | Mayelin Giron-Gonzalez<br>355 W 2nd S<br>404<br>Rexburg, ID 83440-2284 | Mayren Madrigal<br>364 Mariah Avenue<br>Rexburg, ID 83440-2569 |
| McCauley Morris<br>49 E Main Street<br>6<br>Saint Anthony, ID 83445-1552 | McKenna Boylan<br>880 Everette Place<br>2<br>Rexburg, ID 83440-5432 | McKenna Chatterton<br>888 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5447 |
| Means<br>234 W 1st S<br>7<br>Rexburg, ID 83440-1884 | Mechele Eckman<br>264 N 3rd E #301<br>301<br>Rexburg, ID 83440-1673 | Megan  Noble Hamblin<br>127 S 4th W<br>4<br>Rexburg, ID 83440-1988 |
| Megan Nelson<br>234 W 1st S<br>105<br>Rexburg, ID 83440-1888 | Melinda Stroud-Barson<br>602 Trejo<br>Rexburg, ID 83440-2579 | Melissa   Chester Porter<br>670 Nina Drive<br>Rexburg, ID 83440-1709 |

| | | |
|---|---|---|
| Melissa Trowbridge<br>625 S 5th W<br>Rexburg, ID 83440-9688 | Micahlyn Jolley<br>707 S 5th W<br>603<br>Rexburg, ID 83440-5213 | Michael   Cherie Roedel<br>4325 E 300 N<br>Rigby, ID 83442-5892 |
| Michael   Kelsey Minarik<br>890 Everette Place<br>Unit 1<br>Rexburg, ID 83440-5448 | Michael   Shaylee Airth<br>234 W 1st S<br>W234IL-New-214<br>Rexburg, ID 83440-1897 | Michael Simmons<br>234 W 1st S<br>204<br>Rexburg, ID 83440-1898 |
| Michela Melone<br>234 W 1st S<br>108<br>Rexburg, ID 83440-1888 | Michelle Lamartine<br>928 Anne Street<br>3<br>Rexburg, ID 83440-5235 | Michon Mele-Clark<br>2365 W 3000 N<br>Rexburg, ID 83440-3224 |
| Mignonne   Spencer Slaugh<br>355 W 2nd S<br>202<br>Rexburg, ID 83440-2181 | Mikayla Wadley<br>49 E Main Street<br>9<br>Saint Anthony, ID 83445-1552 | Mikhail Jimenez<br>431 S 2nd W<br>#4-A<br>Rexburg, ID 83440-2310 |
| Millington Zwygart CPA<br>1803 Ellis Avenue<br>Caldwell, ID 83605-4810 | Mitchell   Shelby Nielson<br>888 Everette Place<br>Unit 3<br>Rexburg, ID 83440-5447 | Mitchell Thomas<br>234 W 1st S<br>6<br>Rexburg, ID 83440-1888 |
| Morgan Anderson<br>49 E Main Street<br>#8<br>Saint Anthony, ID 83445-1552 | Morgan Graves<br>355 W 2nd S<br>100<br>Rexburg, ID 83440-2181 | Morgan Keith Andrews<br>355 W 2nd S<br>100<br>Rexburg, ID 83440-2181 |
| Mosiah Vastro<br>888 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5447 | Murri Lund<br>234 W 1st S<br>209<br>Rexburg, ID 83440-1898 | NICHOLAS JEFFERY STUART<br>1834 MICHAEL STREET<br>IDAHO FALLS, ID 83402-1736 |
| Natalie Bloomfield<br>264 N 3rd E<br>703<br>Rexburg, ID 83440-1677 | Natalie Nakkhongkham<br>234 W 1st S<br>6<br>Rexburg, ID 83440-1888 | Nathan   Angel Fleming<br>167 S 3rd E<br>167<br>Rexburg, ID 83440-2003 |
| Nathan   Stephanie Preston<br>446 W 6th S<br>505<br>Rexburg, ID 83440-4946 | Nathan St Jeor<br>318 Pioneer Road<br>2001<br>Rexburg, ID 83440-5281 | Nathan Woolf<br>896 Everette Place<br>1<br>Rexburg, ID 83440-5451 |
| Nelson Villegas<br>364 Mariah Avenue<br>Rexburg, ID 83440-2569 | New Era Lending, LLC<br>1201 North Orange Street<br>Suite 762<br>Wilmington, DE 19801-1175 | Nicholas   Rachel Stuart<br>2441 W 960 S<br>Rexburg, ID 83440-4733 |

| | | |
|---|---|---|
| Nicholas Board<br>894 Everette Place<br>4<br>Rexburg, ID 83440-5450 | Nicholas Martinez<br>431 S 2nd W<br>5-A<br>Rexburg, ID 83440-2310 | Nick Stevens<br>890 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5448 |
| Nicolas Byrd<br>149 E 3rd S<br>2B<br>Rexburg, ID 83440-2246 | Oaklands LLC<br>5382 N Morninggale Way<br>Boise, ID 83713-1447 | Oaklie Wayman<br>880 Everette Place<br>4<br>Rexburg, ID 83440-5432 |
| Ossie Ralphs<br>264 N 3rd E<br>102<br>Rexburg, ID 83440-1673 | Pale Tuifalasai<br>49 E Main Street<br>10<br>Saint Anthony, ID 83445-1552 | Paradigm Property Management<br>429 SW 5th Ave. Ste. 110<br>Meridian, ID 83642-5037 |
| Paradigm Property Solutions<br>429 SW 5th Ave. Ste. 110<br>Meridian, ID 83642-5037 | Paradigm Property Solutions<br>PO Box 385<br>Meridian, ID 83680-0385 | Patricia Thomas<br>888 Anne Street<br>2<br>Rexburg, ID 83440-5204 |
| Paul   Kim Jensen<br>123 Hidden Valley<br>123<br>Rexburg, ID 83440-3573 | Paul   Lilibeth Sandoval<br>670 Nina Drive<br>Rexburg, ID 83440-1709 | Pauline Tuifalasai<br>565 Pioneer Road<br>121<br>Rexburg, ID 83440-4883 |
| Peter   Kelsie Oaks<br>707 S 5th W<br>2200<br>Rexburg, ID 83440-5219 | Nate Peterson<br>Nate Peterson Law PLLC<br>355 W. Myrtle, Suite 101<br>Boise, ID 83702-7607 | Preston Anderson<br>264 N 3rd E<br>703<br>Rexburg, ID 83440-1677 |
| Preston Burkhart<br>707 S 5th W<br>2000<br>Rexburg, ID 83440-5218 | Rachaell Lopez<br>49 E Main Street<br>10<br>Saint Anthony, ID 83445-1552 | Rachel   Shawn Phillips<br>234 W 1st S<br>3<br>Rexburg, ID 83440-1888 |
| Rachel   Tyler West<br>8123 E HWY 33<br>Newdale, ID 83436-1203 | Rachel Reynolds<br>5115 S 4800 W<br>Rexburg, ID 83440-4259 | Rachel Talley<br>127 S 4th W<br>1<br>Rexburg, ID 83440-1988 |
| Gary L. Rainsdon<br>POB 506<br>Twin Falls, ID 83303-0506 | Randy Hathaway<br>960 Anne Street<br>3<br>Rexburg, ID 83440-5239 | Rebecca   Aaron Wilkey<br>520 W 7th S<br>114<br>Rexburg, ID 83440-2476 |
| Rebecca Field<br>2401 S 4000 W<br>S2491PA<br>Rexburg, ID 83440-3946 | Rebekah Archer<br>318 Pioneer Road<br>101-B1<br>Rexburg, ID 83440-5254 | Reece Barker<br>49 E Main Street<br>#9<br>Saint Anthony, ID 83445-1552 |

| | | |
|---|---|---|
| Rentmaster of Rexburg, LLC<br>429 SW 5th Ave. Ste. 110<br>Meridian, ID 83642-5037 | Richard  Whitney Woods<br>125 S 4th W<br>2<br>Rexburg, ID 83440-1978 | Robert  Whitney Christensen<br>251 Colonial way<br>N251IS<br>Rexburg, ID 83440-5311 |
| Robert Brown<br>155 N 2400 E<br>K155LE<br>Saint Anthony, ID 83445-5726 | Ronald Jaques<br>1505 NW 1st St.<br>Meridian, ID 83642-2209 | Rosanna Decker<br>898 Everett Place<br>3<br>Rexburg, ID 83440-5463 |
| Russ Clark<br>2365 W 3000 N<br>R2365OB<br>Rexburg, ID 83440 | Ryan Brown<br>878 Everette Place<br>3<br>Rexburg, ID 83440-5431 | Ryan Jones<br>890 Andrews Place<br>4<br>Rexburg, ID 83440-5182 |
| Rye Mortensen<br>4205 S 3300 W<br>Rexburg, ID 83440-4238 | SAlyssa Staker<br>890 Everette Place<br>Unit 4<br>Rexburg, ID 83440-5448 | Sakaraia Waimila<br>234 W 1st S<br>7<br>Rexburg, ID 83440-1884 |
| Samantha Andra<br>355 W 2nd S<br>203<br>Rexburg, ID 83440-2181 | Samuel Malloy<br>880 Everette<br>2<br>Rexburg, ID 83440-5432 | Samuel Vargas<br>264 N 3rd E<br>304<br>Rexburg, ID 83440-1673 |
| Sara Hall<br>707 S 5th W<br>601<br>Rexburg, ID 83440-5213 | Sarah  Takeshi Yanagita<br>585 Legacy Lane<br>Rexburg, ID 83440-5156 | Sarah Gordon<br>234 W 1st S<br>109<br>Rexburg, ID 83440-1888 |
| Sarah Homer<br>219 E 2nd S<br>1 - upstairs<br>Rexburg, ID 83440 | Sarah Mackillop<br>264 N 3rd E<br>203<br>Rexburg, ID 83440-1673 | Savannah  Isaiah Stanfield<br>707 S 5th W<br>3201<br>Rexburg, ID 83440-5221 |
| Scott  Carisa Williams<br>1950 W 5500 S<br>Rexburg, ID 83440-4355 | Shannon Zobrist<br>234 W 1st S<br>113<br>Rexburg, ID 83440-4715 | Shari Bradford<br>9750 W Amity<br>B9750Y<br>Boise, ID 83709-5315 |
| Shayla Davis<br>707 S 5th W<br>2002<br>Rexburg, ID 83440-5218 | Shaylee  Tyler Mondragon<br>565 Countryside<br>Rexburg, ID 83440-5338 | Shayli Wood-Larsen<br>707 S 5th W<br>3202<br>Rexburg, ID 83440-5221 |
| Shelby  Tyler Harrigfeld<br>565 Pioneer Road #121<br>F565IE-121<br>Rexburg, ID 83440-4883 | Shelby Pawlak<br>878 Everette Place<br>3<br>Rexburg, ID 83440-5431 | Shelley Gee<br>707 S 5th W<br>602<br>Rexburg, ID 83440-5213 |

| | | |
|---|---|---|
| Sherina Jones<br>355 W 2nd S<br>502<br>Rexburg, ID 83440-2284 | Sierra Brett Robinson<br>562 Sunflower Road<br>Rexburg, ID 83440-3288 | Sierra Paulson<br>960 Anne Street<br>3<br>Rexburg, ID 83440-5239 |
| Sofia Hepworth<br>894 Everette Place<br>1<br>Rexburg, ID 83440-5450 | Sofia Hoffman<br>888 Anne Street<br>4<br>Rexburg, ID 83440-5204 | Spencer Kay<br>264 N 3rd E<br>203<br>Rexburg, ID 83440-1673 |
| Spencer Mcfarland<br>125 S 4th W<br>3<br>Rexburg, ID 83440-1978 | Spencer Moser<br>707 S 5th W<br>3301<br>Rexburg, ID 83440-5222 | Spencer Widerburg<br>234 W 1st S<br>107<br>Rexburg, ID 83440-1888 |
| Stacey Taumoefolau<br>234 S 1st S<br>7<br>Rexburg, ID 83440 | Stephanie   Luke Olson<br>42 W 1st N<br>Rexburg, ID 83440-1507 | Stephanie   Tyler Williams<br>234 W 1st S<br>203<br>Rexburg, ID 83440-1898 |
| Stephanie Powers<br>49 E Main Street<br>7<br>Saint Anthony, ID 83445-1552 | Steve Lewis<br>523 Countryside<br>Rexburg, ID 83440-5338 | Steven Dean<br>707 S 5th W<br>2002<br>Rexburg, ID 83440-5218 |
| Steven Delgado<br>234 W 1st S<br>7<br>Rexburg, ID 83440-1884 | Steven Grow<br>264 N 3rd E #204<br>E264PP<br>Rexburg, ID 83440-1673 | Steven Poulter<br>652 Trejo Street<br>Rexburg, ID 83440-2579 |
| Sydney Stamper<br>952 Anne Street<br>1<br>Rexburg, ID 83440-5238 | Sydnie Fitzpatrick<br>900 Everett<br>2<br>Rexburg, ID 83440-3801 | T Street LLC<br>5382 N. Morninggale Way<br>Boise, ID 83713-1447 |
| Talon Adair<br>431 S 2nd W<br>#4-B<br>Rexburg, ID 83440-2310 | Tana Bolinger<br>264 N 3rd E #605<br>S264IN-605<br>Rexburg, ID 83440-1677 | Tanner Call<br>234 W 1st S<br>109<br>Rexburg, ID 83440-1888 |
| Tanner Sprenkle<br>49 E Main Street<br>6<br>Saint Anthony, ID 83445-1552 | Tanya Batdorff<br>219 E 2nd S<br>1 - upstairs<br>Rexburg, ID 83440 | Tara Hill<br>264 N 3rd E #102<br>P264ER<br>Rexburg, ID 83440-1673 |
| Tayler Nichols<br>4538 W 1000 N<br>Rexburg, ID 83440-3033 | Tayler West<br>888 Anne Street<br>4<br>Rexburg, ID 83440-5204 | Taylor Larsen<br>892 Everette Place<br>Unit 2<br>Rexburg, ID 83440-5449 |

```
Taylor Wanlass                  Teagan Carroll                   Teresa Wiscovitch
707 S 5th W                     898 Everett Place                880 Everette Place
3301                            2                                1
Rexburg, ID 83440-5222          Rexburg, ID 83440-5463           Rexburg, ID 83440-5432


Tesa   Ulaiasi Manu             Tessa Graves                     Tessara Rollins
355 W 2nd S                     892 Everette Place               707 S 5th W
101                             Unit 4                           2002
Rexburg, ID 83440-2181          Rexburg, ID 83440-5449           Rexburg, ID 83440-5218


Thomas Widdison                 Thuong Phan                      Tien Phan
173 N 3rd E                     234 W 1st S                      431 S 2nd W
upper                           7                                2 - private
Rexburg, ID 83440-1627          Rexburg, ID 83440-1884           Rexburg, ID 83440


Timothy   Shannon Muhlestein    Timothy Allen                    Timothy Wray
520 W 7th S                     900 Everett                      882 Everette Place
114                             1                                4
Rexburg, ID 83440-2476          Rexburg, ID 83440-3801           Rexburg, ID 83440-5433


Tomas   Ashley Jurkuvenas       Tracy Soriano                    Travis Shurtliff
520 W 7th S                     707 S 5th W                      355 W 2nd S
114                             2903                             303
Rexburg, ID 83440-2476          Rexburg, ID 83440-5221           Rexburg, ID 83440-2284


Trestles LLC                    Trevor Bigham                    Trevor Knudson
5382 N. Morninggale Way         340 N 12th W                     149 E 3rd S
Boise, ID 83713-1447            37                               5
                                Rexburg, ID 83440-5423           Rexburg, ID 83440-2246


Trevor Thompson                 Treya Smithson                   Ty Driggs
884 Everette  Place             707 S 5th W                      898 Everett Place
Unit 1                          2903                             4
Rexburg, ID 83440-5445          Rexburg, ID 83440-5221           Rexburg, ID 83440-5463


Tyler Bergstrom                 Tyler Covey                      Tyler Fuqya
878 Everette Place              49 E Main Street                 501 Countryside
1                               #2                               B5010Y
Rexburg, ID 83440-5431          Saint Anthony, ID 83445-1552     Rexburg, ID 83440-5338


Tyler Jensen                    Tyler Kelly                      Tyler Pehl
234 W 1st S                     898 Everett Place                707 S 5th W
113                             2                                2903
Rexburg, ID 83440-4715          Rexburg, ID 83440-5463           Rexburg, ID 83440-5221


US Trustee                      Uhlenhoff, et.al.                Unique Property Management
Washington Group Central Plaza  3327 N Eagle Rd.                 7028 Kearny Dr.
720 Park Blvd, Ste 220          Ste 110 - 112                    Huntington Beach, CA 92648-6254
Boise, ID 83712-7785            Eagle, ID 83616
```

| | | |
|---|---|---|
| Valerie Edrington<br>894 Everette Place<br>1<br>Rexburg, ID 83440-5450 | Vickie Morales<br>173 N 3rd E<br>upper<br>Rexburg, ID 83440-1627 | Walter Juarez<br>149 E 3rd S<br>1<br>Rexburg, ID 83440-2246 |
| Walter Pittaway<br>264 N 3rd E<br>303<br>Rexburg, ID 83440-1673 | Wayne Vitali<br>398 Pioneer Road<br>3<br>Rexburg, ID 83440-1944 | Whitney Anderson<br>227 N 1900 E<br>G227RI<br>Rexburg, ID 83440-2904 |
| William Montesdeoca<br>149 E 3rd S<br>5<br>Rexburg, ID 83440-2246 | Brent R Wilson<br>Hawley Troxell Ennis & Hawley LLP<br>877 Main Street<br>Suite 1000<br>Boise, ID 83702-5884 | Zach   Kiley Curtis<br>269 Ricks Avenue<br>H269EN<br>Rexburg, ID 83440-1631 |
| Zachary Whetstone<br>912 Anne Street<br>3<br>Rexburg, ID 83440-5233 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ace Funding Source LLC
366 North Broadway
Jericho, NY 11753

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Evans Keane LLP | (d)Noah G. Hillen<br>P.O. Box 6538<br>Boise, ID 83707-6538 | (u)Jed Manwaring |

**End of Label Matrix**
**Mailable recipients    579**
**Bypassed recipients      3**
**Total                  582**