Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: bwilson@hawleytroxell.com

Former Attorneys for Trustee Noah G. Hillen

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 18-00851-TLM |
| | ) | |
| RENTMASTER OF REXBURG, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL**

---

**Notice of Final Application for Allowance of Fees and Costs for Counsel
and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 1

Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP (the "**Applicant**") applies to the Court for allowance of attorney fees and costs pursuant to 11 U.S.C. §§ 327 and 330 and Federal Rule of Bankruptcy Procedure 2016(a).  The Applicant respectfully states and represents to the Court that:

1.      The Applicant was, prior to the substitution of counsel, the attorney of record for Noah G. Hillen (the "**Trustee**"), Trustee for the bankruptcy estate of Debtor Rentmaster of Rexburg, LLC (the "**Estate**"), and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual, necessary costs and expenses incurred representing the Trustee.

2.      In representing the Trustee, as detailed below, the Applicant investigated the financial affairs of the Debtor Rentmaster of Rexburg, LLC ("**Debtor**"), researched the applicable law, subpoenaed various bank and other records from third parties, evaluated bank records of Debtor, defended a motion for joint administration of related bankruptcies, attended the § 341 meeting and consulted with the Trustee regarding issues raised therein, and worked with the accountant in acquiring the information needed to evaluate Estate claims.

3.      All services for which compensation is requested by the Applicant were performed for and on behalf of the Trustee as the representative of the Estate, and not on behalf of any committee, creditor, or any other person.  Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A**, and incorporated herein by reference.

4.      The Applicant is seeking payment of the attorney fees and costs pursuant to the Contract of Employment attached to the Application to Employ Counsel as Exhibit A [Dkt. No.

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 2

22] filed on September 10, 2018, which was approved by Order of the Court on October 11, 2018 [Dkt. No. 39].

     5.     The Applicant has rendered services to the Trustee in the manner described on the attached Exhibit A.  The total amount of attorney fees stated in Exhibit A is $11,246.50.

     6.     In addition, the Applicant incurred expenses and/or costs described and itemized in the statement attached hereto as Exhibit A, in connection with the Applicant's activities as attorney for the Trustee.  The total amount of expenses and/or costs stated in Exhibit A is $1,323.61.

     7.     Further details of the work performed by the Applicant in this case, as well as other details as provided in the Narrative Summary form required by the U.S. Trustee, are attached hereto as **Exhibit B**.  The project summary of services rendered to Trustee is as follows.

     a)     <u>Application to Employ and Investigate Assets of the Estate</u>.  Upon being contacted by Trustee, the Applicant reviewed the legal claims and analysis involved in the case, and the Applicant prepared and filed an application to be employed.  The Applicant conducted research into the assets of the Estate.  The benefit to the Estate was to commence the case and compile necessary information to eventually pursue Estate claims.  The status of this project is complete and was conducted by Brent Wilson.  The total number of hours under this project was 6.5 hours and the fees sought are based upon the fee agreement.

     b)     <u>Defend Motion for Joint Administration, Subpoena Multiple Bank and Other Records from Third Parties, and Work with the Accountant to Compile Information</u>.  The Applicant objected to the joint administration of the cases via a memorandum and hearing with the Bankruptcy Court.  The Applicant drafted and served multiple subpoenas to gather the information to support Estate claims now being pursued, and worked with the Accountant hired in the case to obtain the appropriate information from the third parties.  The benefit to the Estate was providing the Court with the Trustee's view regarding joint administration and to obtain all necessary information from multiple third parties to pursue Estate claims.  The status of this project is complete and was conducted by Brent Wilson.

FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR
COUNSEL - 3

The total number of hours under this project was 51.70 hours and the fees sought are based upon the fee agreement.

c)  <u>Fee Application</u>.  The Applicant drafted this Application, and all exhibits thereto.  The benefit to the Estate was the payment of Trustee's counsel to move the case to a position to pay the creditors of the Estate and eventually close the case.  The status of this project is pending court approval and was conducted by Brent Wilson.  The total number of hours under this project was 2.0 hours and the fees sought are based upon the fee agreement.

8.      The fees requested by this Application shall not be shared with any other parties outside the Applicant's law firm.

9.      The source of funds of any compensation granted to Applicant will be paid from the funds currently being held by the Estate or that will be acquired by the Estate via various adversary proceedings.  There are sufficient funds, or will be upon completion of the adversary proceedings, in the Estate to pay the fees requested through this Application.

10.     The Applicant has not received any attorney fees or costs from the Estate, and this Application will be the only Application for compensation by Applicant.

11.     The Trustee has reviewed this Application and approved the Application and amounts requested.

**WHEREFORE**, the Applicant requests that an allowance be made in the sum of $11,246.50 for services rendered on behalf of the Trustee and $1,323.61 for reimbursement of expenses incurred by the Application for a total of <u>**$12,570.11**</u> as part of the attorney fees and costs for the representation of the Trustee in the above-captioned bankruptcy case.

DATED THIS <u>1st</u> day of July, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By <u>/s/ Brent R. Wilson</u>
    Brent R. Wilson, ISB No. 8936
    Former Attorneys for Trustee Noah G. Hillen

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Brent R. Wilson of HAWLEY TROXELL ENNIS AND HAWLEY LLP |
| Role in Case: | Attorney for Trustee |
| **Previous Requests** | |
| Fees Previously Requested: | $0.00 |
| Fees Previously Awarded: | $0.00 |
| Expenses Previously Requested: | $0.00 |
| Expenses Previously Awarded: | $0.00 |
| Retainer Paid: | $0.00 |
| **Current Application** | |
| Fees Requested: | $11,246.50 |
| Expenses Requested: | $1,323.61 |
| Total Requested: | **$12,570.11** |

# HAWLEY TROXELL
### ATTORNEYS AND COUNSELORS
Boise • Coeur d'Alene • Idaho Falls • Pocatello • Reno

Remit to:
Hawley Troxell Ennis & Hawley
877 Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho 83701-1617
EIN: 82-0259668
208.344.6000 • Fax 208.954.5284
www.hawleytroxell.com

**Noah Hillen, Chartered**
ngh@hillenlaw.com

| | |
|---|---|
| Billing Attorney: | SRS |
| Invoice No: | 403916 |
| Invoice Date: | December 11, 2019 |
| File Number: | 48489.0012 |

---

**For Services Through June 2020:**
**Rentmaster of Rexburg, LLC / Fraudulent Transfer - Avoidance Actions**

| | |
|---|---|
| Legal Services: | $11,246.50 |
| Disbursements and Other Charges: | $1,323.61 |
| **Total Due This Invoice:** | **$12,570.11** |

*Interest on past due amounts will be due if this invoice is not paid on or before 01/10/20*

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|---|---|---|---|---|---|---|
| 09/09/18 | BWIL | 0.70 | | | **FEE/EMPLOYMENT APPLICATIONS**: Draft application to employ counsel (0.3); draft verified statement of counsel (0.2); draft engagement agreement with trustee (0.1); and correspond with the trustee regarding the same (0.1). | [no charge/ pre .2+.1+order approving employment] |

PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE
Current charges only.  Unpaid balances not included.
Disbursements not yet recorded will be included in future invoices.
After 30 days, a monthly interest charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due.
Should a collection action or proceeding be necessary, attorney's fees and costs for such collection effort will also be due.
Hawley Troxell Ennis & Hawley LLP

If payment is made by wire remittance, please direct to:

Hawley Troxell Ennis & Hawley LLP Depository Account
Wells Fargo Bank, N. A.
877 W. Main St., Boise, ID 83702
Bank Routing # 121000248
Account #003-00017-47
Please reference your Hawley Troxell Account No.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

48489.0012.12947937.1

File No.: 48489-0012                                December 11, 2019                                Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|-------------------------------|--------|
| 09/10/18 | BWIL | 0.20 | | | **FEE/EMPLOYMENT APPLICATIONS**: Finalize application to employ; and cause the same to be filed. | $37.00 |
| 09/17/18 | BWIL | 0.10 | | | **ASSET ANALYSIS AND RECOVERY:** Call with the trustee regarding strategy. | $18.50 |
| 10/03/18 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Review documents provided by trustee; and prepare plan of action for file. | $37.00 |
| 10/05/18 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Draft and submit proposed order granting application to employ. | $37.00 |
| 10/15/18 | BWIL | 0.40 | | | **LITIGATION:** Evaluate motion to consolidate filed by creditors; and discuss with the trustee the ramifications and plan of action. | $74.00 |
| 10/16/18 | BWIL | 0.50 | | | **LITIGATION:** Review email from chapter 7 trustee on related case as to the joint administration motion (0.1); draft response (0.1); contact counsel for the movant and request additional information and advise of the response received and discuss issues with trustee (0.3). | $92.50 |
| 10/17/18 | BWIL | 0.20 | | | **LITIGATION:** Discuss settlement with defendant's counsel in response to position letter sent on behalf of the estate; review counsel's offer; and send to the trustee for comment with analysis. | $37.00 |
| 10/19/18 | BWIL | 0.50 | | | **LITIGATION:** Review motion for joint administration; and prepare response. | $92.50 |
| 10/23/18 | BWIL | 3.50 | | | **LITIGATION:** Research objection to motion for joint administration filed by creditors of the estate (2.0); and draft objection to motion (1.5). | $647.50 |

48489.0012.12947937.1

File No.: 48489-0012

December 11, 2019

Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|-------------------------------|--------|
| 10/24/18 | BWIL | 2.00 | | | **LITIGATION:** Finalize objection to motion for joint administration (1.7); cause the same to be filed (0.1); reach out to calendaring clerk to obtain hearing date (0.1); and call to chapter 7 trustee's counsel on the related matter to discuss issues and procedure forward (0.1). | $370.00 |
| 10/25/18 | BWIL | 0.10 | | | **LITIGATION:** Draft and file notice of hearing on objection to motion for joint administration. | $18.50 |
| 11/05/18 | BWIL | 2.40 | | | **LITIGATION:** Prepare for, attend, and argue objection to motion for joint administration; discuss issues with the parties post-hearing; and draft proposed order as requested by the Court. | $444.00 |
| 11/13/18 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Prepare and file notice of appearance in the associated Paradigm bankruptcy case; and review status of the case. | $37.00 |
| 11/16/18 | BWIL | 0.50 | | | **ASSET ANALYSIS AND RECOVERY:** Attend creditor meeting; and discuss plan of action with the trustee. | $92.50 |
| 11/21/18 | BWIL | 0.30 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate complaint filed by creditors; and advise the trustee regarding the same. | $55.50 |
| 12/12/18 | BWIL | 3.30 | | | **ASSET ANALYSIS AND RECOVERY:** Attend section 341 meeting of Paradigm related debtor (1.5); attend section 341 meeting of Debtor; and discuss issues with the trustee (1.8). | $610.50 |
| 12/18/18 | BWIL | 1.80 | | | **ASSET ANALYSIS AND RECOVERY:** Draft subpoena for ADP Payroll Services, Inc. records of the debtor (0.8); draft exhibit A thereto requesting documents (0.6); draft notice of subpoena and cause the same to be filed (0.2); and correspond with the trustee (0.2). | $333.00 |

48489.0012.12947937.1

File No.: 48489-0012                                December 1, 2019                        Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|-------------------------------|--------|
| 12/27/18 | BWIL | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Draft subpoena for ADP, exhibit thereto, and the notice of subpoena. | $74.00 |
| 01/14/19 | BWIL | 0.50 | | | **ASSET ANALYSIS AND RECOVERY:** Review produced documents in response to subpoena to ADP, Inc. | $92.50 |
| 02/04/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Review file and follow up with the trustee regarding respond to subpoena by ADP. | $37.00 |
| 02/05/19 | BWIL | 0.70 | | | **ASSET ANALYSIS AND RECOVERY:** Call with counsel for creditor group (0.2); discuss issues with the trustee (0.1); and draft response to counsel (0.4). | $129.50 |
| 03/18/19 | BWIL | 0.80 | | | **ASSET ANALYSIS AND RECOVERY:** Review subpoena served upon the trustee by creditors of the case; correspond with the trustee and creditor's counsel; and respond in part to the subpoena request. | $148.00 |
| 04/24/19 | BWIL | 0.10 | | | **ASSET ANALYSIS AND RECOVERY:** Review status of the case; and follow up with trustee on plan of action. | $18.50 |
| 05/06/19 | BWIL | 0.30 | | | **ASSET ANALYSIS AND RECOVERY:** Review proof of claim filed by the chapter 7 trustee for the related bankruptcy case. | $55.50 |
| 05/16/19 | BWIL | 1.40 | | | **ASSET ANALYSIS AND RECOVERY:** Review status of the case (0.5); review trustee's email to the accountant and requested materials and prepare subpoena (0.9). | $259.00 |
| 05/17/19 | BWIL | 1.00 | | | **ASSET ANALYSIS AND RECOVERY:** Review claims filed (0.4); and evaluate status of the case and review trustee's request for information and subpoenas to issue (0.6). | $185.00 |

48489.0012.12947937.1

File No.: 48489-0012                              December 11, 2019                              Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|-------------------------------|--------|
| 06/13/19 | BWIL | 1.90 | | | **ASSET ANALYSIS AND RECOVERY:** Review trustee request on subpoena (0.1); review account numbers/information of debtor and related entities/individuals (0.5); draft subpoena for Chase Bank and related documents (0.5); draft subpoenas for MACU and Beehive Credit Union (0.7); and correspond and discuss with the trustee (0.1). | $351.50 |
| 06/17/19 | BWIL | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Revise subpoena to Chase Bank (0.2); and correspond with accountant regarding subpoena and other subpoenas to be served (0.2). | $74.00 |
| 06/18/19 | BWIL | 1.80 | | | **ASSET ANALYSIS AND RECOVERY:** Correspond with the accountant in the case regarding requested material (0.2); revise chase subpoena (0.4); and draft subpoenas and exhibits thereto for MACU and Beehive credit union (1.2). | $333.00 |
| 06/19/19 | BWIL | 0.80 | | | **ASSET ANALYSIS AND RECOVERY:** Finalize Chase subpoena and cause the same to be filed in the bankruptcy case (0.4); and draft subpoenas for other banks/credit unions (0.4). | $148.00 |
| 06/20/19 | BWIL | 1.10 | | | **ASSET ANALYSIS AND RECOVERY:** Review request from accountant regarding bank accounts and review bank account information (0.6); and draft subpoenas for new (4) bank accounts to each bank (0.5). | $203.50 |
| 06/21/19 | BWIL | 3.40 | | | **ASSET ANALYSIS AND RECOVERY:** Finalize MACU and Beehive subpoenas (0.9); review information on 4 other banks and multiple accounts and draft subpoenas for all accounts and exhibits thereto and notices of subpoenas for each (2.5). | $629.00 |
| 06/25/19 | BWIL | 1.70 | | | **ASSET ANALYSIS AND RECOVERY:** Review accountant's comments to subpoenas (0.1); revise all subpoenas to provide for accountant's request (0.7); and draft four notices of subpoena and cause the notices to be filed and subpoena's served (0.9). | $314.50 |

48489.0012.12947937.1

File No.: 48489-0012                                December 01, 2019                          Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|--------------|-------|------|----------|-------------------------------|--------|
| 06/27/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Call with Pioneer FCU regarding subpoena; review documents and invoice received; and send to the client and accountant with comment. | $37.00 |
| 07/02/19 | BWIL | 1.60 | | | **ASSET ANALYSIS AND RECOVERY:** Review Pioneer response to subpoena (0.8); correspond with accountant regarding the same (0.2); call from Chase regarding subpoena (0.1); and revise subpoena to Chase per bank's request  and serve upon Chase (0.5). | $296.00 |
| 07/08/19 | BWIL | 2.20 | | | **ASSET ANALYSIS AND RECOVERY:** Two calls with Columbia Debt Recovery and its principal and counsel to discuss subpoena for Wells Fargo account (0.8); draft email to the trustee to advise of the status (0.2); review subpoena and documents related thereto (0.7); call with Wells Fargo regarding the same subpoena (0.2); email counsel for Columbia the information requested (0.2); and advise trustee of status (0.1). | $407.00 |
| 07/09/19 | BWIL | 1.10 | | | **ASSET ANALYSIS AND RECOVERY:** Review accountant's analysis of the Wells Fargo account issue (0.1); call to Wells Fargo and advise of position as to the subpoena (0.2); call to Columbia's counsel and discuss issues related to the subpoena (0.2); and evaluate MACU's response to the subpoena and provide to the accountant with comment (0.6). | $203.50 |
| 07/09/19 | CWAM | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Download and save subpoena response documents from Mountain America Credit Union's FTP server, upload same documents to ShareFile for client review. | $54.00 |
| 07/11/19 | BWIL | 1.10 | | | **ASSET ANALYSIS AND RECOVERY:** Call with Beehive Bank regarding response to subpoena (0.2); evaluate Beehive response and documents thereto and provide to the accountant with comment (0.9). | $203.50 |

48489.0012.12947937.1

File No.: 48489-0012                          December 11, 2019                          Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|------------------------------|--------|
| 07/12/19 | BWIL | 2.20 | | | **ASSET ANALYSIS AND RECOVERY:** Review subpoena responses (0.5); review update from accountant regarding all subpoena response information (0.5); call with Bank of Commerce regarding its production (0.4); advise the client and the accountant regarding the same (0.2); and review status of pending subpoenas (0.6). | $407.00 |
| 07/15/19 | BWIL | 0.80 | | | **ASSET ANALYSIS AND RECOVERY:** Review response from Bank of Commerce with respect to the subpoena (0.2); advise the trustee and the accountant with respect to this (0.1); and review other responses to subpoena requests (0.5). | $148.00 |
| 07/16/19 | BWIL | 1.80 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate subpoena responses (0.8); and correspond with the accountant and discuss with the trustee the appropriate approach as to the DA Investments account (0.2); and investigate DA Investments (0.8). | $333.00 |
| 07/19/19 | BWIL | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Call from G. Rainsdon's office regarding subpoena and provide copy of the same to the trustee (0.2); and review the status of other outstanding subpoenas (0.2). | $74.00 |
| 07/22/19 | BWIL | 2.90 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate Zion bank response to subpoena (0.6); review the information needed from DA Investments (0.9); draft subpoena for DA Investments and exhibits thereto (1.0); and correspond with the accountant and the trustee on status of the case (0.4). | $536.50 |
| 07/23/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Respond to accountant's inquiry; and review status of the subpoenas. | $37.00 |

48489.0012.12947937.1

File No.: 48489-0012                                December 11, 2019                                Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|------------------------------|--------|
| 07/24/19 | BWIL | 1.40 | | | **ASSET ANALYSIS AND RECOVERY:** Review Zions subpoena response (0.7); send update and all docs to the accountant and trustee with comment (0.2); and evaluate status of all subpoenas served (0.5). | $259.00 |
| 07/30/19 | BWIL | 0.50 | | | **ASSET ANALYSIS AND RECOVERY:** Review response from subpoena to Wells Fargo (0.4); and evaluate missing documents (0.1). | $92.50 |
| 08/02/19 | BWIL | 0.90 | | | **ASSET ANALYSIS AND RECOVERY:** Review and evaluate subpoena response from JP Morgan Chase. | $166.50 |
| 08/05/19 | BWIL | 0.70 | | | **ASSET ANALYSIS AND RECOVERY:** Review JP Morgan production; and provide to the client and accountant. | $129.50 |
| 08/07/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Review inquiry from related chapter 7 trustees regarding AMEX issues; and review the file. | $37.00 |
| 09/11/19 | BWIL | 1.20 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate subpoena to AMEX in Paradigm case (0.1); discuss issues with the trustee regarding AMEX and the DA Investments subpoena (0.2); discuss AMEX subpoena with Dan Green, counsel for trustee in Paradigm case and email counsel (0.3); and evaluate response for DA Investments subpoena missed deadline (0.6). | $222.00 |
| 09/20/19 | BWIL | 0.60 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate status of discovery (0.4); and draft meet and confer letter regarding subpoena (0.2). | $111.00 |
| 09/24/19 | BWIL | 2.40 | | | **ASSET ANALYSIS AND RECOVERY:** Review AMEX response to subpoena (2.0); and advise the trustee regarding the same (0.4). | $444.00 |

48489.0012.12947937.1

File No.: 48489-0012                   December 1, 2019                   Invoice No. 403916

| Date | Professional | Hours | Task | Activity | Description of Legal Services | Amount |
|------|-------------|-------|------|----------|-------------------------------|--------|
| 09/30/19 | BWIL | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Review the status of the case (0.2); and review trustee's request regarding bank accounts and respond (0.2). | $74.00 |
| 10/01/19 | BWIL | 0.40 | | | **ASSET ANALYSIS AND RECOVERY:** Evaluate request from creditor regarding accounts identified as related to debtor (0.2); review prior response to creditor's subpoena (0.1); and send email to the creditor's counsel regarding the same (0.1). | $74.00 |
| 10/11/19 | BWIL | 1.70 | | | **ASSET ANALYSIS AND RECOVERY:** Review status of all subpoenas (0.4); research failure to comply with subpoena and local rules regarding the same (0.4); and draft and cause to be served meet and confer letter on DA Investments, LLC for failure to respond to the subpoena (0.9). | $314.50 |
| 10/28/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Review accountant's questions regarding the AMEX issue; and locate password for document responding to subpoena. | $37.00 |
| 10/29/19 | BWIL | 0.20 | | | **ASSET ANALYSIS AND RECOVERY:** Discuss status with the trustee and plan of action (0.2). | $37.00 |
| 11/13/19 | BWIL | 0.30 | | | **ASSET ANALYSIS AND RECOVERY:** Review status of the case (0.2); and respond to the trustee regarding status of subpoena (0.1). | $55.50 |
| 06/19/20 | BWIL | 2.00 | | | **FEE/EMPLOYMENT APPLICATIONS**: Draft Fee Application. | $370.00 |

**Total Fees:** $11,246.50

48489.0012.12947937.1

File No.: 48489-0012                    December 31, 2019                    Invoice No. 403916

**Disbursements**

| Date | Professional | Description | Task | Amount |
|------|-------------|-------------|------|--------|
| 09/18/18 | CDAV | Copying | | $0.72 |
| 10/24/18 | CDAV | Copying | | $6.48 |
| 10/25/18 | CDAV | Copying | | $2.16 |
| 01/14/19 | SRS | Subpoena Fees - Tri-County Process Serving Service upon ADP Payroll Services  Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) | | $56.00 |
| 01/14/19 | SRS | Subpoena Fees - Tri-County Process Serving Service upon ADP Payroll Services  Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) | | $56.00 |
| 06/21/19 | LHAN | Copying | | $1.62 |
| 06/25/19 | CDAV | Copying | | $3.06 |
| 06/27/19 | BWIL | Subpoena Fees - Tri-County Process Serving Service upon Mountain America Federal Credit Union  Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversarial Proceeding) | | $56.00 |
| 06/27/19 | BWIL | Subpoena Fees - Tri-County Process Serving Service upon Helena Agri-Enterprises Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversarial Proceeding) | | $56.00 |
| 07/02/19 | LMD | Subpoena Fees - Tri-County Process Serving Subpoena Fees - Tri-County Process Serving Service upon Wells Fargo Bank  Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Bankruptcy Case (or Adversarial Proceeding) | | $38.00 |
| 07/02/19 | LMD | Subpoena Fees - Tri-County Process Serving Subpoena Fees - Tri-County Process Serving Service upon Pioneer Federal Credit Union Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Bankruptcy Case (or Adversarial Proceeding) | | $137.00 |
| 07/02/19 | BWIL | Client Charges - Pioneer Federal Credit Union R. Jaques bank records | | $129.25 |

48489.0012.12947937.1

File No.: 48489-0012                        December 11, 2019                        Invoice No. 403916

**Disbursements**

| Date | Init | Description | Amount |
|------|------|-------------|--------|
| 07/02/19 | LMD | Subpoena Fees - Tri-County Process Serving Service upon Zions Bank  Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Bankruptcy Case (or Adversarial Proceeding) | $61.40 |
| 07/15/19 | BWIL | Subpoena Fees - Tri-County Process Serving Service upon Beehive Federal Credit Union Douments: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversarial Proceeding) | $160.00 |
| 07/15/19 | BWIL | Subpoena Fees - Tri-County Process Serving Service upon The Bank of Commerce  Douments: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversarial Proceeding) | $135.00 |
| 07/22/19 | CDAV | Copying | $0.72 |
| 07/22/19 | CDAV | Copying | $1.80 |
| 07/31/19 | SRS | Subpoena Fees - Wells Fargo Bank - Commercial Cards Zions Bank Subpoena Fee | $90.00 |
| 08/09/19 | BWIL | Client Charges - JPMorgan Chase Rentmaster of Rexburg bank records | $49.50 |
| 08/14/19 | BWIL | Subpoena Fees - Tri-County Process Serving Service upon DA Investments, LLC | $160.00 |
| 08/26/19 | BWIL | Client Charges - Wells Fargo Bank Rentmaster of Rexburg bank records | $115.30 |
| 11/06/19 | | Postage | $7.60 |

**Sub-Total Disbursements:**   $1,323.61

**Total Current Billing:**                          **$12,570.11**

48489.0012.12947937.1

File No.: 48489-0012                     December 1, 2019                     Invoice No. 403916

**For Your Convenience We Accept Payments By Credit Card or Electronic Check**

To make a secure online payment, visit us at https://hawleytroxell.com.  Hover over the Contact Us link to access the Client Payment Portal link. Make a quick one-time payment or create a profile with password for returning clients.

Or complete the information requested below

Mail or fax the completed form to:

Hawley Troxell Ennis & Hawley LLP

Attn: Billing Department

P. O. Box 1617

Boise, ID 83701-1617

Fax  (208) 954-5284

Cardholder's Name: _____

Account Number: _____   Expiration Date:  Mo.: _____   Year: _____

Security Code (3 or 4-dight number on card): _____

Address: _____

Zip Code of Credit Card Billing Address: _____

How may we contact you?  Telephone number: _____   E-Mail: _____

Amount to be Charged: $ _____

Hawley Troxell Ennis & Hawley LLP File Number or Invoice Number: _____

By signing below, client gives informed consent to any disclosures required by the card company and understands the actual costs of using a credit card.

Cardholder's
Signature: _____   Date: _____

48489.0012.12947937.1

EXHIBIT B

# NARRATIVE SUMMARY

| I. | **BACKGROUND.** The background information of the bankruptcy case, to the best of Applicant's knowledge, is as follows: | |
|---|---|---|
| A. | Date the bankruptcy petition was filed. | **June 29, 2018** |
| B. | Date of application and order authorizing employment of applicant's firm. | **Application: 09/10/18 (Dkt. No. 22)** **Order Approving Application: October 11, 2018 (Dkt. No. 39)** |
| C. | On whose behalf are the services being provided? | **Noah Hillen, Chapter 7 Trustee** |
| D. | Date services commenced. | **09/10/18** |
| E. | Employment on hourly or contingency basis (list any limitations or caps). | **Hourly at $185 for Brent Wilson** |
| F. | Rate charged non-bankruptcy clients for similar services. | **Brent Wilson's current hourly rate for other clients is $220** |
| G. | Application for interim or final compensation and expenses. | **Final** |
| H. | Time period of the services or expenses covered by the application. | **09/10/18 – 06/19/2020** |
| I. | Is the application filed less than 120 days after the order of relief or prior application. | **No** |
| II. | **CASE STATUS.** **(complete for chapter 7 or 11 cases)** | |
| A. | Amount of cash on hand or in deposit in the estate. | **$34,833.88** |
| B. | Amount and nature of accrued unpaid administrative expenses (include trustee fees and expenses, if applicable). | **$45,000** |
| C. | The amount of unencumbered funds in the estate. | **$34,833.88** |
| D. | Operating profit of loss, if applicable. | **N/A** |
| E. | Estimated case closure date. | **2022** |

NARRATIVE SUMMARY - 1 -

# NARRATIVE SUMMARY

| III.        PROJECT SUMMARY. | LIST OF PROJECTS OR TASKS WHICH ARE ITEMIZED ON EXHIBIT "A" AND DISCUSSED IN THE APPLICATION |
|---|---|
| Identify each discrete project or task for which compensation or reimbursement of expenses is sought.  Each project itemization must include, on a separate attachment.<br><br>a.        Description of the project, its necessity and benefit to the estate and the status of the project.<br><br>b.        Identification of each person providing billable services on the project.<br><br>c.        A statement of the number of hours spend and amount of compensation requested for each professional and paraprofessional for each project.<br><br>d.        Itemized time and service entries including chronologically listing of date of service, description of service and time spent on providing service. | Application to Employ and Investigate Assets of the Estate. Upon being contacted by Trustee, the Applicant reviewed the legal claims and analysis involved in the case, and the Applicant prepared and filed an application to be employed. The Applicant conducted research into the assets of the Estate.  The benefit to the Estate was to commence the case and compile necessary information to eventually pursue Estate claims.  The status of this project is complete and was conducted by Brent Wilson. The total number of hours under this project was 6.5 hours and the fees sought are based upon the fee agreement.<br><br>Defend Motion for Joint Administration, Subpoena Multiple Bank and Other Records from Third Parties, and Work with the Accountant to Compile Information.  The Applicant objected to the joint administration of the cases via a memorandum and hearing with the Bankruptcy Court.  The Applicant drafted and served multiple subpoenas to gather the information to support Estate claims now being pursued, and worked with the Accountant hired in the case to obtain the appropriate information from the third parties.  The benefit to the Estate was providing the Court with the Trustee's view |

NARRATIVE SUMMARY - 2 -

# NARRATIVE SUMMARY

| | regarding joint administration and to obtain all necessary information from multiple third parties to pursue Estate claims. The status of this project is complete and was conducted by Brent Wilson.  The total number of hours under this project was 51.70 hours and the fees sought are based upon the fee agreement.<br><br>Fee Application.  The Applicant drafted this Application, and all exhibits thereto.  The benefit to the Estate was the payment of Trustee's counsel to move the case to a position to pay the creditors of the Estate and eventually close the case.  The status of this project is pending court approval and was conducted by Brent Wilson. The total number of hours under this project was 2.0 hours and the fees sought are based upon the fee agreement. |
|---|---|
| | **TOTAL HOURS (itemized in Exhibit A and the Application): 60.60** |

48489.0012.12947412.1

# NARRATIVE SUMMARY

## CERTIFICATION

The applicant certifies that the person on whose behalf the applicant is employed has received and reviewed the application for compensation and reimbursement for expenses. The applicant further certifies that the person on whose behalf the applicant is employed has:

☒ Approved the Application
☐ Not Approved the Application


/s/ Brent R. Wilson                          
APPLICANT

NARRATIVE SUMMARY - 4 -

48489.0012.12947412.1