Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: bwilson@hawleytroxell.com

Former Attorneys for Trustee Noah G. Hillen

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 18-00851-TLM |
| | ) | |
| RENTMASTER OF REXBURG, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL**

---

**Amended Notice of Final Application for Allowance of Fees and Costs for Counsel and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL
APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL -
1

**PLEASE BE ADVISED** that Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP (the "**Applicant**") has filed with the Bankruptcy Court the Final Application for Allowance of Fees and Costs for Counsel incurred in representing Noah G. Hillen, Chapter 7 Trustee ("**Trustee**") in this case (the "**Fee Application**").  The total amount of fees and costs requested by the Applicant in the Fee Application is $12,570.11, for representing the Trustee from September 10, 2018, to June 2020.  Along with the Fee Application, Applicant explained the time spent representing the Trustee on various tasks and provided a detailed time accounting of such time spent.

If you would like a copy of the Fee Application, all the documents filed are available at the following link: https://hawleytroxell.sharefile.com/d-saf470fd49294bf59

If you would like a hard copy of the Fee Application mailed to you, please contact the Applicant to make this request.

**PLEASE BE FURTHER ADVISED** that the Bankruptcy Court may grant the Fee Application without further notice or hearing unless an objection is filed thereto with the Bankruptcy Court within twenty-one (21) days of the date of this Amended Notice.

This Amended Notice and Opportunity to Object is being filed after the undersigned learned that the prior Notice and Opportunity to Object (Dkt. No. 98) was not mailed to all the stated recipients as previously intended due to an oversight.

AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL
APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL -
2

48489.0012.13012155.1

DATED THIS <u>16th</u> day of July, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By/s/ Brent R. Wilson_____
    Brent R. Wilson, ISB No. 8936
    Former Attorneys for Trustee Noah G. Hillen

AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL
APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL -
3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>16th</u> day of July, 2020, I electronically filed the foregoing AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Matthew Todd Christensen | mtc@angstman.com |
| Noah Hillen | ngh@hillenlaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| David M. Fogg | david@ELCLegal.com |
| Paul Roland Mangiantini | paul@mangiantinilaw.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Nate Peterson | natepetersonesq@gmail.com |
| Daniel C. Green | dan@racinelaw.net |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

Rentmaster of Rexburg, LLC
429 SW 5th Ave., Suite 110
Meridian, ID 83646

And all other entities on the attached Creditor Matrix, incorporated herein by reference

/s/ Brent R. Wilson
Brent R. Wilson

AMENDED NOTICE AND OPPORTUNITY TO OBJECT TO FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL - 4

48489.0012.13012155.1

```
Label Matrix for local noticing          1st Global Capital LLC              AMY & BRANDON ABEL
0976-1                                    1250 E Hallandale Beach Blvd        4041 E. 66 N
Case 18-00851-TLM                         Hallandale, FL 33009-4634          RIGBY ID 83442-4906
District of Idaho
Boise
Wed Jul  1 14:23:45 MDT 2020

Abigail J Christensen                     (p)ACE  FUNDING SOURCE              Adam King
115 E 1st N                               366 N BROADWAY                     896 Everette Place
downstairs                                JERICHO NY 11753-2025              1
Rexburg, ID 83440-1613                                                       Rexburg, ID 83440-5451


Adam Pasley                               Adam Rampton                       Adam Salley
878 Everette Place                        193 S 1060 E                       952 Anne Street
1                                         American Fork, UT 84003-2385       3
Rexburg, ID 83440-5431                                                       Rexburg, ID 83440-5238


Adam Wilhoite                             Adam and Laura Ferguson            Adam and Tami Brubaker
49 E Main Street                          7515 185th Avenue E                PO Box 574
2                                         Bonney Lake, WA 98391-7015         Island Park, ID 83429-0574
Saint Anthony, ID 83445-1552


Adrianna Santiago                         Alan  Melanie Gordon               Alan Moss
49 E Main Street                          125 E Moody Road                   49 E Main Street
9                                         F1250N                             3
Saint Anthony, ID 83445-1552              Rexburg, ID 83440-5165             Saint Anthony, ID 83445-1552


Alberto  Yuri Puente                      Aldo  Andres Garcia                Alee  Nathaniel Noland
234 W 1st S                               952 Anne Street                    465 Countryside Avenue
210                                       4                                  Rexburg, ID 83440-5106
Rexburg, ID 83440-1898                    Rexburg, ID 83440-5238


Aleena  Spencer Wadsworth                 Alex Bartholomew                   Alex Scharf
624 Valinda Lane                          36 N Bridge Street                 936 Anne Street
Rexburg, ID 83440-2358                    2                                  4
                                          Saint Anthony, ID 83445-2129       Rexburg, ID 83440-5236


Alexa  Andrea Schwab                      Alexa  Cody Weaver                 Alexander Colby
513 Countryside Avenue                    565 Pioneer Road                   355 W 2nd S
Rexburg, ID 83440-5338                    155                                203
                                          Rexburg, ID 83440-4987             Rexburg, ID 83440-2181


Alexandra  David Jackman                  Alexis  Grant Quigley              Alexis  Justin Burt
952 Anne Street                           707 S 5th W                        133 1/2 E 1 S
3                                         3303                               P133 1/2ET
Rexburg, ID 83440-5238                    Rexburg, ID 83440-5222             Rexburg, ID 83440


Alexis Potter                             Alisa  Brandon Pelfrey             Alisha  Dionte Murrell
900 Everett                               880 Everette Place                 355 W 2nd S
1                                         4                                  201
Rexburg, ID 83440-3801                    Rexburg, ID 83440-5432             Rexburg, ID 83440-2181
```

Alivia  Delmont Wirig
595 Countryside
Rexburg, ID 83440-5338

Allen and Laura Stephenson
29504 E Stringtown Road
Greenwood, MO 64034-8218

Allison  Andrew Clark
888 Everette Place
Unit 4
Rexburg, ID 83440-5447


Allison Braun
501 Countryside
B501OY
Rexburg, ID 83440-5338

Allyson  Cameron Blackwell
269 Ricks Avenue
H269EN
Rexburg, ID 83440-1631

Alysia  Andrew Fabis
520 W 7th S #113
H520EL
Rexburg, ID 83440-2476


Alyssa  Justin Herbst
463 Countryside
D463AL
Rexburg, ID 83440-5106

Alyssa  Kyle Frizzell
887 Everett Place
3
Rexburg, ID 83440-3845

Amanda  Christopher Johnson
234 W 1st S
214
Rexburg, ID 83440-4716


Amanda  Justin DeLora
42 W 1st N
F42ER
Rexburg, ID 83440-1507

Amanda  Tyler Madsen
234 W 1st S
110
Rexburg, ID 83440-1888

Amanda Berchtold
920 Anne Street
2
Rexburg, ID 83440-5234


Amanda Chapdelaine
888 Everette Place
Unit 4
Rexburg, ID 83440-5447

Amber Burt
310 N 6th W
3
Saint Anthony, ID 83445-1353

Amber Casper
49 E Main Street
#6
Saint Anthony, ID 83445-1552


Amber Olds
896 Everette Place
1
Rexburg, ID 83440-5451

Amberlee  Bryton Lee
707 S 5th W
2903
Rexburg, ID 83440-5221

Amie  Justin Pixton
707 S 5th W
1101
Rexburg, ID 83440-5216


Amy  Brandon Abel
202 N 4000 E
G202RO
Rigby, ID 83442-5752

Amy  Trevor Williams
234 W 1st S
111
Rexburg, ID 83440-4715

Amy Cluff-Sweet
127 S 4th W
3
Rexburg, ID 83440-1988


Ana  Spencer Johnson
355 W 2nd S
501
Rexburg, ID 83440-2284

Andrea  William Blauer
860 S 5th W
25
Rexburg, ID 83440-5186

Andrea Badilla
884 Everette Place
Unit 1
Rexburg, ID 83440-5445


Andres Garcia
234 W 1st S
202
Rexburg, ID 83440-1898

Andres Garcia
355 W 2nd S
100
Rexburg, ID 83440-2181

Andrew  Danielle Stockle
127 S 4th W
2
Rexburg, ID 83440-1988


Andrew  Trudie Taylor
234 S 1st S
104
Rexburg, ID 83440

Andrew Hatch
960 Anne Street
1
Rexburg, ID 83440-5239

Andrew Pinkston
49 E Main Street
8
Saint Anthony, ID 83445-1552

Andrew Reid
952 Anne Street
1
Rexburg, ID 83440-5238

Andrew Simmons
888 Everette Place
Unit 4
Rexburg, ID 83440-5447

Andrew Sweet
127 S 4th W
3
Rexburg, ID 83440-1988

Andrews Souza
149 E 3rd S
3A
Rexburg, ID 83440-2246

Angela  Seth Walton
557 Countryside Avenue
Rexburg, ID 83440-5338

Angelina Olivas
900 Everett
1
Rexburg, ID 83440-3801

Annette  Conrad Belnap
471 W 1st N
#2 - downstairs
Rexburg, ID 83440-1405

Annie  Rylan Houser
264 N 3rd E #605
Rexburg, ID 83440-1677

Annie Cauble
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440-1677

April  Estuardo Sosa
355 W 2nd S
401
Rexburg, ID 83440-2284

Arcarius LLC
2125 Center Ave.
Fort Lee, NJ 07024-5811

Ariel Bouskila
40 Exchange Place Ste. 1306
New York, NY 10005-2743

Arielle  david Batchelor
884 Everette Place
Unit 2
Rexburg, ID 83440-5445

Ashlee  Curtis Boal
894 Everette Place
3
Rexburg, ID 83440-5450

Ashlee Michaelson
912 Anne Street
3
Rexburg, ID 83440-5233

Ashley  Brandon Sharon
264 N 3rd E
304
Rexburg, ID 83440-1673

Ashley  Mike Duckworth
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440-1677

Ashley  Ricks Munn
264 N 3rd E
204
Rexburg, ID 83440-1673

Ashlie Miller
886 Everette Place
Unit 1
Rexburg, ID 83440-5446

Ashlyn  Eric Peterson
944 Anne Street
2
Rexburg, ID 83440-5237

Ashlyn Kennedy
707 S 5th W
3303
Rexburg, ID 83440-5222

Aubrey  Taylor Burr
885 Capital Lane
N885IS
Rexburg, ID 83440-5312

Austin  Emili Rawlings
880 Everette Place
3
Rexburg, ID 83440-5432

Austin  Kailin Walker
707 S 5th W
1100
Rexburg, ID 83440-5216

Austin Barrus
234 W 1st S
7
Rexburg, ID 83440-1884

Austin Dedmon
431 S 2nd W
#1-A
Rexburg, ID 83440-2310

Austin James
234 W 1st S
111
Rexburg, ID 83440-4715

Austin Jensen
707 S 5th W
3203
Rexburg, ID 83440-5221

Autumn  Zachary Kraus
642 Sunflower
Rexburg, ID 83440-3287

Autumn Hansen
328 W 2nd S
4
Rexburg, ID 83440-2132

Bailey   Isaac Despain
707 S 5th W
2002
Rexburg, ID 83440-5218

Barratt Barson
602 trejo
B602AT
Rexburg, ID 83440-2579

Benjamin Kendrick
355 W 2nd S
302
Rexburg, ID 83440-2284

Blake   Carissa Russell
912 Anne Street
2
Rexburg, ID 83440-5233

Blanca Lopez
707 S 5th W
2903
Rexburg, ID 83440-5221

Braden   Chelsea Grawrock
884 Everette Place
Unit 4
Rexburg, ID 83440-5445

Brady Maughan
634 Lilac
Rexburg, ID 83440-1746

Brandon   Monica Smith
965 S Teton Avenue
Sugar City, ID 83448-5040

Brandyn   Caitlyn Koogler
880 Everette Place
4
Rexburg, ID 83440-5432

Brent Coffin
264 N 3rd E #102
P264ER
Rexburg, ID 83440-1673

c/o Gary L. Rainsdon
P. O. Box 566
Twin Falls, Idaho 83303-0566

Bayleigh Nielson
318 Pioneer Road
102-A
Rexburg, ID 83440-5255

Benjamin Smith
115 E 1st N
downstairs
Rexburg, ID 83440-1613

Blake   Kaitlyn Campbell
892 Everette Place
Unit 2
Rexburg, ID 83440-5449

Bonnie   Christopher Mobley
936 Anne Street
4
Rexburg, ID 83440-5236

Braden   Kylie Owens
264 N 3rd E
305
Rexburg, ID 83440-1673

Brandon   Jamie Curtis
471 W 1st N
#1 - upstairs
Rexburg, ID 83440-1405

Brandon Lewis
227 N 1900 E
Rexburg, ID 83440-2904

Braque Steed
882 Everette Place
3
Rexburg, ID 83440-5433

Brian   Shaune Elkins
580 Sunflower Road
P5800R
Rexburg, ID 83440-3288

Barbara   Lawrence Forte
348 N 1600 E
M348AT
Saint Anthony, ID 83445-5114

Beau   Kassidy Hammond
646 Sunflower Road
C6460L
Rexburg, ID 83440-3287

Beth Richardson
355 W 2nd S
302
Rexburg, ID 83440-2284

Blake Whittingslow
936 Anne Street
2
Rexburg, ID 83440-5236

Boyd   Madalyn Querubin
898 Everett Place
1
Rexburg, ID 83440-5463

Brady Abbott
707 S 5th W
1103
Rexburg, ID 83440-5216

Brandon   Kendra Nielson
637 Trejo Street
Rexburg, ID 83440-2579

Brandon Spragg
127 S 4th W
1
Rexburg, ID 83440-1988

Brenda Perez
952 Anne Street
4
Rexburg, ID 83440-5238

Brianna   Jonathan Kjar
565 Pioneer Road
173
Rexburg, ID 83440-4989

Brianna Burton
707 S 5th W
1103
Rexburg, ID 83440-5216

Brianna Schulkins
894 Everette Place
4
Rexburg, ID 83440-5450

Bridgette Corcoran
355 W 2nd S
403
Rexburg, ID 83440-2284

Brittney Tidwell
36 S 3rd E
Rexburg, ID 83440-2002

Broc Spaulding
149 E 3rd S
2A
Rexburg, ID 83440-2246

Brock Jacobs
355 W 2nd S
404
Rexburg, ID 83440-2284

Brody Eaton
900 Everett
2
Rexburg, ID 83440-3801

Brook Fullmer
2060 E 500 N
S2060TO
Saint Anthony, ID 83445-5304

Bruno   Leticia Araujo
446 W 6th S
#504
Rexburg, ID 83440-4946

Cade Davie
234 W 1st S
208
Rexburg, ID 83440-1898

Calliese   Cameron Chappell
318 Pioneer Road #20
2001
Rexburg, ID 83440-5254

Calliese Bronson
318 Pioneer Road #20
2001
Rexburg, ID 83440-5254

Cameron   Kaitlyn White
234 W 1st S
109
Rexburg, ID 83440-1888

Cameron   Katherine Sullivan
886 Everette Place
Unit 3
Rexburg, ID 83440-5446

Cameron   Lacey Kofford
629 Countryside
Rexburg, ID 83440-5275

Cameron Dayton
265 E 2nd N
B265AK
Rexburg, ID 83440-1625

Cameron G Chappell
318 Pioneer Road #20
2001
Rexburg, ID 83440-5254

Cameron St Amant
707 S 5th W
2903
Rexburg, ID 83440-5221

Camerson Bennion
622 Valinda Lane
J6220R
Rexburg, ID 83440-2358

Candy   Iram Villa
225 N 1900 E
Rexburg, ID 83440-2904

Carissa Traes Daniels-Brown
912 Anne Street
4
Rexburg, ID 83440-5233

Carly   Taylor Kozak
882 Everette Place
1
Rexburg, ID 83440-5433

Carol Grimmett
264 N 3rd E #505
H264UN - 505
Rexburg, ID 83440

Carol Wilson
155 N 2400 E
Saint Anthony, ID 83445-5726

Cassandra   Matthew Webb
636 Valinda Lane
Rexburg, ID 83440-2358

Cassandra Cain
900 Everett
4
Rexburg, ID 83440-3801

Cassidy   Spencer Chun
887 Everett Place
2
Rexburg, ID 83440-3845

Celeine   Tanner Reese
900 Everett
1
Rexburg, ID 83440-3801

Celeste Zsembery
234 W 1st S
108
Rexburg, ID 83440-1888

Charlotte Russell
882 Everette Place
4
Rexburg, ID 83440-5433

Chase Smith
149 E 3rd S
4A
Rexburg, ID 83440-2246

Chauncey Nevill..
234 W 1st S
105
Rexburg, ID 83440-1888

Chelsie  Lane McBride
521 Countryside
Rexburg, ID 83440-5338

Cheryl Whalley
234 W 1st S
4
Rexburg, ID 83440-1888

Chris   Jessica Winters
209 W 1st S
Sugar City, ID 83448-1217

Matthew Todd Christensen
Angstman Johnson, PLLC
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702-6197

Christi  Bryton Nield
638 Valinda Lane
Rexburg, ID 83440-2358

Christian Choi
431 S 2nd W
#5-B
Rexburg, ID 83440-2310

Christopher  Meagan Drake
3.55 W 2nd S
404
Rexburg, ID 83440

Christopher Deeana Alexander
318 Bluebell
H318UN
Rexburg, ID 83440-1720

Christy Bartholomei
329 N Bridge Street
B329AT
Saint Anthony, ID 83445-1446

Ciara   Jordan Kelley
646 Sunflower Road
Rexburg, ID 83440-3287

Ciarra  Taft Mitchell
884 Everette Place
4
Rexburg, ID 83440-5445

Cidnie Schwendiman
355 W 2nd S
203
Rexburg, ID 83440-2181

Cira Gamboa-Long
234 W 1st S
108
Rexburg, ID 83440-1888

Clairee Jordan
36 N Bridge Street
2
Saint Anthony, ID 83445-2129

Cleste  Ralene Butcher
318 Pioneer Road
102-B1
Rexburg, ID 83440-5254

Clint  Kristen Milne
912 Anne Street
2
Rexburg, ID 83440-5233

Roger Clubb
Simmons, Clubb & Hodges CPA's PLLC
410 S Orchard St Ste 156
Boise, ID 83705-1210

Cody   Emily Thiery
888 Everette Place
Unit 2
Rexburg, ID 83440-5447

Cody   Nicole Lee
355 W 2nd S
204
Rexburg, ID 83440-2284

Cody Harris
886 Everette Place
Unit 1
Rexburg, ID 83440-5446

Cody Richardson
234 W 1st S
206
Rexburg, ID 83440-1898

Cole Gunnoe
2401 S 4000 W
S2401PA
Rexburg, ID 83440-3946

Cole Hoffman
234 W 1st S
207
Rexburg, ID 83440-1898

Colter  Sage Reeves
707 S 5th W
3203
Rexburg, ID 83440-5221

Colter Miller
234 W 1st S
106
Rexburg, ID 83440-1888

Colton   Jayna Edwards
894 Everette Place
2
Rexburg, ID 83440-5450

Connor Webb
920 Anne Street
2
Rexburg, ID 83440-5234

Conor  Melissa Mallory
264 N 3rd E
305
Rexburg, ID 83440-1673

Corey Moore
3750 Ridgeland Drive
Idaho Falls, ID 83401-6384

Corinne    Kyle Frye
234 W 1st S
5
Rexburg, ID 83440-1888

Corinne Azimi-Tabrizi
888 Everette Place
Unit 2
Rexburg, ID 83440-5447

Cory Fung
149 E 3rd S
3B
Rexburg, ID 83440-2246

Cory Fung
565 Pioneer Road
H565AY - 104
Rexburg, ID 83440

Cosette DeFerrari
234 W 1st S
201
Rexburg, ID 83440-1898

Courney Blanchard
310 N 6th W
3
Saint Anthony, ID 83445-1353

Creighton    Kaylee Davison
707 S 5th W
2003
Rexburg, ID 83440-5218

Curtis    Jessica Higbee
471 W 1st N
#2 - downstairs
Rexburg, ID 83440-1405

Curtis Lindblom
707 S 5th W
2002
Rexburg, ID 83440-5218

Cyler Horsley
626 Valinda Lane
J626AE
Rexburg, ID 83440-2358

Dakota Blaser
4528 W 1000 N
T4538UC
Rexburg, ID 83440

Dakota Froehlich
49 E Main Street
#8
Saint Anthony, ID 83445-1552

Dakota Noorda
892 Everette Place
Unit 4
Rexburg, ID 83440-5449

Dakota Parsons
149 E 3rd S
4B
Rexburg, ID 83440-2246

Dallin    Heather Wrathall
127 S 4th W
1
Rexburg, ID 83440-1988

Daniel    Hollin Parkinson
869 Capital Lane
Rexburg, ID 83440-5312

Daniel    Jerry Virgin
355 W 2nd S
402
Rexburg, ID 83440-2284

Daniella    Jedediah Rogers
900 Everett
1
Rexburg, ID 83440-3801

Danielle Kastner
49 E Main Street
6
Saint Anthony, ID 83445-1552

Darby    Joshua Beaulieu
318 Pioneer Road #20
2000
Rexburg, ID 83440-5254

David    Kali Solomon
878 Everette Place
2
Rexburg, ID 83440-5431

David Cofer
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440-1677

David Flint
573 Countryside
C573AM
Rexburg, ID 83440-5338

Derek    Samantha Elsmore
707 S 5th W
1102
Rexburg, ID 83440-5216

Derek    Vanessa Martin
234 W 1st S
101
Rexburg, ID 83440-1888

Derek Clement
234 W 1st S
W234IL-New-114
Rexburg, ID 83440-1897

Devin Dalling
234 W 1st S
201
Rexburg, ID 83440-1898

Dimas    Deva Patina
896 Everette Place
4
Rexburg, ID 83440-5451

Doheny LLC
5382 N. Morninggale Way
Boise, ID 83713-1447

Don  Lauren Kussee
398 Pioneer Road
3102
Rexburg, ID 83440-1996

Donald Coltrane
219 E 2nd S
2 - downstairs
Rexburg, ID 83440

Dustin   Shantel Stowe
892 Everette Place
Unit 3
Rexburg, ID 83440-5449

Dylan Webster
234 W 1st S
213
Rexburg, ID 83440-4716

EJC LLC
5382 N. Morninggale Way
Boise, ID 83713-1447

EUDA LLC
5382 N. Morninggale Way
Boise, ID 83713-1447

Edward Phillips
355 W 2nd S
100
Rexburg, ID 83440-2181

Elain   Alberto Arellano
885 Capital Lane
N885IS
Rexburg, ID 83440-5312

Elder Mardis
234 W 1st S
112
Rexburg, ID 83440-4715

Elder Mardis
878 Everette Place
4
Rexburg, ID 83440-5431

Elizabeth   James Powell
318 Bluebell
Rexburg, ID 83440-1720

Elizabeth Willson
49 E Main Street
2
Saint Anthony, ID 83445-1552

Emilee Allen
234 W 1st S
205
Rexburg, ID 83440-1898

Emilee Lloyd
892 Everette Place
Unit 4
Rexburg, ID 83440-5449

Emily   Ruleiote Togagae
520 Sunflower
Rexburg, ID 83440-3288

Emily Hanson
318 Pioneer Roadd
100-B1
Rexburg, ID 83440-5254

Emily Larson
234 W 1st S
212
Rexburg, ID 83440-4716

Emily Mainord
900 Everette
2
Rexburg, ID 83440-3801

Emily Pitt
626 Valinda Lane
Rexburg, ID 83440-2358

Emily Sanders
707 S 5th W
3203
Rexburg, ID 83440-5221

Emma   Robert Schmidt
255 E Main Street
16
Rexburg, ID 83440-2054

Emylly Stackman
264 N 3rd E
102
Rexburg, ID 83440-1673

Eric   Rachel Sande
638 Valinda Lane
Rexburg, ID 83440-2358

Erica   Thomas Mouser
198 N Hill Road
Rexburg, ID 83440-5001

Erica   Thomas Mouser
277 Marianne Drive
Rexburg, ID 83440-1432

Erik Evensen
888 Everette Place
Unit 2
Rexburg, ID 83440-5447

Erin   Nathan Fleming
928 Anne Street
1
Rexburg, ID 83440-5235

Ernesto Monzano
342 W 1st S
802
Rexburg, ID 83440-5205

Ethan   tiffany Pyle
638 Valinda Lane
Rexburg, ID 83440-2358

Ethan Russon
234 W 1st S
212
Rexburg, ID 83440-4716

Ethan Young
707 S 5th W
3303
Rexburg, ID 83440-5222

Evan   Jillian Bigelow
952 Anne Street
1
Rexburg, ID 83440-5238

Ezra Lewis
125 S 4th W
4
Rexburg, ID 83440-1978

Feryn Jones
49 E Main Street
#2
Saint Anthony, ID 83445-1552

David M Fogg
ELC Legal Services, LLC
3142 W. Belltower Dr.
Meridian, ID 83646-4882

Fora Financial
519 8th Avenue, 11th Floor
New York, NY 10018-4581

Gannon Hess
264 N 3rd E
703
Rexburg, ID 83440-1677

Gary L. Rainsdon
P. O. Box 566
Twin Falls, Idaho 83303-0566

Gerdon Rogers
707 S 5th W
1103
Rexburg, ID 83440-5216

Glenn Byler
247 Georgetown
D247AV
Rexburg, ID 83440-5274

Gonzalo Sanhueza
928 Anne Street
3
Rexburg, ID 83440-5235

Graffiti Hair Salon
402 W 4th S
300
Rexburg, ID 83440-2640

Daniel C Green
POB 1391
Pocatello, ID 83204-1391

Gunnar Norton
36 S 3rd e
Rexburg, ID 83440-2002

Hadley   Joshua Pinder
912 Anne Street
1

Rexburg, ID 83440-5233

Hadley Palmer
4205 S 3300 W
Rexburg, ID 83440-4238

Haley   Spencer Wells
892 Everette Place
Unit 1
Rexburg, ID 83440-5449

Hanna Ficklin
340 N 12th W
37
Rexburg, ID 83440-5423

Hannah   John Collins
234 W 1st S
W234IL-New-212
Rexburg, ID 83440-1897

Hannah   Josh Wray
234 W 1st S
113
Rexburg, ID 83440-4715

Hannah   Justin Nelson
707 S 5th W
3300
Rexburg, ID 83440-5222

Hannah   Robert Pymm
564 Sunflower
Rexburg, ID 83440-3288

Hannah Thornton
264 N 3rd E
103
Rexburg, ID 83440-1673

Hans Hurst
310 N 6th W
3
Saint Anthony, ID 83445-1353

Harrison Bateman
234 W 1st S
4
Rexburg, ID 83440-1888

Havan Christensen
318 Pioneer Road
100-B2
Rexburg, ID 83440-5254

Hayden Searle
707 S 5th W
2001
Rexburg, ID 83440-5218

Haylie Kluksdal
49 E Main Street
10
Saint Anthony, ID 83445-1552

Heather   Trae Handy
867 Capital Avenue
C86700
Rexburg, ID 83440-5312

Heather Heupel
936 Anne Street
2
Rexburg, ID 83440-5236

Heidi  Reed Riphenburg
635 S 5th W
Rexburg, ID 83440-9688

Heron Family Trust
Tammara Heron
3464 W Fieno Dr
Eagle ID 83616-4160

Hilary Smith
628 Valinda Lane
Rexburg, ID 83440-2358

Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

Hyrum  Jessica Smith
952 Anne Street
3
Rexburg, ID 83440-5238

Hyrum  Shelby Simms
318 Pioneer Road
2002
Rexburg, ID 83440-5281

Hyrum Sharp
340 N 12th W
20
Rexburg, ID 83440-5339

Hyrum Sharp
4205 S 3300 W
Rexburg, ID 83440-4238

Ian West
888 Anne Street
4
Rexburg, ID 83440-5204

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

Internal Revenue Service
550 W. Fort St., MSC041
Boise, ID 83724-0041

Jaclyn  Matt Bauer
253 Georgetown
P253EN
Rexburg, ID 83440-5274

Jacob  LEah Maughan
888 Anne Street
3
Rexburg, ID 83440-5204

Jacob Hooton
564 SUnflower
R5640B
Rexburg, ID 83440

Jacobo Salan
234 W 1st S
111
Rexburg, ID 83440-4715

Jade  Ryland Rammell
860 S 5th W
4
Rexburg, ID 83440-5185

Jaden Long
234 W 1st S
108
Rexburg, ID 83440-1888

Jaesi Bochenek
882 Everette Place
3
Rexburg, ID 83440-5433

Jagger Leon
431 S 2nd W
#1-B
Rexburg, ID 83440-2310

Jaira Perez
234 W 1st S
202
Rexburg, ID 83440-1898

James  Kalee Whittle
565 Pioneer Road
173
Rexburg, ID 83440-4989

James Harris
880 Everette Place
4
Rexburg, ID 83440-5432

James Hough
888 Anne Street
2
Rexburg, ID 83440-5204

Janay  Thomas Spjute
234 W 1st S
211
Rexburg, ID 83440-4716

Jansen  Megan Benjamin
896 Everette Place
3
Rexburg, ID 83440-5451

Jared  Natalie Pickford
342 W 1st S
601
Rexburg, ID 83440-5159

Jared & Natalie Pickford
3002 N Waverly Rd
Idaho Falls, ID 83401-1142

Jared Harriman
49 E Main Street
#9
Saint Anthony, ID 83445-1552

Jared Pett
707 S 5th W
603
Rexburg, ID 83440-5213

Jarrett  Donna Widdison
4205 S 3300 W
Rexburg, ID 83440-4238

Jase  Madison Hughes
264 N 3rd E
503
Rexburg, ID 83440-1674

Jasmine  Timothy Osborn
920 Anne Street
3
Rexburg, ID 83440-5234

Jason  Michelle Melchor
4086 E 73 N
Rigby, ID 83442-5716

Jeffrey Smith
264 N 3rd E
604
Rexburg, ID 83440-1677

Jeffrey Von Hill
2580 Everon
Idaho Falls, ID 83401-5404

Jeffry Wright
900 Everett
4
Rexburg, ID 83440-3801

Jenette  Craig Whetten
954 Trejo
Rexburg, ID 83440

Jenna  William Stratton
960 Anne Street
4
Rexburg, ID 83440-5239

Jenna Mingledorff
707 S 5th W
2000
Rexburg, ID 83440-5218

Jennie  Joshua Allen
418 S 3000 W
BRU418
Rexburg, ID 83440-3704

Jescenda Bichler
206 N 4000 E
G206RO
Rigby, ID 83442-5752

Jessica  Hyrum Smith
264 N 3rd E
305
Rexburg, ID 83440-1673

Jessica  Kevin Neff
520 W 7th S
113
Rexburg, ID 83440-2476

Jessica  Preston Nygren
595 Countryside
Rexburg, ID 83440-5338

Jessica Whiting
264 N 3rd E
204
Rexburg, ID 83440-1673

Jesus (Jesse) Gallegos
294 Oaktrail
H294IL
Rexburg, ID 83440-2622

JoAnn  Nathan Flake
707 S 5th W #32`
3200
Rexburg, ID 83440-5215

Joe  Chantelle Wilde
272 W Ririe Hwy
Ririe, ID 83443-5031

John Kofoed
234 W 1st S
109
Rexburg, ID 83440-1888

John Michelson/Andrew Miller
355 W 2nd S
100
Rexburg, ID 83440-2181

John Voyles
900 Everett
1
Rexburg, ID 83440-3801

Jonathan Hald
898 Everett Place
3
Rexburg, ID 83440-5463

Jone  Heber Hepworth
484 Sunflower
F484ER
Rexburg, ID 83440-4921

Jordan  Makenzie Stowell
928 Anne Street
3
Rexburg, ID 83440-5235

Jordan Daniels
894 Everette Place
2
Rexburg, ID 83440-5450

Jordan Ewing
707 S 5th W
2001
Rexburg, ID 83440-5218

Jory  Lacey Zollinger
1605 E 300 N
1
Saint Anthony, ID 83445-5200

Joseph Acker
892 Everette Place
Unit 4
Rexburg, ID 83440-5449

Joseph Eborall
173 N 3rd E
lower
Rexburg, ID 83440-1627

Joseph Jones
206 N 4000 E
Rigby, ID 83442-5752

Joseph Ortega
707 S 5th W
3303
Rexburg, ID 83440-5222

Joshua  McKinzie Tapp
894 Everette Place
4
Rexburg, ID 83440-5450

Joshua Schofield
2529 Eagle Drive
Ammon, ID 83406-4919

Juan Brambila
707 S 5th W
2903
Rexburg, ID 83440-5221

Juan Ramirez
294 Oaktrail
Rexburg, ID 83440-2622

Julia Wagstaff
355 W 2nd S
302
Rexburg, ID 83440-2284

Juliana   Keith Drake
355 W 2nd S
304
Rexburg, ID 83440-2284

Juliann   Matthew Self
904 S 2400 W
Rexburg, ID 83440-4752

KEvin Jones
887 Evereeeett Place 83440-3844

Kade   ShaeLynn Allred
707 S 5th W
2000
Rexburg, ID 83440-5218

Kaden   Kaylie Atwood
896 Everette Place
3
Rexburg, ID 83440-5451

Kamassa Grover
318 Pioneer Road
101-A
Rexburg, ID 83440-5255

Karissa   Joshua Wold
5382 S 1650 W
Rexburg, ID 83440-4412

Karrington Woods
355 W 2nd S
301
Rexburg, ID 83440-2284

Kasey Merrill
355 W 2nd S
302
Rexburg, ID 83440-2284

Kathlyn Brokens
340 N 12th W
37
Rexburg, ID 83440-5423

Kathryn Camille Stronks
565 Pioneer Road
66
Rexburg, ID 83440-4905

Katie   Robert Drasso
707 S 5th W #33
3302
Rexburg, ID 83440-5215

Katie Shelton
573 Countryside
Rexburg, ID 83440-5338

Kaydree Butterfield
318 Pioneer Road
103-A
Rexburg, ID 83440-5255

Kayla   Travis Neri
306 N 1st E
Saint Anthony, ID 83445-1505

Kaylee   Tyler Carter
269 Ricks Avenue
H269EN
Rexburg, ID 83440-1631

Kaylee Holmstead
960 Anne Street
1
Rexburg, ID 83440-5239

Keeley   Spencer Imlah
587 Legacy Lane
Rexburg, ID 83440-5156

Keisha Kauer
318 Pioneer Road
2001
Rexburg, ID 83440-5281

Keith   Bonnie Allen
148 W 3rd North Street
D148EA
Saint Anthony, ID 83445

Kelli Hurley
894 Everette Place
2
Rexburg, ID 83440-5450

Kelsi   Louis Vasquez
603 Trejo
Rexburg, ID 83440-2579

Kelsie   Bryce Morrison
340 N 12th W
14
Rexburg, ID 83440-5339

Kendall Zeitner
886 Everette Place
Unit 2
Rexburg, ID 83440-5446

Kenneth   Stephanie Baxter
265 E 2nd N
B265AK
Rexburg, ID 83440-1625

Kenny   Katelyn Fogle
952 Anne Street
1
Rexburg, ID 83440-5238

Kevin   Elena Stolk
622 Valinda Lane
Rexburg, ID 83440-2358

Kevin Billeter
707 S 5th W
601
Rexburg, ID 83440-5213

Kevin Larsen
707 S 5th W
3202
Rexburg, ID 83440-5221

Kevin Martin
264 N 3rd E
103
Rexburg, ID 83440-1673

Kiley Baker
952 Anne Street
3
Rexburg, ID 83440-5238

Kimberlee Peterson
234 W 1st S
114
Rexburg, ID 83440-4715

Kimberly   Derek Anderson
520 Sunflower
P5200R
Rexburg, ID 83440-3288

Kimberly Jaques
4908 W. Pillar Drive
Herriman, UT 84096-1289

Kinadie Heyrend
49 E Main Street
#8
Saint Anthony, ID 83445-1552

Kira   Scott Howard
707 S 5th W
2903
Rexburg, ID 83440-5221

Kristi   Greg Grigg
340 N 12th W
14
Rexburg, ID 83440-5339

Kristina Buno
173 N 3rd E
lower
Rexburg, ID 83440-1627

Kyle   Stephen Malone
431 S 2nd W
3 - private
Rexburg, ID 83440

Kyle Batson
880 Everette Place
1
Rexburg, ID 83440-5432

Kyle Kindred
888 Everette Placve
Unit 1
Rexburg, ID 83440-5447

Kylie Dinehart
898 Everett Place
4
Rexburg, ID 83440-5463

Lana   Randy Nelson
5167 S Highway 191
Rexburg, ID 83440-4256

Lauren Howard
234 W 1st S
111
Rexburg, ID 83440-4715

Leslie Peterson
306 Oaktrail Drive
Rexburg, ID 83440-2575

Lexie Loveland
234 W 1st S
106
Rexburg, ID 83440-1888

Lincoln   Sydney Cook
707 S 5th W
2800
Rexburg, ID 83440-5220

Linzy   Tanner Palmer
886 Everette Place
Unit 4
Rexburg, ID 83440-5446

Lisa Dayley
264 N 3rd E #604
B264RO-604
Rexburg, ID 83440-1677

Lucas Griffin
125 S 4th W
4
Rexburg, ID 83440-1978

Luis Gonzalez
960 Anne Street
2
Rexburg, ID 83440-5239

Luisa Silva
125 S 4th W
3
Rexburg, ID 83440-1978

Lydia Larson
564 Sunflower
Rexburg, ID 83440-3288

Lyle Henderson
888 Anne Street
4
Rexburg, ID 83440-5204

Maggie Lyons
Resolve Financial Group
PO Box 598
Hayden, ID 83835-0598

MaKylie Ream
318 Pioneer Road
100-A
Rexburg, ID 83440-5255

Maddison O'very
960 Anne Street
2
Rexburg, ID 83440-5239

Madison   Michael Bennett
707 S 5th W
600
Rexburg, ID 83440-5213

Madison Gifford
707 S 5th W
1103
Rexburg, ID 83440-5216

Madison Zobrist
234 W 1st S
113
Rexburg, ID 83440-4715

Maeser   Sarah Frederickson
882 Everette Place
2
Rexburg, ID 83440-5433

Mandy Gonzalez
342 W 1st S
802
Rexburg, ID 83440-5205

Paul Roland Mangiantini
Mangiantini Law Office
1139 S Island Glenn Way
Eagle, ID 83616-7103

Jed W. Manwaring
Evans Keane LLP
 1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

Marci Price
264 N 3rd e
703
Rexburg, ID 83440-1677

Mark   Tiffany Anderson
521 Countryside Avenue
O521RM
Rexburg, ID 83440-5338

Mary Watkins
398 Pioneer Road
3202
Rexburg, ID 83440-1996

Matthew   Lori Watkins
936 Anne Street
4
Rexburg, ID 83440-5236

Matthew Hawes
707 S 5th W
2302
Rexburg, ID 83440-5219

Matthew Martineau
920 Anne Street
4
Rexburg, ID 83440-5234

Matthew Perez
246 W 9th S
Saint Anthony, ID 83445-1912

Matthew Spencer
900 Everett
2
Rexburg, ID 83440-3801

Mattia DiNiro
234 W 1st S
108
Rexburg, ID 83440-1888

Mayelin Giron-Gonzalez
355 W 2nd S
404
Rexburg, ID 83440-2284

Mayren Madrigal
364 Mariah Avenue
Rexburg, ID 83440-2569

McCauley Morris
49 E Main Street
6
Saint Anthony, ID 83445-1552

McKenna Boylan
880 Everette Place
2
Rexburg, ID 83440-5432

McKenna Chatterton
888 Everette Place
Unit 1
Rexburg, ID 83440-5447

Means
234 W 1st S
7
Rexburg, ID 83440-1884

Mechele Eckman
264 N 3rd E #301
301
Rexburg, ID 83440-1673

Megan   Noble Hamblin
127 S 4th W
4
Rexburg, ID 83440-1988

Megan Nelson
234 W 1st S
105
Rexburg, ID 83440-1888

Melinda Stroud-Barson
602 Trejo
Rexburg, ID 83440-2579

Melissa   Chester Porter
670 Nina Drive
Rexburg, ID 83440-1709

Melissa Trowbridge
625 S 5th W
Rexburg, ID 83440-9688

Micahlyn Jolley
707 S 5th W
603
Rexburg, ID 83440-5213

Michael  Cherie Roedel
4325 E 300 N
Rigby, ID 83442-5892


Michael   Kelsey Minarik
890 Everette Place
Unit 1
Rexburg, ID 83440-5448

Michael   Shaylee Airth
234 W 1st S
W234IL-New-214
Rexburg, ID 83440-1897

Michael Simmons
234 W 1st S
204
Rexburg, ID 83440-1898


Michela Melone
234 W 1st S
108
Rexburg, ID 83440-1888

Michelle Lamartine
928 Anne Street
3
Rexburg, ID 83440-5235

Michon Mele-Clark
2365 W 3000 N
Rexburg, ID 83440-3224


Mignonne   Spencer Slaugh
355 W 2nd S
202
Rexburg, ID 83440-2181

Mikayla Wadley
49 E Main Street
9
Saint Anthony, ID 83445-1552

Mikhail Jimenez
431 S 2nd W
#4-A
Rexburg, ID 83440-2310


Millington Zwygart CPA
1803 Ellis Avenue
Caldwell, ID 83605-4810

Mitchell   Shelby Nielson
888 Everette Place
Unit 3
Rexburg, ID 83440-5447

Mitchell Thomas
234 W 1st S
6
Rexburg, ID 83440-1888


Morgan Anderson
49 E Main Street
#8
Saint Anthony, ID 83445-1552

Morgan Graves
355 W 2nd S
100
Rexburg, ID 83440-2181

Morgan Keith Andrews
355 W 2nd S
100
Rexburg, ID 83440-2181


Mosiah Vastro
888 Everette Place
Unit 2
Rexburg, ID 83440-5447

Murri Lund
234 W 1st S
209
Rexburg, ID 83440-1898

NICHOLAS JEFFERY STUART
1834 MICHAEL STREET
IDAHO FALLS, ID 83402-1736


Natalie Bloomfield
264 N 3rd E
703
Rexburg, ID 83440-1677

Natalie Nakkhongkham
234 W 1st S
6
Rexburg, ID 83440-1888

Nathan   Angel Fleming
167 S 3rd E
167
Rexburg, ID 83440-2003


Nathan   Stephanie Preston
446 W 6th S
505
Rexburg, ID 83440-4946

Nathan St Jeor
318 Pioneer Road
2001
Rexburg, ID 83440-5281

Nathan Woolf
896 Everette Place
1
Rexburg, ID 83440-5451


Nelson Villegas
364 Mariah Avenue
Rexburg, ID 83440-2569

New Era Lending, LLC
1201 North Orange Street
Suite 762
Wilmington, DE 19801-1175

Nicholas   Rachel Stuart
2441 W 960 S
Rexburg, ID 83440-4733

Nicholas Board
894 Everette Place
4
Rexburg, ID 83440-5450

Nicholas Martin
431 S 2nd W
5-A
Rexburg, ID 83440-2310

Nick Stevens
890 Everette Place
Unit 4
Rexburg, ID 83440-5448

Nicolas Byrd
149 E 3rd S
2B
Rexburg, ID 83440-2246

Oaklands LLC
5382 N Morninggale Way
Boise, ID 83713-1447

Oaklie Wayman
880 Everette Place
4
Rexburg, ID 83440-5432

Ossie Ralphs
264 N 3rd E
102
Rexburg, ID 83440-1673

Pale Tuifalasai
49 E Main Street
10
Saint Anthony, ID 83445-1552

Paradigm Property Management
429 SW 5th Ave. Ste. 110
Meridian, ID 83642-5037

Paradigm Property Solutions
429 SW 5th Ave. Ste. 110
Meridian, ID 83642-5037

Paradigm Property Solutions
PO Box 385
Meridian, ID 83680-0385

Patricia Thomas
888 Anne Street
2
Rexburg, ID 83440-5204

Paul   Kim Jensen
123 Hidden Valley
123
Rexburg, ID 83440-3573

Paul   Lilibeth Sandoval
670 Nina Drive
Rexburg, ID 83440-1709

Pauline Tuifalasai
565 Pioneer Road
121
Rexburg, ID 83440-4883

Peter   Kelsie Oaks
707 S 5th W
2200
Rexburg, ID 83440-5219

Nate Peterson
Nate Peterson Law PLLC
355 W. Myrtle, Suite 101
Boise, ID 83702-7607

Preston Anderson
264 N 3rd E
703
Rexburg, ID 83440-1677

Preston Burkhart
707 S 5th W
2000
Rexburg, ID 83440-5218

Rachaell Lopez
49 E Main Street
10
Saint Anthony, ID 83445-1552

Rachel   Shawn Phillips
234 W 1st S
3
Rexburg, ID 83440-1888

Rachel   Tyler West
8123 E HWY 33
Newdale, ID 83436-1203

Rachel Reynolds
5115 S 4800 W
Rexburg, ID 83440-4259

Rachel Talley
127 S 4th W
1
Rexburg, ID 83440-1988

Gary L. Rainsdon
POB 506
Twin Falls, ID 83303-0506

Randy Hathaway
960 Anne Street
3
Rexburg, ID 83440-5239

Rebecca   Aaron Wilkey
520 W 7th S
114
Rexburg, ID 83440-2476

Rebecca Field
2401 S 4000 W
S2491PA
Rexburg, ID 83440-3946

Rebekah Archer
318 Pioneer Road
101-B1
Rexburg, ID 83440-5254

Reece Barker
49 E Main Street
#9
Saint Anthony, ID 83445-1552

Rentmaster of Rexburg, LLC
429 SW 5th Ave. Ste. 110
Meridian, ID 83642-5037

Richard  Whitney Woods
125 S 4th W
2
Rexburg, ID 83440-1978

Robert  Whitney Christensen
251 Colonial way
N251IS
Rexburg, ID 83440-5311


Robert Brown
155 N 2400 E
K155LE
Saint Anthony, ID 83445-5726

Ronald Jaques
1505 NW 1st St.
Meridian, ID 83642-2209

Rosanna Decker
898 Everett Place
3
Rexburg, ID 83440-5463


Russ Clark
2365 W 3000 N
R23650B
Rexburg, ID 83440

Ryan Brown
878 Everette Place
3
Rexburg, ID 83440-5431

Ryan Jones
890 Andrews Place
4
Rexburg, ID 83440-5182


Rye Mortensen
4205 S 3300 W
Rexburg, ID 83440-4238

SAlyssa Staker
890 Everette Place
Unit 4
Rexburg, ID 83440-5448

Sakaraia Waimila
234 W 1st S
7
Rexburg, ID 83440-1884


Samantha Andra
355 W 2nd S
203
Rexburg, ID 83440-2181

Samuel Malloy
880 Everette
2
Rexburg, ID 83440-5432

Samuel Vargas
264 N 3rd E
304
Rexburg, ID 83440-1673


Sara Hall
707 S 5th W
601
Rexburg, ID 83440-5213

Sarah  Takeshi Yanagita
585 Legacy Lane
Rexburg, ID 83440-5156

Sarah Gordon
234 W 1st S
109
Rexburg, ID 83440-1888


Sarah Homer
219 E 2nd S
1 - upstairs
Rexburg, ID 83440

Sarah Mackillop
264 N 3rd E
203
Rexburg, ID 83440-1673

Savannah  Isaiah Stanfield
707 S 5th W
3201
Rexburg, ID 83440-5221


Scott  Carisa Williams
1950 W 5500 S
Rexburg, ID 83440-4355

Shannon Zobrist
234 W 1st S
113
Rexburg, ID 83440-4715

Shari Bradford
9750 W Amity
B9750Y
Boise, ID 83709-5315


Shayla Davis
707 S 5th W
2002
Rexburg, ID 83440-5218

Shaylee  Tyler Mondragon
565 Countryside
Rexburg, ID 83440-5338

Shayli Wood-Larsen
707 S 5th W
3202
Rexburg, ID 83440-5221


Shelby  Tyler Harrigfeld
565 Pioneer Road #121
F565IE-121
Rexburg, ID 83440-4883

Shelby Pawlak
878 Everette Place
3
Rexburg, ID 83440-5431

Shelley Gee
707 S 5th W
602
Rexburg, ID 83440-5213

Sherina Jones
355 W 2nd S
502
Rexburg, ID 83440-2284

Sierra  Brett Robinson
562 Sunflower Road
Rexburg, ID 83440-3288

Sierra Paulson
960 Anne Street
3
Rexburg, ID 83440-5239

Sofia Hepworth
894 Everette Place
1
Rexburg, ID 83440-5450

Sofia Hoffman
888 Anne Street
4
Rexburg, ID 83440-5204

Spencer Kay
264 N 3rd E
203
Rexburg, ID 83440-1673

Spencer Mcfarland
125 S 4th W
3
Rexburg, ID 83440-1978

Spencer Moser
707 S 5th W
3301
Rexburg, ID 83440-5222

Spencer Widerburg
234 W 1st S
107
Rexburg, ID 83440-1888

Stacey Taumoefolau
234 S 1st S
7
Rexburg, ID 83440

Stephanie   Luke Olson
42 W 1st N
Rexburg, ID 83440-1507

Stephanie   Tyler Williams
234 W 1st S
203
Rexburg, ID 83440-1898

Stephanie Powers
49 E Main Street
7
Saint Anthony, ID 83445-1552

Steve Lewis
523 Countryside
Rexburg, ID 83440-5338

Steven Dean
707 S 5th W
2002
Rexburg, ID 83440-5218

Steven Delgado
234 W 1st S
7
Rexburg, ID 83440-1884

Steven Grow
264 N 3rd E #204
E264PP
Rexburg, ID 83440-1673

Steven Poulter
652 Trejo Street
Rexburg, ID 83440-2579

Sydney Stamper
952 Anne Street
1
Rexburg, ID 83440-5238

Sydnie Fitzpatrick
900 Everett
2
Rexburg, ID 83440-3801

T Street LLC
5382 N. Morninggale Way
Boise, ID 83713-1447

Talon Adair
431 S 2nd W
#4-B
Rexburg, ID 83440-2310

Tana Bolinger
264 N 3rd E #605
S264IN-605
Rexburg, ID 83440-1677

Tanner Call
234 W 1st S
109
Rexburg, ID 83440-1888

Tanner Sprenkle
49 E Main Street
6
Saint Anthony, ID 83445-1552

Tanya Batdorff
219 E 2nd S
1 - upstairs
Rexburg, ID 83440

Tara Hill
264 N 3rd E #102
P264ER
Rexburg, ID 83440-1673

Tayler Nichols
4538 W 1000 N
Rexburg, ID 83440-3033

Tayler West
888 Anne Street
4
Rexburg, ID 83440-5204

Taylor Larsen
892 Everette Place
Unit 2
Rexburg, ID 83440-5449

Taylor Wanlass
707 S 5th W
3301
Rexburg, ID 83440-5222

Teagan Carroll
898 Everett Place
2
Rexburg, ID 83440-5463

Teresa Wiscovitch
880 Everette Place
1
Rexburg, ID 83440-5432

Tesa   Ulaiasi Manu
355 W 2nd S
101
Rexburg, ID 83440-2181

Tessa Graves
892 Everette Place
Unit 4
Rexburg, ID 83440-5449

Tessara Rollins
707 S 5th W
2002
Rexburg, ID 83440-5218

Thomas Widdison
173 N 3rd E
upper
Rexburg, ID 83440-1627

Thuong Phan
234 W 1st S
7
Rexburg, ID 83440-1884

Tien Phan
431 S 2nd W
2 - private
Rexburg, ID 83440

Timothy   Shannon Muhlestein
520 W 7th S
114
Rexburg, ID 83440-2476

Timothy Allen
900 Everett
1
Rexburg, ID 83440-3801

Timothy Wray
882 Everette Place
4
Rexburg, ID 83440-5433

Tomas   Ashley Jurkuvenas
520 W 7th S
114
Rexburg, ID 83440-2476

Tracy Soriano
707 S 5th W
2903
Rexburg, ID 83440-5221

Travis Shurtliff
355 W 2nd S
303
Rexburg, ID 83440-2284

Trestles LLC
5382 N. Morninggale Way
Boise, ID 83713-1447

Trevor Bigham
340 N 12th W
37
Rexburg, ID 83440-5423

Trevor Knudson
149 E 3rd S
5
Rexburg, ID 83440-2246

Trevor Thompson
884 Everette  Place
Unit 1
Rexburg, ID 83440-5445

Treya Smithson
707 S 5th W
2903
Rexburg, ID 83440-5221

Ty Driggs
898 Everett Place
4
Rexburg, ID 83440-5463

Tyler Bergstrom
878 Everette Place
1
Rexburg, ID 83440-5431

Tyler Covey
49 E Main Street
#2
Saint Anthony, ID 83445-1552

Tyler Fuqya
501 Countryside
B5010Y
Rexburg, ID 83440-5338

Tyler Jensen
234 W 1st S
113
Rexburg, ID 83440-4715

Tyler Kelly
898 Everett Place
2
Rexburg, ID 83440-5463

Tyler Pehl
707 S 5th W
2903
Rexburg, ID 83440-5221

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Uhlenhoff, et.al.
3327 N Eagle Rd.
Ste 110 - 112
Eagle, ID 83616

Unique Property Management
7028 Kearny Dr.
Huntington Beach, CA 92648-6254

Valerie Edrington
894 Everette Place
1
Rexburg, ID 83440-5450

Vickie Morales
173 N 3rd E
upper
Rexburg, ID 83440-1627

Walter Juarez
149 E 3rd S
1
Rexburg, ID 83440-2246

Walter Pittaway
264 N 3rd E
303
Rexburg, ID 83440-1673

Wayne Vitali
398 Pioneer Road
3
Rexburg, ID 83440-1944

Whitney Anderson
227 N 1900 E
G227RI
Rexburg, ID 83440-2904

William Montesdeoca
149 E 3rd S
5
Rexburg, ID 83440-2246

Brent R Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street
Suite 1000
Boise, ID 83702-5884

Zach   Kiley Curtis
269 Ricks Avenue
H269EN
Rexburg, ID 83440-1631

Zachary Whetstone
912 Anne Street
3
Rexburg, ID 83440-5233


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ace Funding Source LLC
366 North Broadway
Jericho, NY 11753


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Evans Keane LLP

(d)Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

(u)Jed Manwaring


End of Label Matrix
Mailable recipients   579
Bypassed recipients     3
Total             582