UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-00851-JDP |
| RENTMASTER OF REXBURG, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL

Before the Court is the Final Application for Allowance of Fees and Costs for Counsel filed July 1, 2020 (Dkt. No. 97), the Notice and Opportunity to Object to Final Application for Allowance of Fees and Costs for Counsel filed July 1, 2020 (Dkt. No. 98), and the Amended Notice and Opportunity to Object to Final Application for Allowance of Fees and Costs for Counsel filed July 16, 2020 (Dkt. No. 99) (the "**Application**"), by Counsel for Noah G. Hillen, Chapter 7 Trustee (the "**Trustee**"), no objections having been made thereto, and pursuant to 11 U.S.C. §§ 327 and 330, and for good cause shown,  **IT IS HEREBY ORDERED:**

(1) The Application, Dkt. No. 97, is **GRANTED**; and

(2) The Trustee is authorized to pay his prior Counsel of record the sum of $11,246.50 for services rendered on behalf of the Trustee and $1,323.61 for reimbursement of expenses incurred by Counsel for a total amount of **$12,570.11**.  **PAYMENT OF THESE AMOUNTS MAY BE MADE AT THE DISCRETION OF TRUSTEE.**  // end of text //

48489.0012.12947421.1

DATED: August 10, 2020



_____

Jim D. Pappas

U.S. Bankruptcy Judge

Submitted by: /s/ Brent R. Wilson
          Brent R. Wilson, ISB No. 8936
          Attorneys for Trustee Noah Hillen