**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
E-mail:  jmanwaring@evanskeane.com

**Attorneys for Trustee J. Ford Elsaesser**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| In Re: | Case No. 18-00851-JDP |
|---|---|
| **RENTMASTER OF REXBURG, LLC,** | Chapter 7 |
| Debtor. | |

### APPLICATION FOR FINAL COMPENSATION
### FOR THE TRUSTEE'S ATTORNEYS

Pursuant to Rule 2016 and § 330(a) of the Bankruptcy Code, the law firm of Evans Keane LLP, as attorneys for the Trustee, by and through, Jed W. Manwaring, moves this court for approval of final compensation of $18,750.50 in attorney fees and reimbursement for costs of $1,284.91 for a total claim of $20,035.41  Attached as Exhibit A to this Application are true and correct detailed time entries and costs from April 1, 2021 through the present.  In support of this Application, the following documentation is submitted:

**I.    NARRATIVE SUMMARY.**

   A.    The bankruptcy petition herein was filed on June 29, 2018.

B. The Trustee's Application to Employ Attorneys was filed on March 23, 2020 (Dkt. 83). A subsequent Trustee's Application to Employ was filed on October 1, 2020 (Dkt. 114) after J. Ford Elsaesser substituted in as Trustee in place of Noah G. Hillen.

C. The Order to Employ Attorneys was entered by the Court on April 20, 2020 (Dkt. 86). An additional Order to Employ Attorneys was entered by the Court on October 28, 2020 (Dkt. 116).

D. Services were previously being provided to Trustee Noah G. Hillen through August 31, 2020 and thereafter provided to the estate through J. Ford Elsaesser, the Chapter 7 Trustee.

E. Services in this case commenced on March 23, 2020. An Application for Interim Compensation was filed on April 30, 2021 for the time period of March 23, 2020 through March 31, 2021. An Order Approving Interim Compensation to Trustee's Attorneys was entered May 26, 2021 in the amounts of $29,066.00 for attorney fees and $2,405.96 for costs. Those amounts have been paid by the Estate/Trustee.

F. Applicant is now seeking final compensation pursuant to 11 U.S.C. §§ 327, 330, and 503(b) for the time period of April 1, 2021 through the present.

G. The terms and conditions of employment and compensation including all payments made or promised to be made are as follows: $250.00 per hour for partners, $225.00 per hour for associates, and $85.00 per hour for paralegals, subject to court approval.

H. Applicant charges its non-bankruptcy clients comparable or greater rates for similar services.

I. Applicant is now seeking final compensation pursuant to 11 U.S.C. §§ 327, 330, and 503(b), as follows:

        Jed W. Manwaring, Partner        $ 250.00 per hour
        Scott R. Rowley, Associate        $ 225.00 per hour

    Valerie R. Altig, Paralegal      $ 85.00 per hour

  J.  This application has not been filed less than 120 days after the order for relief or after a prior application to the Court.

## II. CASE STATUS.

  A.  The amount of funds held by the Trustee is approximately $290,000 as of this date, of which none is unencumbered by a security interest.

  B.  The amount and nature of accrued unpaid administrative expenses (including Trustee fees and expenses, if applicable): Trustee's statutory fees and costs of which applicant does not know the amounts.

  C.  Counsel will supplement this application if there any changes in the status of the case by the date of hearing on this application.

## III. PROJECT SUMMARY.

The Petitioner has performed and rendered services on behalf of the Trustee for the following projects:

  A.  Fee/Employment Applications:

Attorneys for the Trustee prepared and processed through approval the Interim Fee Application in April 2021 and successfully obtained payment. Attorneys have also prepared and processed the Application for Final Compensation in the case.

  B.  Asset Analysis, Recovery, and Disposition:

In addition to the services rendered on this Adversary in the Application for Interim Compensation (Dkt. 129), Trustee's attorneys performed a minor amount of asset analysis as described in the attached Exhibit A.

  C.  Claims Administration, Objections, and Stay Proceedings: None

*APPLICATION FOR FINAL COMPENSATION FOR THE TRUSTEE'S ATTORNEYS - 3*

D. Litigation:

1. *J. Ford Elsaesser v. Chad Steven Clark*, Adv. Proc. No. 20-06024-JDP

In addition to the services rendered on this Adversary in the Application for Interim Compensation (Dkt. 129), Trustee's attorneys finished out this Adversary with: (1) completion of written discovery; (2) stipulating to mediation with Judge Meier as mediator; (3) drafting and asserting a confidential mediation statement; (4) attending mediation with Judge Meier; (5) drafting and finalizing Settlement Agreement for the amount of $50,000; (6) drafting and pursuing Motion for Approval of Compromise with Clark; (7) drafting and obtaining the Order Approving Compromise; and (8) collection of the $50,000. **The benefit of the estate and creditors was the $50,000 settlement obtained.**

2. *J. Ford Elsaesser v. JP Morgan Chase Bank, N.A.*, Adv. Proc. No. 20-06025-JDP

In addition to the services rendered on this Adversary in the Application for Interim Compensation (Dkt. 129) in obtaining a $157,000 Default Judgment against JP Morgan Chase Bank, Trustee's attorneys finished out this Adversary with: (1) devising a plan for collection; (2) recording the Default Judgment in various Idaho Counties; (2) preliminary unsuccessful settlement negotiations with opposing counsel; (3) domesticating the Default Judgment in Idaho Court; (3) investigating and finding company owned real estate in Ada County; (4) drafting pleadings and obtaining a pending Sheriff's Sale Execution of real property bank branch in Ada County; (5) reengaging settlement negotiations with opposing counsel; (6) drafting, finalizing Settlement Agreement for $140,000; drafting and pursuing Motion for Approval of Compromise with JP Morgan; (7) drafting and obtaining the Order Approving Compromise; and (8) collection of the $140,000. **The benefit of the estate and creditors was the $140,000 settlement obtained.**

3. *J. Ford Elsaesser v. Synovus Bank dba Cabela's Club Visa, World's Foremost Bank dba Cabela's Club Visa, and Capital One Bank, N.A. dba Cabela's Club Visa*, Adv. Proc. No. 20-06026-JDP

This adversary was completed prior to the time period covered by this application for final compensation and the services were detailed in the Application for Interim Compensation (Dkt. 129). **The benefit of the estate and creditors was the $22,000 settlement obtained.**

4. *J. Ford Elsaesser v. American Express Company and American Express National Bank*, Adv. Proc. No. 20-06037-JDP

This adversary was completed prior to the time period covered by this application for final compensation and the services were detailed in the Application for Interim Compensation (Dkt. 129). **The benefit of the estate and creditors was the $85,000 settlement obtained.**

IV. **EVALUATIVE STANDARD:**

That the compensation requested by Petitioner is fair and reasonable under 11 *U.S.C. § 330* (a) based upon:

A. The time spent on such services;

B. The rates charged for such services;

C. Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of the case;

D. Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;

E. Whether the attorney has demonstrated skill and experience in the bankruptcy field; and,

F. Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cased under the Bankruptcy Code.

V. **CERTIFICATION:**

The Trustee has received and reviewed the Application for Final Compensation, including the request for reimbursement for expenses, and has approved the same.

VI. **SUMMARY SHEET AND ITEMIZATION OF TIME:**

A summary sheet of services rendered is attached as Exhibit "A".

DATED this 25th day of April, 2022.

        EVANS KEANE LLP

        By   /s/ Jed W. Manwaring
            Jed W. Manwaring, Of the Firm
            Attorneys for Trustee

*APPLICATION FOR FINAL COMPENSATION FOR THE TRUSTEE'S ATTORNEYS - 5*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 25th day of April, 2022, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Brett R Cahoon** ustp.region18.bs.ecf@usdoj.gov
- **Matthew Todd Christensen** mtc@johnsonmaylaw.com, mtcecf@gmail.com; mar@johnsonmaylaw.com; mla@johnsonmaylaw.com; acs@johnsonmaylaw.com; ecf@johnsonmaylaw.com; atty_christensen@bluestylus.com; christensenmr81164@notify.bestcase.com; christensenmr81164@notify.bestcase.com
- **J Ford Elsaesser** feecf@eaidaho.com, ID15@ecfcbis.com
- **David M Fogg** David@ELCLegal.com
- **Patrick John Geile** pgeile@foleyfreeman.com, abennett@foleyfreeman.com; r59345@notify.bestcase.com
- **Daniel C Green** dan@racinelaw.net, mcl@racinelaw.net
- **Paul Roland Mangiantini** paul@mangiantinilaw.com
- **Nate Peterson** natepetersonesq@gmail.com
- **Gary L. Rainsdon** trustee@filertel.com, id09@ecfcbis.com
- **US Trustee** ustp.region18.bs.ecf@usdoj.gov

              /s/ Jed W. Manwaring
              Jed W. Manwaring

*APPLICATION FOR FINAL COMPENSATION FOR THE TRUSTEE'S ATTORNEYS - 6*




J. Ford Elsaesser, Trustee  
P.O. Box 2220  
Sandpoint, ID 83684  

April 1, 2021 through the present  
EK File No. 3474-7  

    RE: Rentmaster of Rexburg, LLC  
    BK Case: 18-00851-JDP  

### A. FEE / EMPLOYMENT APPLICATIONS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr 1/2021 | Instruct VRA to rough out draft of Application for Interim Compensation. | 0.1 | 25.00 | JWM |
| Apr 6/2021 | Draft Application for Interim Compensation; prepare Ex. A to Application. | 2.8 | 238.00 | VRA |
| Apr 27/2021 | Revisions to attorney fee/cost exhibit. | 3.4 | 289.00 | VRA |
| Apr 28/2021 | Draft Notice of Application for Interim Compensation for the Trustee's Attorneys. | 0.1 | 8.50 | VRA |
| Apr 28/2021 | Edit Application for Interim Compensation and draft in project narrative of fee services (1.90); email to Trustee Ford for approval and give status summary of adversaries (.40). | 2.3 | 575.00 | JWM |
| Apr 30/2021 | File Application for Interim Compensation for the Trustee's Attorneys and Notice with the Court. | 0.2 | 17.00 | VRA |
| May 4/2021 | Draft Statement of No Objection to Application for Interim Compensation and proposed Order Approving Interim Compensation of Trustee's Attorneys. | 0.2 | 17.00 | VRA |
| May 25/2021 | Edit and finalize Statement of No Objection and instruct on submission (.20); edit and finalize proposed Order Approving Interim Compensation (.10). | 0.3 | 75.00 | JWM |
| May 25/2021 | Finalize and file Statement of No Objection (Fee App) with the Court and email proposed Order Approving Interim Compensation of Trustee's Attorneys to Judge for review and signature. | 0.2 | 17.00 | VRA |
| May 26/2021 | Receipt and review Order Approving Fees and forward to Trustee's office. | 0.1 | 25.00 | JWM |
| May 26/2021 | Receipt and review of signed Order Approving Interim Compensation to Trustee's Attorneys; email same to J. Manwaring. | 0.1 | 8.50 | VRA |
| Jun 1/2021 | Revise Amended Order Approving Interim Compensation of Trustee's Attorneys and email same to Judge for review and signature. | 0.2 | 17.00 | VRA |
| Jun 1/2021 | Telephone call from Trustee's office and revise Order Approving Interim Compensation to correctly account for UST's requested deduction. | 0.2 | 50.00 | JWM |
| Apr 14/2022 | Begin draft of Application for Final Compensation and instruct VRA on same. | 0.4 | 100.00 | JWM |
| Apr 21/2022 | Work on preparing Exhibit A to the Application for Final Compensation. | 0.5 | 42.50 | VRA |
| Apr 21/2022 | Edit Application for Final Compensation providing narrative for project services and allocating year's detail entries for project categories. | 1.2 | 300.00 | JWM |
| Apr 22/2022 | Finalize initial draft of Exhibit A to the Application for Final Compensation (3.4); revise Application for Final Compensation (.40). | 3.8 | 323.00 | VRA |
| Apr 25/2022 | Revise and finalize Application for Final Compensation and Exhibit A thereto. | 0.9 | 76.50 | VRA |

### B. ASSET ANALYSIS, RECOVERY AND DISPOSITIONS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May 3/2021 | Telephone call from creditor with questions on receipt of attorney fee notice. | 0.1 | 25.00 | JWM |
| Jul 21/2021 | Receipt and review Subpoena from US Attorney and emails from client's office on same. | 0.2 | 50.00 | JWM |

### C. CLAIMS ADMINISTRATION, OBJECTIONS, AND STAY PROCEEDINGS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|

### D. LITIGATION

**D-1** *Elsaesser v. Chad Steven Clark*, Adv. Proc. No. 20-06024-JDP

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr 5/2021 | (Clark) Receipt and review longletter/brief from opposing counsel on piercing veil or substantive consolidation (.80); review cited opinion from Jacques case (.30); emailopposing counsel's letter to Trustee with explanation (.30). | 1.5 | 375.00 | JWM |
| Apr 9/2021 | (Clark) Telephone call and email to Judge's clerk regarding hearing date for Motion to Amend Complaint; finalize and file Motion to Amend Complaint. | 0.4 | 34.00 | VRA |
| Apr 9/2021 | Draft First Amended Complaint and Motion to Amend Complaint and instruct on filing with Notice of Hearing. | 1.5 | 375.00 | JWM |
| Apr 12/2021 | Telephone conference and email with clerk on status of Motion to Amend Clark Complaint and need for a hearing. | 0.2 | 50.00 | JWM |
| Apr 14/2021 | Draft, finalize and file Noticeof Hearing on Plaintiff's Motion to Amend Complaint. | 0.2 | 17.00 | VRA |
| Apr 14/2021 | Telephone conference with Geilere: negotiation and discuss Motion to Amend Complaint against Clark (.30); email to Judge's Clerk on same (.20). | 0.5 | 125.00 | JWM |
| Apr 15/2021 | Draft Declaration of Counsel inSupport of Motion to Amend Complaint against Clark (.50);search Clark's documents to attach (.40); instruct VRA to file same (.10). | 1 | 250.00 | JWM |
| Apr 21/2021 | Calendar deadline to file Replyin Support of Motion to Amend. | 0.1 | 8.50 | VRA |
| Apr 26/2021 | (Clark) Telephone conference with Judge's Clerk vacating telephonic hearing scheduled for April 29, 2021 and revise and finalize Withdrawal of Plaintiff's Motion to Amend Complaint. | 0.1 | 8.50 | VRA |
| Apr 26/2021 | Email from opposing counsel re:wants offer on Clark Adversary (.10); email to Trustee outlining strengths and weaknesses of Clark adversary and considering an offer (.40); email to opposing counsel re: settlement demand extended on Clark adversary (.20); review documents on $25k payment and email to Rainsdon and counsel requesting bank statements on Paradigm to trace $25k cashier's check in Clark Adversary (.50); receipt and review Objection to Motion to Amend and review pleadings fornecessity of the Motion to Amend (.30); draft and instruct on filing a Withdrawal of Motion to Amend in Clark Adv. (.20). | 1.6 | 400.00 | JWM |
| Apr 27/2021 | (Clark) File Withdrawal of Motion to Amend Complaint with the Court. | 0.1 | 8.50 | VRA |
| Apr 28/2021 | (Clark) Draft Trustee's First Supplemental Discovery Reponses. | 0.2 | 17.00 | VRA |
| Apr 28/2021 | (Clark) Prepare additional documents for production. | 0.5 | 42.50 | VRA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr 28/2021 | (Clark) Finalize and serve Trustee's First Supplemental Responses to Defendant's FirstSet of Requests for Production of Documents, with production. | 0.2 | 17.00 | VRA |
| Apr 28/2021 | (Clark Adv) Email exchange withGary Rainsdon, Trustee and obtain additional bank statements from Paradigm (.40); review new bank statements and trace $25k transaction (.60); draft FirstSupplemental Responses to RFP and produce new bank records (.40). | 1.4 | 350.00 | JWM |
| Apr 30/2021 | Email exchange with opposing counsel on nominal offer from Clark (.5); email exchange x3 with Trustee on settlement strategy (.20). | 0.7 | 175.00 | JWM |
| May 5/2021 | (Clark) Finalize and file Stipulation for Referral to Judge Meier for Settlement Conference with the Court. | 0.2 | 17.00 | VRA |
| May 5/2021 | (Clark Adv.) Email to Geile re:no counteroffer but will mediate (.10); Telephone conference with Geile on potential for mediation (.30);telephone conference with J. Meier's clerk on availability (.20); telephone conference with Judge Pappas' Clerk re: informed of propose stipulation to mediate (.20); draft proposed Stipulation andOrder for Referral for Settlement Conference and obtain Geile's approval (.50). | 1.3 | 325.00 | JWM |
| May 6/2021 | Receipt and review Order on Stipulation for Referral to Mediation and forward to Trustee Elsaesser with update (.20); telephone call from J.Pappas' clerk on potential new trial dates (.20). | 0.4 | 100.00 | JWM |
| May 11/2021 | (Clark) Review of amended trialsetting and recalendar dates set and deadlines associated therewith. | 0.3 | 25.50 | VRA |
| May 13/2021 | Email exchange x4 with opposingcounsel, client, and Judge Meier's clerk re: dates for mediation of Clark Adv. | 0.3 | 75.00 | JWM |
| May 18/2021 | Calendar and docket date set for Settlement Conference, deadline for parties to exchange written settlement offers, and deadline to submitconfidential settlement conference statement to Judge. | 0.1 | 8.50 | VRA |
| May 19/2021 | Email exchange with opposing counsel re: exchange of offer and email from Trustee on same(.50); receipt and review JudgeMeier's Order for Mediation andemail request to Judge for Trustee to appear remotely (.30). | 0.8 | 200.00 | JWM |
| May 20/2021 | Email from Judge Meier's clerk re: Trustee's appearance at mediation via Zoom and forward to Trustee. | 0.1 | 25.00 | JWM |
| May 24/2021 | Email offer of compromise to opposing counsel for Clark. | 0.1 | 25.00 | JWM |
| May 24/2021 | Prepare Confidential Mediation Statement for Clark Adv. | 2.3 | 517.50 | SRR |
| May 25/2021 | Revise Mediation Statement and select exhibits (2.9); instruct on service to Judge Meier and email to trustee with explanation (.30). | 3.2 | 800.00 | JWM |
| May 25/2021 | Finalize Confidential Settlement Statement and emailsame to Deborah Jenson, Judge'sCourtroom Deputy. | 0.2 | 17.00 | VRA |
| May 27/2021 | Preparation for Clark mediationby preparing tracing exhibits for two payments and email same to trustee (.80);  attendmediation with J. Meier, put settlement on the record (4.5). | 5.3 | 1325.00 | JWM |
| May 27/2021 | (Clark) Draft Settlement Agreement. | 0.4 | 34.00 | VRA |
| May 28/2021 | Edit and finalize Settlement Agreement with Clark and forward to opposing counsel for review. | 1.8 | 450.00 | JWM |
| May 28/2021 | Edits to draft of Settlement Agreement and Mutual Release. | 0.3 | 67.50 | SRR |
| Jun 1/2021 | Telephone call from  Eric Eulenhoff re: explanation of factors in Clark Settlement (.30); email to Eulenhoff transmitting documents (.20). | 0.5 | 125.00 | JWM |
| Jun 3/2021 | Begin draft of Motion for Approval of Compromise. | 1.7 | 382.50 | SRR |

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Jun 4/2021 | [Clark] Complete draft of Motion to Approve Compromise. | 2.1 | 472.50 | SRR |
| Jun 4/2021 | Email exchange with opposing counsel on Settlement Agreement with Clark no objection to draft. | 0.2 | 50.00 | JWM |
| Jun 7/2021 | Final edits to Motion to Approve Compromise: Clark. | 0.5 | 112.50 | SRR |
| Jun 7/2021 | Edit and finalize Motion for Approval of Compromise (1.20);draft Stipulation for Motion toContinue Trial Date (.70); email both to opposing counselfor approval with explanation (.20). | 2.1 | 525.00 | JWM |
| Jun 8/2021 | Review, revise, finalize and file with the Court the Motionto Approve Compromise Re: Chad Steven Clark; calendar objection deadline. | 0.5 | 42.50 | VRA |
| Jun 8/2021 | (Clark) Finalize and file with the Court the Stipulation to Continue Trial Setting and email proposed Order to Continue Trial Setting to the Judge for review and signature. | 0.2 | 17.00 | VRA |
| Jun 8/2021 | Email exchange with Judge's clerk on new trial setting date for Clark. | 0.1 | 25.00 | JWM |
| Jun 10/2021 | Receipt and review signed Settlement Agreement and balance sheet from Clark's attorney (.40); telephone conference with Geile with questions (.30); email to client on settlement issues (.20). | 0.9 | 225.00 | JWM |
| Jun 15/2021 | Email to and telephone conference with Trustee re: status of settlement agreementwith Clark and instructions to proceed with settlement (.30);draft signature statement for Clark's financial statement (.20). | 0.5 | 125.00 | JWM |
| Jun 16/2021 | Email to opposing counsel re: Trustee to complete settlementand need balance sheet signature under oath from Clark (.20); obtain Trustee's signature and email fully executed Settlement Agreement to all interested parties (.30). | 0.5 | 125.00 | JWM |
| Jun 18/2021 | Receipt and review signed balance sheet from Clark and forward to client's office. | 0.1 | 25.00 | JWM |
| Jul 6/2021 | Draft Statement of No ObjectionRe Motion for Approval of Compromise Re: Chad Steven Clark and Order Approving Compromise Re: Chad Steven Clark; finalize and file Statement of No Objection withthe Court; finalize proposed Order Approving Compromise andemail same to Judge for review and signature. | 0.4 | 34.00 | VRA |
| Sep 21/2021 | Receipt and review final settlement payment and transmit to Trustee (.20); edit, finalize, and instruct on filing Stipulation and Order for Dismissal after approval from opposing counsel(.30). | 0.5 | 125.00 | JWM |
| Sep 21/2021 | (Clark, Chad) Review check received from Chad Clark (final payment pursuant to Settlement Agreement; draft dismissal stipulation and order and email same to J. Manwaring. | 0.3 | 25.50 | VRA |
| Sep 21/2021 | (Clark) Draft, finalize and forward J. Manwaring's September 21, 2021 letter to Trustee enclosing Order Approving Compromise Re: Chad Steven Clark, and this firm's trust check no. 49454 for $50,000. | 0.2 | 17.00 | VRA |
| Sep 23/2021 | Email to Trustee re: final payment and Order of Dismissalof Clark adversary. | 0.2 | 50.00 | JWM |

**D-2** *Elsaesser v. JP Morgan Chase Bank, N.A.,* **Adv. Proc. No. 20-06025-JDP**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr 8/2021 | Email exchange (x2) with opposing counsel on JPMorgan adversary setting out merits and elements of the Judgment recovery (1.1); email to Trustee on status of JP Morgancollection judgment (.10). | 1.2 | 300.00 | JWM |
| Apr 22/2021 | Email exchange with Expert Lyons on remaining adversary. | 0.3 | 75.00 | JWM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May 7/2021 | Review Beehive FCU monthly statements to marked JPMorgan transfers (1.8); produce the statements by email to opposing counsel (.30); email x requests to Beehive FCU for information to trace the electronic transfers (.30). | 2.4 | 600.00 | JWM |
| May 18/2021 | Email exchange with attorney for JP Morgan re: status on new bank tracing. | 0.2 | 50.00 | JWM |
| May 24/2021 | Email to Beehive FCU re: statuson request for more documents. | 0.1 | 25.00 | JWM |
| Jun 4/2021 | Email and call to Crystal Lawrence on documents from Beehive CU on JP Morgan. | 0.2 | 50.00 | JWM |
| Jun 14/2021 | Email and call to Beehive CU requesting information again (.10); telephone conference with Crystal Lawrence of Beehive CU and send information again requesting help (.30); email to opposing counsel for JP Morgan Chase attorney (.10). | 0.5 | 125.00 | JWM |
| Jun 16/2021 | Email exchange with Crystal Lawrence of Beehive CU re: document request (.10); prepare new subpoena and have served on Beehive for JP Morgan documents (.50). | 0.6 | 150.00 | JWM |
| Jun 16/2021 | Draft Subpoena for Documents toBeehive Federal Credit Union. | 0.1 | 8.50 | VRA |
| Jul 23/2021 | Email to Beehive FCU on subpoena for JP Morgan paymentinformation. | 0.1 | 25.00 | JWM |
| Sep 23/2021 | Letters to Twin Falls County Recorder, Bonneville County Recorder, and Kootenai County Recording forwarding certified copy of Default Judgment and Order for recording in the respective counties. | 0.2 | 17.00 | VRA |
| Sep 23/2021 | Email to Trustee on status of collection on Chase Bank Judgment (.3); email to Beehive Fed Credit Union re: request Subpoena response (.20); telephone call from Trustee re: issues on Chase Bank (.20); instruct VRA to record Judgment in Twin Falls,Bonneville, and Kootenai Counties (.10). | 0.8 | 200.00 | JWM |
| Oct 4/2021 | Email 5 recorded judgments against JP Morgan Chase Bank to Trustee with confirmation of collection strategy. | 0.3 | 75.00 | JWM |
| Oct 15/2021 | Telephone call from opposing counsel re: offer of $25,000. | 0.3 | 75.00 | JWM |
| Oct 19/2021 | Email to Ford Elsaesser re: convey $25K offer and analysisof supposed viable defense and excusable neglect. | 0.6 | 150.00 | JWM |
| Oct 20/2021 | Email exchange x3 with Trustee and his staff re: coordinate phone appointment. | 0.1 | 25.00 | JWM |
| Oct 21/2021 | Telephone conference with Trustee re: strategy and authorization for counteroffer(.30); draft email counterofferto JP Morgan on satisfaction ofjudgment (.50). | 0.8 | 200.00 | JWM |
| Jan 18/2022 | Review status of collection on Judgment against JP Morgan (.30); review bankruptcy ecf for potential amounts due JP Morgan that could be garnished(.40); email to Trustee re: analysis of Rule 60(b) deadline now expired for JP Morgand an outlining options (.50); telephone conference with Trustee on same (.30). | 1.5 | 375.00 | JWM |
| Jan 19/2022 | Draft letter to counsel for JPMorgan re: pursuing execution and email to same. | 0.8 | 200.00 | JWM |
| Jan 26/2022 | [JP Morgan Chase] Request to Court for Exemplified copy of Default Judgment. | 0.1 | 8.50 | VRA |
| Jan 27/2022 | Receipt of Exemplified copy of Default Documents; draft Foreign Judgment Affidavit, Clerk's Notice, and Abstract of Foreign Judgment for attorney review. | 0.8 | 68.00 | VRA |
| Jan 28/2022 | (JP Morgan Chase) Finalize foreign judgment pleadines, open new case in iCourt and submit pleadings to the Court. | 0.8 | 68.00 | VRA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan 31/2022 | JPMorgan Chase (State Cout): calculate interest and prepare Affidavit of Amount Due and proposed Writ of Execution. | 0.4 | 34.00 | VRA |
| Feb 1/2022 | Telephone call from Elsaesser re: collection against JP Morgan Chase Bank on Judgment. | 0.2 | 50.00 | JWM |
| Feb 2/2022 | Receipt and review Abstract of Judgment and transmit by email to client. | 0.2 | 50.00 | JWM |
| Feb 4/2022 | (JP Morgan) Revise Affidavit of Amount Due and proposed Writ of Execution and submit same to the Court through iCourt. | 0.3 | 25.50 | VRA |
| Feb 4/2022 | (JP Morgan) Receipt of conformed copy of Affidavit of Amount Due and issued Writ of Execution back from the Court; email same to J. Manwaring for further instruction. | 0.1 | 8.50 | VRA |
| Feb 7/2022 | Receipt and review request from Trustee to provide information for case report to the Court (.10); research possible real property interests and/or assets of JP Morgan Chase Bank for purposes of execution and levy (.50). | 0.6 | 150.00 | JWM |
| Feb 8/2022 | Case Reporting; email draft to J. Manwaring. | 0.3 | 25.50 | VRA |
| Feb 8/2022 | Edit status report for Trustee to submit to the Court and forward to Trustee's office with explanations. | 0.4 | 100.00 | JWM |
| Feb 10/2022 | Locate company owned branch of JP Morgan Chase Bank and instruct VRA to prepare pleadings for sheriff's sale. | 0.5 | 125.00 | JWM |
| Feb 18/2022 | (JP Morgan) Telephone conference with Veronica Hugo at the Ada County Sheriff's Office regarding initial documents needed to begin Sheriff's Levy/Sale. | 0.2 | 17.00 | VRA |
| Feb 18/2022 | (JP Morgan) Begin drafting Sheriff's Levy pleadings. | 0.5 | 42.50 | VRA |
| Feb 22/2022 | Visit & inspect property to verify existence of new JP Morgan Chase Bank branch being levied on for collection through sheriff. | 0.4 | 100.00 | JWM |
| Feb 24/2022 | (JP Morgan) Finalize Notice of Levy and Notice of Sale and email same to V. Hugo at the Ada County Sheriff's Office for review; review of email response from V. Hugo; prepare letter of instruction to the Sheriff for attorney review. | 0.6 | 51.00 | VRA |
| Feb 25/2022 | Finalize Sheriff's Sale/Levy package and instruct Office Clerk regarding hand delivery of the same; email copy of package to J. Manwaring. | 0.7 | 59.50 | VRA |
| Feb 25/2022 | Review finalized instruction letter to Sheriff of Ada Co. and forward to client trustee with explanation. | 0.4 | 100.00 | JWM |
| Mar 3/2022 | Email with sheriff on sale date of JP Morgan Chase Bank. | 0.1 | 25.00 | JWM |
| Mar 7/2022 | Receive conformed and served copies from Sheriff of Notice of Sale and Notice of Levy on JP Morgan Chase Bank location (.20); receipt and review Notices of Appearances in Bankruptcy court and state court from counsel of JP Morgan (.10); email to Trustee x2 transmitting pleadings to same and answering Trustee's questions (.20). | 0.5 | 125.00 | JWM |
| Mar 16/2022 | Telephone call from realtor interested in Sheriff's sale (.20); receipt and review Defendant's Motion to Amend Judgment, Memorandum in Support; Declaration of Song; and Declaration of Gutierrez (.80); Email to Trustee forwarding the Motion to Amend pleadings and making recommendations (.50). | 1.5 | 375.00 | JWM |
| Mar 17/2022 | Email to and Telephone conference with Trustee re: consideration of settlement possibilities, sheriff's sale, and Motion to set aside (.50); long email to opposing counsel re: request clarification of offer respond to Motion to Amend (.50); telephone conference with opposing counsel re: negotiation (.30). | 1.3 | 325.00 | JWM |
| Mar 18/2022 | Email exchange with opposing counsel re: offer and counteroffer on JP Morgan Judgment (.30); telephone conference with opposing counsel re: negotiation (.20). | 0.5 | 125.00 | JWM |

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Mar 21/2022 | Telephone call from opposing counsel re: negotiation back and forth, received offer (.20); email to client summarizing negotiations and transmitting offer (.30); email exchange with Trustee on calculation of full payoff, recommendation, and authorization for counter (.50); email to opposing counsel conveying counteroffer and receive acceptance of same (.40). | 1.4 | 350.00 | JWM |
| Mar 22/2022 | Email to Sheriff's office to cancel Sheriff's sale set for April 5. | 0.3 | 75.00 | JWM |
| Mar 23/2022 | Edit and finalize proposed Settlement Agreement with JP Morgan Chase Bank and send to Trustee with request to sign and other explanations (.80); email exchange with opposing counsel re: bank wants to make more changes in Settlement Agreement (.10); email to Trustee on holding off signature (.10); instruct SRR on drafting Motion for Approval of Compromise (.20). | 1.2 | 300.00 | JWM |
| Mar 23/2022 | Draft basic shell for Motion for Approval of Compromise - JP Morgan Chase Bank, N.A. | 0.9 | 76.50 | VRA |
| Mar 25/2022 | Email from opposing counsel for Bank requesting more edits to Settlement Agreement; email to Trustee re: same. | 0.3 | 75.00 | JWM |
| Mar 31/2022 | Email exchange with opposing counsel for JP Morgan re: need Settlement Agreement (.10); receipt and review revised final Settlement Agreement and forward to Trustee for execution (.30); email to Trustee requesting actual execution of W-9 (.10). | 0.5 | 125.00 | JWM |
| Apr 4/2022 | Review of Settlement Agreement and begin draft of Motion to Approve Compromise. | 1.2 | 270.00 | SRR |
| Apr 4/2022 | Email to Trustee's office requesting again signatures of W-9 and Settlement Agreement and receive the same (.20); instruct VRA to match up signatures on final version of Settlement Agreement (.10). | 0.3 | 75.00 | JWM |
| Apr 5/2022 | Continue draft of Motion to Approve Compromise. | 1.3 | 292.50 | SRR |
| Apr 6/2022 | Finalize Motion to Approve Compromise. | 1.4 | 315.00 | SRR |
| Apr 7/2022 | Edit and finalize Motion for Approval of Compromise with Chase Bank. | 1.8 | 450.00 | JWM |
| Apr 7/2022 | Review final version of Motion for Approval of Compromise - JP Morgan Chase and prepare exhibits and mailing matrix. | 0.6 | 51.00 | VRA |
| Apr 7/2022 | Final edits to Motion for Approval of Compromise and instruct on filing and service. | 0.3 | 75.00 | JWM |
| Apr 7/2022 | Final edits to Motion to Approve Compromise. | 0.5 | 112.50 | SRR |
| Apr 8/2022 | Finalize Motion for Approval of Compromise Re: JP Morgan Chase Bank, attaching Exhibits and Matrix and submit the same to the Court for filing. | 0.2 | 17.00 | VRA |
| Apr 13/2022 | Email exchange with opposing counsel re: JP Morgan settlement check has been sent. | 0.1 | 25.00 | JWM |
| Apr 14/2022 | Receipt and review settlement check from JP Morgan Bank and place in safe (.20); email to Trustee on receiving check (.10). | 0.3 | 75.00 | JWM |
| Apr 15/2022 | Email to Trustee re: receipt of Settlement check. | 0.3 | 75.00 | JWM |
| Apr 25/2022 | Prepare Order Approving Compromise for submission (.20); prepare Satisfaction of Default Judgment (Adv. Proc.) for recording in five counties (.60); prepare Satisfaction of Abstract of Judgment for recording in Ada County (.20). | 1 | 85.00 | VRA |

**D-3** *Elsaesser v. Synovus Bank dba Cabela's.,* **Adv. Proc. No. 20-06026-JDP**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|

**D-4** *Elsaesser v. American Express,* **Adv. Proc. No. 20-06037-JDP**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|

| Initials | Name | Title | Rate | Hours | Value |
|----------|------|-------|------|-------|-------|
| JWM | Jed Manwaring | Senior Partner | $ 250.00 | 56.40 | $ 14,100.00 |
| SRR | Scott R. Rowley | Associate | $ 225.00 | 11.30 | $ 2,542.50 |
| VRA | Valerie R. Altig | Paralegal | $ 85.00 | 24.80 | $ 2,108.00 |
|  |  |  |  |  | $ 18,750.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| Apr 30/2021 | Envelopes for Mass Mailing (Application for Interim Compensation) | 12.88 |
| Apr 30/2021 | Postage for Mass Mailing (Application for Interim Compensation) | 82.11 |
| Apr 30/2021 | Photocopies: 04/01/2021 - 04/30/2021 - 755 @ 0.15 | 113.25 |
| May 31/2021 | Photocopies: 05/01/2021 - 05/31/2021 -- 132 @ 0.15 | 19.80 |
| Jun 8/2021 | Mailers for Mass Mailing: Motion to Approve Compromise Re: Chad Steven Clark 144 @ 0.08 | 11.52 |
| Jun 30/2021 | Postage (Mass Mailing, June 2021) | 73.44 |
| Jun 30/2021 | Photocopying: 06/01/2021 - 06/30/2021 -- 865 @ 0.15 | 129.75 |
| Sep 23/2021 | Bonneville County Recorder: Recording Fee for Default Judgment and Order | 10.00 |
| Sep 23/2021 | Kootenai County Recorder: Recording Fee for Default Judgment and Order | 10.00 |
| Sep 23/2021 | Twin Falls County Recorder: Recording Fee for Default Judgment and Order | 10.00 |
| Sep 30/2021 | Postage: 09/01/2021 - 09/30/2021 | 3.71 |
| Jan 27/2022 | Idaho Bankruptcy Court Fees: Exemplified Copy of Default Judgment and Order | 23.00 |
| Jan 28/2022 | Ada County Court: Filing Fee for Foreign Judgment | 35.60 |
| Jan 31/2022 | Postage (January 2022) | 2.12 |
| Feb 7/2022 | Ada County Court: Fee to issue Write of Execution | 3.00 |
| Feb 11/2022 | Ada County Recorder: Recording Fee for Abstract of Foreign Judgment (JPMorgan Chase) | 16.00 |
| Feb 24/2022 | Ada County Sheriff Deposit for Fee: Sheriff's Sale / Levy | 800.00 |
| Feb 28/2022 | Photocopies: 02/01/2022 - 02/28/2022 -- 15 @ 0.15 | 2.25 |
| Mar 31/2022 | Photocopies: 03/01/2022 - 03/31/2022 -- 18 @ 0.15 | 2.70 |
| Apr 1/2022 | Pacer Service Center: Court Electronic Files Printed - First Qtr. of 2022 | 12.10 |
| Apr 6/2022 | Ada County Sheriff Ck 623627, reimbursement of unused costs advanced (Sheriff's Sale) | -395.46 |
| Apr 8/2022 | Photocopies for Mass Mailing (Motion to Approve Compromise Re: JPMorgan Chase Bank) 399 @ 0.15 | 59.85 |
| Apr 8/2022 | Envelopes for Mass Mailing (Motion to Approve Compromise Re: JPMorgan Chase Bank) 133 @ 0.08 | 10.64 |
| Apr 8/2022 | Postage for Mass Mailing (Motion to Approve Compromise Re: JPMorgan Chase Bank) 133 @ 0.53 | 70.49 |
| Apr 25/2022 | Envelopes for Mass Mailing (Application for Final Compensation) 116 @ 0.08 | 9.28 |
| Apr 25/2022 | Postage for Mass Mailing (Application for Final Compensation) 116 @ 0.53 | 61.48 |
| Apr 25/2022 | Photocopies for Mass Mailing (Notice-Application for Final Compensation) 116 @ 0.15 | 17.40 |
| Apr 25/2022 | Recording Fees: recording of Satisfaction of Default Judgment (Adv. Pro.) (5 counties @ $13.00/ea) | 65.00 |

| | | |
|---|---|---:|
| Apr 25/2022 | Recording Fees: recording of Satisfaction of Abstract of Judgment (Foreign Judgment) (Ada County) | 13.00 |
| | | **$ 1,284.91** |

**Total Fees and Disbursements:   $ 20,035.41**